# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, AND KARSTEN VOERMANN<br><br>Defendants. | CASE NO. 2:20-cv-11444-DOC (PDx)<br><br>Hon. Judge David O. Carter<br><br>**ORDER GRANTING STIPULATION AND SCHEDULING ORDER [13]** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

ORDER GRANTING STIPULATION
AND SCHEDULING ORDER
CASE NO. 2:20-cv-11444-DOC (PDx)

Pursuant to the Stipulation and [Proposed] Scheduling Order filed by Plaintiff R. Brian Terenzini ("Plaintiff"), and Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek and Karsten Voermann ("Defendants"), and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Defendants shall not respond to the existing complaint until after (i) the Court has an opportunity to determine whether the existing complaint and any further cases that may be filed arising out of the same set of facts and circumstances as the existing complaint should be consolidated into one action, (ii) the Court has entered an order appointing a lead plaintiff and lead counsel, and (iii) the lead plaintiff files an amended complaint or consolidated amended complaint or deems the existing complaint the operative complaint;

2. Following the appointment of a lead plaintiff and lead counsel and filing of the amended complaint, counsel for lead plaintiff and counsel for Defendants shall meet and confer and submit a proposed schedule to the Court for the amended complaint and Defendant's response.

**IT IS SO ORDERED.**

Dated: January 28, 2021          By: *David O. Carter*
                                      Honorable David O. Carter
                                      United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

ORDER GRANTING STIPULATION
AND SCHEDULING ORDER
CASE NO. 2:20-cv-11444-DOC (PDx)