# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, John Klumpe , duly certify and say, as to the claims asserted under the federal securities laws, that:

1. I currently reside in Valparaiso Indiana USA and have a Bachelor of Science in Finance. I am an Entrepreneur, owning several companies. I am currently, and have been for the last 17 years, part owner and partner of Valparaiso Partners, LLC, a real estate management and development company, located in Valparaiso, Indiana.  I have hired and oversaw attorneys on countless occasions for real estate transactions and for routine business matters. I have been investing in securities for 40 year(s).

2. I have reviewed a complaint filed in the action(s).

3. I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

4. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5. My transaction(s) in GoodRx Holdings, Inc which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6. Within the last 3 years, I have not sought to serve nor have I served as a class representative in any federal securities fraud case.

7. I will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this January 25,2021 .

Name: John Klumpe

Signed:

| Case Name | GoodRx Holdings, Inc |
| Ticker | GDRX |
| Class Period | 09-23-2020 to 11-16-2020 |

| Client Name |
| John Klumpe |

| Date of Transaction | Transaction Type | Quantity | Price per Security |
| --- | --- | --- | --- |
| 09-29-2020 | P | 4000 | $ 61.5865 |