# EXHIBIT B

| Client Name | John Klumpe |
|---|---|
| Company Name | GoodRx Holdings, Inc |
| Ticker Symbol | GDRX |
| Security Type | |
| Class Period Start | 09-23-2020 |
| Class Period End | 11-16-2020 |
| 90-DAY Lookback Period Start | 11-17-2020 |
| 90-DAY Lookback Period End | 02-14-2021 |
| 90-DAY Lookback Average | $ 44.03 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $97,535.60 |
| *DURA LIFO\* Total* | $97,535.60 |
| Gross Shares Purchased | 4,000.00 |
| Net Shares Retained | 4,000.00 |
| Net Funds Expended | $246,346.00 |

### John Klumpe

| | Purchases | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO\* |
| 09-29-2020 | 4000 | 61.5865 | $ 246,346.00 | 11-17-2020 | | 4000 | $ 37.20 | | $ 148,810.40 | 4000 | - | $ 44.03 | | $ 97,535.60 | $ 97,535.60 |
| **Total:** | **4,000.00** | | **$ 246,346.00** | | | **4000** | | | **$148,810.40** | **4,000.00** | | | | **$ 97,535.60** | **$ 97,535.60** |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

\* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.