Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK and KARSTEN VOERMANN, <br><br> Defendants. | Case No. 2:20-cv-11444-DOC-PD <br><br> **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: David O. Carter <br> Hearing Date: March 22, 2021 <br> Time: 8:30 a.m. <br> CTRM: 9 D – Ronald Reagan Federal Building |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL – 2:20-cv-11444-DOC-PD

| | |
|---|---|
| BRYAN KEARNEY, Individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,<br><br>                    Defendants. | Case No. 2:21-cv-00175-DOC-PD<br><br>CLASS ACTION<br><br>JUDGE: David O. Carter |

I, Laurence M. Rosen, declare:

1.     I am an attorney duly licensed to practice in the State of California and before this Court. I am the managing partner of The Rosen Law Firm, P.A., counsel for Wayne Geist ("Movant"). I make this declaration in support of Movant's motion to consolidate related actions, for appointment as Lead Plaintiff and for approval of Movant's choice of counsel pursuant to Section 21D of the Securities Exchange Act of 1934. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.     Attached hereto are true and correct copies of the following documents:

          Exhibit 1:     PSLRA Early Notice;

          Exhibit 2:     PSLRA certification of Movant;

          Exhibit 3:     Movant's loss chart; and

          Exhibit 4:     The firm resume of The Rosen Law Firm, P.A.

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL – 2:20-cv-11444-DOC-PD

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 16th day of February, 2021.

/s/Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL – 2:20-cv-11444-DOC-PD

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On February 16, 2021, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 16, 2021.


　　　　　　　　　　　　　/s/Laurence M. Rosen
　　　　　　　　　　　　　Laurence M. Rosen

4

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MOTION OF WAYNE GEIST FOR: (1) CONSOLIDATION OF RELATED ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF CHOICE OF COUNSEL – 2:20-cv-11444-DOC-PD