# Exhibit 3

**GoodRx Holdings, Inc. Loss Chart**
**Class Period: September 23, 2020 through November 16, 2020**

**Lookback Price**

44.032584

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Geist, Wayne | 9/23/2020 | 1,073 | ($49.32) | ($52,920.36) | | | | | | | |
| | 9/23/2020 | 227 | ($49.37) | ($11,206.99) | | | | | | | |
| | 9/23/2020 | 100 | ($49.33) | ($4,933.00) | | | | | | | |
| | 9/23/2020 | 100 | ($49.36) | ($4,936.00) | | | | | | | |
| | | 1,500 | | ($73,996.35) | | | | | 1,500 | $66,048.88 | ($7,947.47) |