ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOODRX HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-11444-DOC-PD <br><br> CLASS ACTION <br><br> NOTICE OF MOTION AND MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:     March 22, 2021 <br> TIME:     8:30 a.m. <br> CTRM:    9D <br> JUDGE:   Hon. David O. Carter |

4810-7880-7516.v1

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on Monday, March 22, 2021, at 8:30 a.m., or as soon thereafter as the matter may be heard by the Honorable David O. Carter, Courtroom 9D, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth St., Santa Ana, CA 92701, Janice L. Kasbaum will and hereby does move this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B), for an order: (i) consolidating the two related securities class actions: *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-11444-DOC-PD (filed Dec. 18, 2020) and *Kearney v. GoodRx Holdings, Inc.*, No. 2:21-cv-00175-DOC-PD (filed Jan. 8, 2021); (ii) appointing Ms. Kasbaum as Lead Plaintiff; and (iii) approving her selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(B).[1]  In support of this Motion, Ms. Kasbaum submits the accompanying Memorandum of Law, the Declaration of Jennifer N. Caringal, and a [Proposed] Order.

DATED: February 16, 2021

ROBBINS GELLER RUDMAN
 & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

---

[1]    Because the PSLRA permits any "purported class member . . . including any motion by a class member who is not individually named as a plaintiff in the complaint" to file a motion for appointment as lead plaintiff, 15 U.S.C. §78u-4(a)(3)(B)(i), Ms. Kasbaum cannot ascertain whether any other parties will also seek appointment as lead plaintiff until after the deadline expires on February 16, 2021. Accordingly, Ms. Kasbaum's counsel respectfully requests that compliance with the meet and confer requirements of Local Rule 7-3 be waived due to the fact that Ms. Kasbaum cannot confer with unknown movants.

- 1 -

4810-7880-7516.v1

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
icarincal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
franki@johnsonfistel.com

Additional Counsel for Plaintiff

- 2 -

4810-7880-7516.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
   & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jcaringal@rgrdlaw.com

4810-7880-7516.v1

# Mailing Information for a Case 2:20-cv-11444-DOC-PD R. Brian Terenzini v. GoodRx Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jordan Davisson Cook**
  jordan.cook@lw.com,#ocecf@lw.com,jordan-cook-5273@ecf.pacerpro.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)