ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOODRX HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-11444-DOC-PD <br><br> CLASS ACTION <br><br> DECLARATION OF JENNIFER N. CARINGAL IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL <br><br> DATE:   March 22, 2021 <br> TIME:   8:30 a.m. <br> CTRM:   9D <br> JUDGE:   Hon. David O. Carter |

4833-0172-3612.v1

I, JENNIFER N. CARINGAL, declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am associated with Robbins Geller Rudman & Dowd LLP, counsel for Janice L. Kasbaum and proposed lead counsel for the class in the above-captioned action.  I make this declaration in support of Ms. Kasbaum's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:   Notice of pendency of class action published in *Business Wire*, a widely circulated national business-oriented publication or wire service, on December 18, 2020;

Exhibit B:   Ms. Kasbaum's Certification;

Exhibit C:   Ms. Kasbaum's estimated losses, prepared by counsel; and

Exhibit D:   Declaration of Janice Kasbaum.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of February, 2021, at San Diego, California.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

- 1 -

4833-0172-3612.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on February 16, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ Jennifer N. Caringal
JENNIFER N. CARINGAL

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  jcaringal@rgrdlaw.com

4833-0172-3612.v1

# Mailing Information for a Case 2:20-cv-11444-DOC-PD R. Brian Terenzini v. GoodRx Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jordan Davisson Cook**
  jordan.cook@lw.com,#ocecf@lw.com,jordan-cook-5273@ecf.pacerpro.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)