# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date** | Shares Sold | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| Janice L. Kasbaum | 10/02/2020 | 900 | $49.95 | $44,955.00 | 11/17/2020 | 900 | $37.30 | $33,565.50 | |
| | 10/20/2020 | 500 | $49.90 | $24,950.00 | 11/17/2020 | 500 | $37.30 | $18,647.50 | |
| **Movant's Total** | | **1,400** | | **$69,905.00** | | **1,400** | | **$52,213.00** | **($17,692.00)** |

**For post-class period sales, either the actual price or the mean price (end of class period to the actual post-class sale price)
 will be used depending on which value is higher.

Prices listed are rounded to two decimal places.