# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:20-cv-11444-DOC(PDx) |
| Plaintiff, | CLASS ACTION |
| vs. | DECLARATION OF JANICE KASBAUM |
| GOODRX HOLDINGS, INC., et al., | |
| Defendants. | |

4847-9383-0362.v1

I, JANICE KASBAUM, declare as follows:

1. This declaration is made in support of my motion for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of lead counsel. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. I reside in Spring Branch, Texas.

3. I am currently retired, but prior to my retirement in April 2020, I was the Director of Market Analysis at Andeavor and my last role was Adv. Sr Economist at Marathon Petroleum Corporation analyzing crude and product markets both in the long and short term. Throughout my 35-year career in the oil industry, I obtained significant experience in leading cross functional teams, overseeing, supervising, and managing others, including leading a team of 10 people.

4. I attended Adrian College in Adrian, Michigan, where I obtained an undergraduate degree in chemistry. I also obtained a master's degree in chemical engineering from Michigan State University.

5. I have over 30 years of experience investing in the stock market with a long term perspective.

6. I suffered substantial losses as a result of my transactions in GoodRx Holdings, Inc. securities during the Class Period. As a result, I am motivated to seek to obtain the best possible result for myself and the class.

7. I understand that a lead plaintiff acts on behalf of and for the benefit of all potential class members and oversees and directs counsel throughout the litigation.

8. I am aware that, as lead plaintiff, I will interact with and direct counsel, review and comment on important documents in the case, attend important court hearings if my attendance is requested or required by the Court, participate in discovery, participate in settlement discussions, attend trial, if necessary, and am empowered to authorize a potential settlement on behalf of the class. I am willing to perform all of these duties on behalf of the class members.

- 1 -

4847-9383-0362.v1

9. I understand that the lead plaintiff's share of any recovery is the same as every other potential class member. As my Certification states, I will not accept any payment for serving as a representative party beyond my *pro-rata* share, except any reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to the Private Securities Litigation Reform Act of 1995.

10. I am aware that I have the right to select counsel as part of the lead plaintiff process. Prior to my selection of Robbins Geller Rudman & Dowd LLP, I assessed the firm's qualifications and discussed the lead plaintiff's role and responsibility with Robbins Geller attorneys via telephone and e-mail correspondence.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7 day of February, 2021, at Spring Branch, Texas.

DocuSigned by:

*Janice L. Kasbaum*

F56BDDBC6B36481...

JANICE KASBAUM

- 2 -

4847-9383-0362.v1