POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants Betty Kalmanson,*
*Lawrence Kalmanson, and Shawn*
*Kalmanson*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK and KARSTEN VOERMANN,<br><br>Defendants. | Case No. 2:20-cv-11444-DOC-PD<br><br>NOTICE OF MOTION OF BETTY KALMANSON, LAWRENCE KALMANSON, AND SHAWN KALMANSON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE:  March 22, 2021<br>TIME:  8:30 a.m.<br>JUDGE:  David O. Carter<br>CTRM:  9 D |

NOTICE OF MOTION - 2:20-cv-11444-DOC-PD; 2:21-cv-00175-DOC-PD

BRYAN KEARNEY, Individually and on Behalf of All Others Similarly Situated,

               Plaintiff,

      v.

GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN,

               Defendants.

Case No. 2:21-cv-00175-DOC-PD

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson (collectively, the "Kalmanson Family"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the Kalmanson Family as Lead Plaintiff on behalf of all persons or entities other than the above-captioned defendants who purchased or otherwise acquired GoodRx Holdings, Inc. securities between September 23, 2020 and November 16, 2020, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, the Kalmanson Family submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

The Kalmanson Family is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution."  Here, pursuant to the PSLRA, the deadline to file a motion for

appointment as Lead Plaintiff in the Related Actions is February 16, 2021, on which date any member of the putative Class may so move. *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i). The Kalmanson Family will thus not know the identities of the other putative Class members, if any, who intend to file competing Lead Plaintiff motions until February 17, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of the Kalmanson Family's motion papers impracticable. Under these circumstances, the Kalmanson Family respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated: February 16, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movants Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson and Proposed Lead Counsel for the Class*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Movants Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti