POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants Betty Kalmanson,*
*Lawrence Kalmanson, and Shawn*
*Kalmanson*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK and KARSTEN VOERMANN, <br><br> Defendants. | Case No. 2:20-cv-11444-DOC-PD <br><br> DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF BETTY KALMANSON, LAWRENCE KALMANSON, AND SHAWN KALMANSON FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL <br><br> DATE:  March 22, 2021 <br> TIME:  8:30 a.m. <br> JUDGE:  David O. Carter <br> CTRM:  9 D |

DECLARATION - 2:20-cv-11444-DOC-PD; 2:21-cv-00175-DOC-PD

| BRYAN KEARNEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:21-cv-00175-DOC-PD |
|---|---|
| Plaintiff, | |
| v. | |
| GOODRX HOLDINGS, INC., DOUGLAS HIRSCH, TREVOR BEZDEK, and KARSTEN VOERMANN, | |
| Defendants. | |

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson (collectively, the "Kalmanson Family"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of the motion by the Kalmanson Family for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart reflecting the financial interest of the Kalmanson Family in this litigation;

Exhibit B:   Notice of pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certifications executed by the members of the Kalmanson Family;

Exhibit D:   Joint Declaration executed by the members of the Kalmanson Family; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 16, 2021, at Calabasas, California.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti