# EXHIBIT A

**GoodRx Holdings, Inc. (GDRX)**
**Class Period: September 23, 2020 to November 16, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $44.0326 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kalmanson, Lawrence | 9/23/2020 | 100 | $49.5002 | ($4,950) | | | | | | | |
| Kalmanson, Lawrence | 9/23/2020 | 2,900 | $49.3700 | ($143,173) | | | | | | | |
| Kalmanson, Lawrence | 9/23/2020 | 750 | $46.0000 | ($34,500) | | | | | | | |
| Kalmanson, Lawrence | 9/28/2020 | 2,500 | $53.0000 | ($132,500) | | | | | | | |
| Kalmanson, Lawrence | 9/29/2020 | 973 | $59.0000 | ($57,407) | | | | | | | |
| Kalmanson, Lawrence | 9/29/2020 | 4,821 | $56.7000 | ($273,351) | | | | | | | |
| Kalmanson, Lawrence | 10/1/2020 | 860 | $50.2500 | ($43,215) | | | | | | | |
| Kalmanson, Lawrence | 10/7/2020 | 355 | $55.8900 | ($19,841) | | | | | | | |
| **Kalmanson, Lawrence** | | **13,259** | | **($708,937)** | | | | | **13,259** | **$583,828** | **($125,109)** |
| Kalmanson, Betty | 9/23/2020 | 1,347 | $46.0000 | ($61,962) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 1,021 | $53.0000 | ($54,113) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 1,479 | $53.0000 | ($78,387) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 98 | $58.4000 | ($5,723) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 500 | $58.8500 | ($29,425) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 500 | $58.7800 | ($29,390) | | | | | | | |
| Kalmanson, Betty | 9/28/2020 | 2,533 | $58.8800 | ($149,143) | | | | | | | |
| Kalmanson, Betty | 9/29/2020 | 1,704 | $57.4998 | ($97,980) | | | | | | | |
| Kalmanson, Betty | 10/12/2020 | 475 | $54.4550 | ($25,866) | | | | | | | |
| **Kalmanson, Betty** | | **9,657** | | **($531,989)** | | | | | **9,657** | **$425,223** | **($106,766)** |
| Kalmanson, Shawn | 9/23/2020 | 2,000 | $48.0300 | ($96,060) | 10/23/2020 | (953) | $52.2300 | $49,775 | | | |
| Kalmanson, Shawn | 9/28/2020 | 3,000 | $53.0000 | ($159,000) | 10/23/2020 | (20) | $52.2300 | $1,045 | | | |
| Kalmanson, Shawn | 9/28/2020 | 362 | $58.9300 | ($21,333) | 10/23/2020 | (100) | $52.2300 | $5,223 | | | |
| Kalmanson, Shawn | 9/28/2020 | 486 | $58.9300 | ($28,640) | 10/23/2020 | (20) | $52.2300 | $1,045 | | | |
| Kalmanson, Shawn | 9/28/2020 | 152 | $58.9300 | ($8,957) | 10/23/2020 | (94) | $52.2300 | $4,910 | | | |
| Kalmanson, Shawn | 10/12/2020 | 796 | $54.0000 | ($42,984) | 10/23/2020 | (63) | $52.2300 | $3,290 | | | |
| Kalmanson, Shawn | 10/16/2020 | 1 | $51.1846 | ($51) | | | | | | | |
| **Kalmanson, Shawn** | | **6,797** | | **($357,025)** | | **(1,250)** | | **$65,288** | **5,547** | **$244,249** | **($47,489)** |
| Summary | | | | | | | | | | | |
| Kalmanson, Lawrence | | 13,259 | | ($708,937) | | 0 | | $0 | 13,259 | | ($125,109) |
| Kalmanson, Betty | | 9,657 | | ($531,989) | | 0 | | $0 | 9,657 | | ($106,766) |
| Kalmanson, Shawn | | 6,797 | | ($357,025) | | (1,250) | | $65,288 | 5,547 | | ($47,489) |
| **Total** | | **29,713** | | **($1,597,951)** | | **(1,250)** | | **$65,288** | **28,463** | | **($279,364)** |

*Avg Closing Prices from November 17, 2020 to February 14, 2021