# EXHIBIT B



Robbins Geller
Rudman & Dowd LLP

# Robbins Geller Rudman & Dowd LLP Files Class Action Suit Against GoodRx Holdings, Inc.

December 18, 2020 06:30 PM Eastern Standard Time

SAN DIEGO--(BUSINESS WIRE)--Robbins Geller Rudman & Dowd LLP (https://www.rgrdlaw.com/cases-goodrx-holdings-class-action-lawsuit.html) today announced that it filed a class action seeking to represent purchasers of GoodRx Holdings, Inc. (NASDAQ:GDRX) Class A common stock between September 23, 2020 and November 16, 2020, inclusive (the "Class Period"). This action was filed in the Central District of California and is captioned *Terenzini v. GoodRx Holdings, Inc.*, No. 20-cv-11444.

The Private Securities Litigation Reform Act of 1995 permits any investor who purchased GoodRx Class A common stock during the Class Period to seek appointment as lead plaintiff in the *GoodRx* class action lawsuit. A lead plaintiff is generally the movant with the greatest financial interest in the relief sought by the putative class who is also typical and adequate of the putative class. A lead plaintiff acts on behalf of all other class members in directing the *GoodRx* class action lawsuit. The lead plaintiff can select a law firm of its choice to litigate the *GoodRx* class action lawsuit. An investor's ability to share in any potential future recovery of the *GoodRx* class action lawsuit is not dependent upon serving as lead plaintiff. If you wish to serve as lead plaintiff in the *GoodRx* class action lawsuit, you must move the Court no later than 60 days from today. If you wish to discuss the *GoodRx* class action lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Brian E. Cochran of Robbins Geller, at 800/449-4900 or 619/231-1058 or via e-mail at bcochran@rgrdlaw.com. You can view a copy of the complaint as filed at https://www.rgrdlaw.com/cases-goodrx-holdings-class-action-lawsuit.html.

The *GoodRx* class action lawsuit charges GoodRx and certain of its officers and directors with violations of the Securities Exchange Act of 1934. GoodRx provides consumers with free information and tools that allow them to compare prices and save on their prescription drug purchases. The Company provides its users with these services via apps and websites that display prices and discounts at local and mail-order pharmacies for both insured and uninsured Americans.

On August 28, 2020, GoodRx filed with the SEC a Form S-1 Registration Statement (the "Registration Statement") for its initial public offering ("IPO"), which was declared effective by the SEC on September 22, 2020. On September 24, 2020, GoodRx filed with the SEC its Prospectus for the IPO offering to sell to the public over 23.4 million Class A shares by the Company (excluding the underwriters' option to purchase an additional 5.2 million common shares) and 11.2 million common shares by certain selling stockholders. On September 25, 2020, GoodRx closed its IPO. In the offering, the Company and certain existing stockholders sold over 39.8 million common shares for $33 per share, including the full exercise of the underwriters' option, generating over $1.3 billion in gross offering proceeds.

The complaint alleges that, at the time of the IPO, unbeknownst to investors, Amazon.com, Inc. ("Amazon") was developing and would soon introduce its own online and mobile prescription medication ordering and fulfillment service that would directly compete with GoodRx. Defendants timed the IPO so that it was priced before Amazon announced its online pharmaceutical business to facilitate the IPO and create artificial demand for the common shares sold therein, as

well to maximize the amount of money the Company and the selling stockholders could raise in the IPO. Given defendants' knowledge of Amazon's intention to enter the online pharmaceutical business, their statements in the Registration Statement and during the Class Period about GoodRx's competitive position were materially false and/or misleading when made and caused GoodRx Class A common stock to trade at artificially inflated prices of more than $64 per share during the Class Period.

Then on November 17, 2020, just weeks after GoodRx completed its IPO, Amazon announced two new pharmacy offerings, a Prime Rx plan and a discount card program, which, among other things, would compete directly with GoodRx's platform by making it "simple for customers to compare prices and purchase medications for home delivery, all in one place." In response to this news, the price of GoodRx Class A common stock declined 23%, from $46.72 per share to $36.21 per share by market close on November 17, 2020.

The plaintiff is represented by Robbins Geller, which has extensive experience in prosecuting investor class actions including actions involving financial fraud.

Robbins Geller Rudman & Dowd LLP is one of the world's leading law firms representing investors in securities litigation. With 200 lawyers in 9 offices, Robbins Geller has obtained many of the largest securities class action recoveries in history. For seven consecutive years, ISS Securities Class Action Services has ranked the Firm in its annual SCAS Top 50 Report as one of the top law firms in the world in both amount recovered for shareholders and total number of class action settlements. Robbins Geller attorneys have helped shape the securities laws and have recovered tens of billions of dollars on behalf of aggrieved victims. Beyond securing financial recoveries for defrauded investors, Robbins Geller also specializes in implementing corporate governance reforms, helping to improve the financial markets for investors worldwide. Robbins Geller attorneys are consistently recognized by courts, professional organizations and the media as leading lawyers in the industry. Please visit http://www.rgrdlaw.com for more information.

https://www.linkedin.com/company/rgrdlaw
https://twitter.com/rgrdlaw
https://www.facebook.com/rgrdlaw

Contacts

Robbins Geller Rudman & Dowd LLP

Brian E. Cochran, 800-449-4900

bcochran@rgrdlaw.com

## Tweets by @rgrdlaw

**Robbins Geller**
@rgrdlaw

.@rgrdlaw secured a $87.5 million settlement for Southern Company investors in securities class action. bit.ly/2LqOUWI



Feb 8, 2021



**Robbins Geller**
@rgrdlaw

.@rgrdlaw partners Darren Robbins and Jim Barz were named Litigators of the Week by @AmericanLawyer for their work in the Valeant Pharmaceuticals securities class action. bit.ly/3oTbUuX

**The American Lawyer: Litigators of the Week**
Jim Barz and Darren Robbins of Robbins Geller Rudman & Dowd got sig…
rgrdlaw.com

Feb 5, 2021

Robbins Geller Retweeted

**Jena Leibowitz**
@Jena_ALM

Can Shareholder Derivative Lawsuits Help Move the Needle on Corporate Board Diversity?: Said Darren Robbins of Robbins Geller: "It seems to me like it fits like a glove."
dlvr.it/RhkzRh

# Social Media Profiles

Robbins Geller Rudman & Dowd LLP on Facebook

Robbins Geller Rudman & Dowd LLP on LinkedIn