POMERANTZ LLP
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
JENNIFER BANNER SOBERS
600 Third Avenue, Floor 20
New York, NY 10016
Telephone: 212/661-1100
mltuccillo@pomlaw.com
ahood@pomlaw.com
jbsoders@pomlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> GOODRX HOLDINGS, INC., et al., <br><br> Defendants. | Case No. 2:20-cv-11444-DOC-PD <br><br> CLASS ACTION <br><br> STIPULATION REGARDING CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF LEAD COUNSEL |

4830-1581-7700.v2

WHEREAS, on February 16, 2021, the following movants timely filed motions for consolidation and appointment as lead plaintiff and approval of their selection of lead counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"): (1) Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson (collectively, the "Kalmanson Family") (ECF No. 32); (2) John Klumpe (ECF No. 20); (3) Janice Kasbaum (ECF No. 27); and (4) Wayne Geist (ECF No. 22);

WHEREAS, the Court held a hearing on the motions on March 22, 2021 and continued the hearing to April 5, 2021, ordering "**all** counsel (including counsel from Robbins Geller Rudman and Dowd LLP) to be present for this hearing" (ECF No. 46) (emphasis in original);

WHEREAS, on April 5, 2021, the Court considered the Kalmanson Family and Kasbaum motions and suggested it would be in the putative class's best interests for the Kalmanson Family and Kasbaum to meet-and-confer regarding the appointment of lead plaintiff and lead counsel;

WHEREAS, counsel for the Kalmanson Family and Kasbaum have met-and-conferred and have agreed, subject to the Court's approval, that the Kalmanson Family and Janice Kasbaum shall serve as co-lead plaintiffs and their respective counsel, Pomerantz LLP and Robbins Geller Rudman & Dowd LLP, shall serve as co-lead counsel;

WHEREAS, defendants agree the Related Actions should be consolidated pursuant to Rule 42(a) and take no position with respect to the appointment of lead plaintiff and approval of lead counsel;

NOW THEREFORE, the parties, through the undersigned counsel of record, hereby STIPULATE AND AGREE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

- 1 -

4830-1581-7700.v2

1.     Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-11444-DOC-PD and *Kearney v. GoodRx Holdings, Inc.*, No. 2:21-cv-00175-DOC-PD are consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE GOODRX HOLDINGS, INC. SECURITIES LITIGATION | ) Master File No. 2:20-cv-11444-DOC-PD |
| | ) CLASS ACTION |
| This Document Relates To: | ) |
|      ALL ACTIONS. | ) |

(a)     The file in Case No. 2:20-cv-11444-DOC-PD shall constitute the master file for every action in the consolidated action.   The Clerk shall administratively close the other action.  When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)     All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.  This Order shall apply to every such action, absent an order of the Court.  A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

(c)     This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

- 2 -

4830-1581-7700.v2

2.    The Kalmanson Family and Janice Kasbaum shall serve as co-lead plaintiffs pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

3.    Pomerantz LLP and Robbins Geller Rudman & Dowd LLP shall serve as co-lead counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO STIPULATED.

DATED:  April 7, 2021

POMERANTZ LLP
MATTHEW L. TUCCILLO
J. ALEXANDER HOOD II
JENNIFER BANNER SOBERS

*/s/ J. Alexander Hood II*

J. ALEXANDER HOOD II

600 Third Avenue, Floor 20
New York, NY 10016
Telephone: 212/661-1100
mltuccillo@pomlaw.com
ahood@pomlaw.com
jbsoders@pomlaw.com

JENNIFER PAFITI
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

[Proposed] Lead Counsel for [Proposed] Lead Plaintiff Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: 212/697-6484
212/697-7296
peretz@bgandg.com

- 3 -

4830-1581-7700.v2

Additional Counsel for [Proposed] Lead
Plaintiff Betty Kalmanson, Lawrence
Kalmanson, and Shawn Kalmanson

DATED: April 7, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL


                    /s/ Danielle S. Myers
                 DANIELLE S. MYERS

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcarincal@rgrdlaw.com

[Proposed] Lead Counsel for [Proposed]
Lead Plaintiff Janice Kasbaum

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

Additional Counsel for [Proposed] Lead
Plaintiff Janice Kasbaum

- 4 -

4830-1581-7700.v2