UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| R. BRIAN TERENZINI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>GOODRX HOLDINGS, INC., et al.,<br><br>        Defendants. | Case No. 2:20-cv-11444-DOC-PD<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING CONSOLIDATION AND APPOINTMENT OF LEAD PLAINTIFF AND SELECTION OF LEAD COUNSEL |

4818-0812-0804.v2

Having considered the Stipulation Regarding Consolidation and Appointment of Lead Plaintiff and Selection of Lead Counsel and good cause appearing therefor, the Court ORDERS as follows:

1.    Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, *Terenzini v. GoodRx Holdings, Inc.*, No. 2:20-cv-11444-DOC-PD and *Kearney v. GoodRx Holdings, Inc.*, No. 2:21-cv-00175-DOC-PD are consolidated as:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| IN RE GOODRX HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 2:20-cv-11444-DOC-PD |
| | CLASS ACTION |
| This Document Relates To: ALL ACTIONS. | |

(a)    The file in Case No. 2:20-cv-11444-DOC-PD shall constitute the master file for every action in the consolidated action.    The Clerk shall administratively close the other action.    When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:" When a pleading applies to some, but not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:" the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action;

(b)    All securities class actions relating to the same or substantially similar alleged wrongdoing by defendants on behalf of the same or substantially similar putative class that is subsequently filed in, or transferred to, this District shall be consolidated into this action.    This Order shall apply to every such action, absent an order of the Court.    A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action;

- 1 -

4818-0812-0804.v2

(c)    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown;

2.    Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson and Janice Kasbaum shall serve as lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

3.    Pomerantz LLP and Robbins Geller Rudman & Dowd LLP shall serve as lead counsel pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____    _____
                                 THE HONORABLE DAVID O. CARTER
                                 UNITED STATES DISTRICT JUDGE

- 2 -

4818-0812-0804.v2