**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - - -

R. BRIAN TERENZINI,                    )
                                       )   **CERTIFIED**
          Plaintiff,                   )
                                       )
     vs.                               )  No. 2:20-CV-11444-DOC
                                       )     Item Number 1
GOODRX HOLDINGS, INC., et al.,         )
                                       )
          Defendants.                  )
_____)

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Hearing on Motion [32]

Santa Ana, California

Monday, March 22, 2021

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**APPEARANCES VIA ZOOM:**

FOR PLAINTIFF R. BRIAN TERENZINI:

    (None)

FOR MOVANT JOHN KLUMPE:

    (None)

FOR MOVANT BETTY KALMANSON:

    Jennifer B. Sobers (pro hac vice pending)
    POMERANTZ LLP
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    jbsobers@pomlaw.com

    Matthew L. Tuccillo
    POMERANTZ LLP (pro hac vice pending)
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    mltuccillo@pomlaw.com

FOR MOVANT WAYNE GEIST:

    (None)

FOR MOVANT JANICE L. KASBAUM:

    (None)

FOR MOVANT LAWRENCE KALMANSON:

    Jennifer B. Sobers (pro hac vice pending)
    POMERANTZ LLP
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    jbsobers@pomlaw.com

    (Continued next page)

**APPEARANCES VIA ZOOM (Contiued):**

FOR MOVANT LAWRENCE KALMANSON (Continued):

    Matthew L. Tuccillo
    POMERANTZ LLP (pro hac vice pending)
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    mltuccillo@pomlaw.com


FOR MOVANT SHAWN KALMANSON:

    Jennifer B. Sobers (pro hac vice pending)
    POMERANTZ LLP
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    jbsobers@pomlaw.com

    Matthew L. Tuccillo
    POMERANTZ LLP (pro hac vice pending)
    600 Third Avenue, 20th Floor
    New York, New York 10016
    212-661-1100
    mltuccillo@pomlaw.com


FOR DEFENDANT GOODRX HOLDINGS, INC., et al.:

    Colleen C. Smith
    LATHAM & WATKINS LLP
    12670 High Bluff Drive
    San Diego, California 92130
    858-523-5400
    colleen.smith@lw.com


FOR DEFENDANT DOUGLAS HIRSCH:

    Colleen C. Smith
    LATHAM & WATKINS LLP
    12670 High Bluff Drive
    San Diego, California 92130
    858-523-5400
    colleen.smith@lw.com

**APPEARANCES VIA ZOOM (Continued):**

FOR DEFENDANT TREVOR BEZDEK:

      Colleen C. Smith
      LATHAM & WATKINS LLP
      12670 High Bluff Drive
      San Diego, California 92130
      858-523-5400
      colleen.smith@lw.com


FOR DEFENDANT KARSTEN VOERMANN:

      Colleen C. Smith
      LATHAM & WATKINS LLP
      12670 High Bluff Drive
      San Diego, California 92130
      858-523-5400
      colleen.smith@lw.com

**I N D E X**

**PROCEEDINGS**                                                    **PAGE**

HEARING ON MOTION [32]

Appearances                                                        6

Rescheduling discussion                                           18

**Certified for U.S. District Court CM/ECF**
**Debbie Gale, CSR 9472, RPR, CCRR**
**Federal Official Court Reporter**

**SANTA ANA, CALIFORNIA, MONDAY, MARCH 22, 2021**

**Item Number 1**

(8:34 a.m.)

THE COURT:  Good morning.

It's Case Number 20-11444, so -- Brian Terenzini v. GoodRx Holdings, Inc.  And I'd like to start very slowly for just a moment, just because the attorneys appear to be different than the filing.

**APPEARANCES**

THE COURT:  So let me begin with plaintiff.

Is Brian Cochran joining us this morning?

*(No response.)*

THE COURT:  David Walton?

*(No response.)*

THE COURT:  Kelly?

THE CLERK:  Your Honor, I've been told plaintiff counsel will not be appearing here.

THE COURT:  All right.  Then, on behalf of John Klumpe:  Adam Apton?

MS. SOBERS:  Your Honor, the movants for the other cases, the Klumpe, they've withdrawn so there's --

THE COURT:  I know that.  But I'm creating my record now.  Thank you.

MS. SOBERS:  Yes, sir.

THE COURT:  Adam Klumpe [sic].  All right.

Movant Betty Kalmanson?

MR. TUCCILLO:  Yes, Your Honor.

THE COURT:  And your name, please?

MR. TUCCILLO:  Matthew Tuccillo, Pomerantz LLC.

THE COURT:  Much more slowly, please.

First name Matthew?

MR. TUCCILLO:  Yes.  Last name Tuccillo, T like tomato, U, double C, I, double L, O.  We have a *pro hac* pending.

THE COURT:  And once again, very slowly spell your last name, please.

MR. TUCCILLO:  Sure.

T, like tomato, U, double C, like Charles, I, double L, O.

THE COURT:  All right.  Thank you, Matthew.

Now, who's Jennifer Caringal, then?  That's who we have making the appearance.

MS. SOBERS:  Jennifer Sobers.  I'm with Matt Tuccillo at the Pomerantz law firm.

THE COURT:  Oh, my apologies.  I have on behalf of Betty Kalmanson:  Jennifer Caringal.

MS. SOBERS:  No.

THE COURT:  No?

MS. SOBERS:  No.

THE COURT:  Okay.  Then that may solve the

problem.  And I want to apologize.  You are?

MS. SOBERS:  Jennifer Sobers, S-O-B-E-R-S.

THE COURT:  Thank you very, very much.

MS. SOBERS:  Yes, Judge.

THE COURT:  On behalf of Movant Wayne Geist, it should be Lawrence Rosen but my documents show that they've withdrawn.

Have they joined us this morning, Kelly?

THE CLERK:  No, Your Honor.

THE COURT:  No?  All right.

THE CLERK:  No.

THE COURT:  Then I have on behalf of Movant Janice Kasbaum a Jennifer Pafiti.  I received documentation wherein they stated that they would be available, but that they were not the largest investor.

So is there anyone on the phone or on the video representing Jennifer Kasbaum?

*(No response.)*

THE COURT:  All right.

MR. TUCCILLO:  Your Honor, just to clarify, Attorney Pafiti is a colleague of ours.  She's on the papers for our movant.

THE COURT:  I'm sorry.  Would you repeat that, please?

MR. TUCCILLO:  Yes, Your Honor.

Jennifer Pafiti is a partner of mine.  She is on Docket 34 and 33 and 32 with Miss -- Attorney Sobers and myself.

THE COURT:  And who are you?  My record has no idea who you are.

MR. TUCCILLO:  I'm sorry?  Again, I was [sic] Matthew Tuccillo.

THE COURT:  Thank you.

MR. TUCCILLO:  And Ms. Sobers and I are in the same firm, but Ms. Pafiti is a colleague of ours.  Whatever document Your Honor's looking at had Miss -- Attorney Pafiti aligned with the incorrect movant.

THE COURT:  I'm going to go back and retrace this for my record.

Janice Kasbaum.  Who represents Janice Kasbaum?  I have a Jennifer Pafiti.

THE CLERK:  Your Honor, this is Kelly.  I can let you know.

Okay.  For Janice Kasbaum, I have Jennifer Caringal.

THE COURT:  And has she joined us this morning?

THE CLERK:  She has not.

THE COURT:  Then, for Lawrence Kalmanson I have Jennifer Pafiti.  For Shawn Kalmanson I have Jennifer Pafiti; is that correct?

THE CLERK: Yes, Your Honor. And also the two *pro hac*s that you have. They have been added to the docket after the calendar was printed.

THE COURT: I see. There's the confusion.

Why so late?

THE CLERK: Let me see. They filed -- well, their *pro hac* hasn't even been approved yet.

THE COURT: I don't know if I'm going to -- at this point. This is getting a little ridiculous.

I'm going to start again.

I want to speak to Jennifer Pafiti. Where is she?

MR. TUCCILLO: We can get -- we can call her, Your Honor, if necessary. She's a colleague of mine in the California office.

THE COURT: And, Matthew, were you the original attorney on these fillings as well?

MR. TUCCILLO: No, Your Honor. Typically a colleague --

THE COURT: Did you join *pro hac vice*?

MR. TUCCILLO: We filed *pro hac* motions, which are pending, Your Honor.

THE COURT: When?

MR. TUCCILLO: We filed two forms. The original --

THE COURT: When?

2:20-CV-11444-DOC - 3/22/2021 - Item Number 1

11

MR. TUCCILLO:  I -- well --

THE CLERK:  March 19th, Your Honor.

THE COURT:  Why so late?  It's causing me a lot of confusion just sorting out the attorneys.  This is not the way I expect to start our relationship, if we even start it.

MR. TUCCILLO:  Your Honor, originally my colleague, Alex Hood, was supposed to handle this hearing. He has a medical issue that arose, so Jennifer Sobers and I are handling it in his stead.  Our apologies.

THE COURT:  All right.  I'm going to turn this over to you, Mr. Tucinilli [sic].  You caused the problem for me in terms of my record.  You're now going to correct this record.  There's plenty of law firms who can represent these clients, quite frankly.

MR. TUCCILLO:  (Responds while muted.)

THE COURT:  And it would help if you turn on your microphone.

MR. TUCCILLO:  Sorry, Your Honor.

My apologies, Your Honor, for any confusion. Ms. Pafiti is a California licensed attorney in our firm. She filed the original papers.

Our colleague, Alex Hood, is typically the person who would be present at this sort of hearing.  Late last week, Mr. Hood notified Jennifer and I that he had a medical issue of some kind.  I don't know, frankly, the -- all the

Case 2:20-cv-11444-DOC-MAR  Document 72  Filed 05/25/21  Page 12 of 20  Page ID
#:549
2:20-CV-11444-DOC - 3/22/2021 - Item Number 1

12

details, but he said he was unable to attend and asked --

THE COURT:  Why?

MR. TUCCILLO:  -- in his stead.

THE COURT:  This is getting confusing to me.

I would like to be dealing with lead counsel.  I'd like to know who I'm dealing with.  And when I see my record and the documents filed by Jennifer Pafiti, it's very non-impressive to me now that I would be appointing a firm.

MR. TUCCILLO:  I'm sorry, Your Honor.

We can -- again, I can call Ms. Pafiti and have her log-in, if Your Honor would wish to do so.  Typically, Mr. Hood is the individual in our firm that handles this sort of hearing.

THE COURT:  Kelly, do we have Mr. Hood as a prior attorney of record on this matter?

THE CLERK:  Let me check, Your Honor.

THE COURT:  All right.

THE CLERK:  Hood?  The last name is H-O-O-D.

MR. TUCCILLO:  Yeah.

THE CLERK:  I don't show a "Hood."

THE COURT:  I don't either.  New name for me. I've read all of your documents, Counsel.

Where is Mr. Hood noted?

MR. TUCCILLO:  (Speaks with mic muted.)

THE COURT:  Mr. Tucinilli, we can't --

08:43 MS. SOBERS: Your Honor -- Your Honor, Mr. Hood is not on the document. Jennifer Pafiti is. But once he found out about his emergency medical procedure, he informed us to be able to handle the hearing on his behalf.

08:44 THE COURT: Why am I having this confusion? Maybe it's the Court's fault? But I can't keep up with Mr. Hood, who's not on the record. I've read each one of these documents, noted the attorneys, tried to create a record.

08:44 What's occurring here? This is not a great confidence-builder for me, frankly.

08:44 MR. TUCCILLO: Your Honor, my apologies for any --

08:44 THE COURT: I don't need your apologies. I need your professionalism.

08:44 What's occurring here now? If your firm's going to represent this case, I want to have more professionalism. I want to know who I'm dealing with.

08:44 MR. TUCCILLO: Yes, Your Honor. Certainly.

08:44 So I'm a partner at the Pomerantz firm. Typically, when we -- it is clear that our firm is going to be appointed lead, Ms. Sobers and I are called in to run the case. You would be dealing with us as the lead litigators on all matters, all papers, et cetera. Normally, we would be notified --

08:45 THE COURT: I understand that internally, from your firm. Why would a court know that? I understand that

Case 2:20-cv-11444-DOC-MAR   Document 72   Filed 05/25/21   Page 14 of 20   Page ID
#:551
2:20-CV-11444-DOC - 3/22/2021 - Item Number 1

14

internally from your firm, Mr. Tuccillo.  How would a court have any recognition of a "Mr. Hood," who you certainly know, who may be a tremendous professional.  How would I know about you until the last moment or Ms. Sobers?  This is all internal within the Hood --

MR. TUCCILLO:  Understood, Your Honor.

*(Simultaneous speaking).*

THE COURT:  -- within the firm.

MR. TUCCILLO:  The best I can do is suspect that that Alex is -- Mr. Hood, rather -- his medical issue caused some of this confusion late last week, for which I apologize.  And I unfortunately do not know its nature.

THE COURT:  There's no confusion.  He was never part of my record.

MR. TUCCILLO:  And that may be why.  But I'm speculating.

THE COURT:  This is happening internally, then, within your firm, with no courtesy to the Court.

MR. TUCCILLO:  The best I can say, Your Honor, is we filed two versions of our *pro hacs*.  It first listed every plaintiff which we are affiliated.  It was rejected because the -- we -- the instruction was to put only the movant on it.  So we refiled.  And we actually filed two versions of *pro hacs*, Your Honor.  So there was a time gap between the first filing and the second.

THE COURT:  And when was your first filing?

MR. TUCCILLO:  I'm gonna just check the docket now to be hundred percent accurate, make sure I don't misstate that.

So the original one was -- the date on it is -- they're both March 19th:  March 19th, earlier in the day, and March 19th, later in the day.  There's a notice of deficiency in between.

THE COURT:  And what day of the week was that?

MR. TUCCILLO:  I'll have to look at the calendar, Your Honor.

MS. SOBERS:  Your Honor, if I may also add --

THE COURT:  No, no.  Thank you.  Let me speak to Mr. Tuccillo, and then I'll come back to you.

MR. TUCCILLO:  That is Friday of last week, Your Honor.

THE COURT:  When?  Late Friday?  So I wouldn't've received it then, unless I checked my docket on Saturday; correct.

MR. TUCCILLO:  The original -- that's, I would believe, incorrect.  The latter one I would assume might be correct.

THE COURT:  Well, let's walk through this for a movement.  You file it late Friday.  I'm trying to create a record.  It's not the end of the world.  I've no idea --

with no discourtesy to you or Ms. Sobers -- who you are.  I have no notice on Saturday or Sunday, and here we are on Monday.

Why did you file late Friday?

MR. TUCCILLO:  Again, I believe the original application was filed earlier in the day, but I -- I -- unfortunately, I cannot --

THE COURT:  Let's check that time.  Let's see if that's correct or not.

THE CLERK:  Give me a second, Your Honor.  I'll look it up.

THE COURT:  Look it up.

THE CLERK:  So on Friday -- oh, 5:08 p.m.

MS. SOBERS:  And Your Honor may also find --

THE COURT:  No.  Just -- I'll be with you, Ms. Sobers.  I promise you.  I promise you.

MS. SOBERS:  Yes, Your --

THE COURT:  You'll have all the time in the world. I promise you.

MS. SOBERS:  Yes, Judge.

THE COURT:  So this is filed 5:08 p.m. on Friday afternoon; is that correct, Kelly?

THE CLERK:  Correct.

THE COURT:  Now, Ms. Sobers, please.

MS. SOBERS:  Um, Your Honor, my *pro hac vice*

Case 2:20-cv-11444-DOC-MAR   Document 72   Filed 05/25/21   Page 17 of 20   Page ID #:554
2:20-CV-11444-DOC - 3/22/2021 - Item Number 1

17

application was filed on March 18th.

THE COURT:  March 18th?

MS. SOBERS:  That's correct.

THE COURT:  Thursday, then?

MS. SOBERS:  That's correct.

THE COURT:  And why so late?

MS. SOBERS:  That is -- as soon as we got word that Mr. Hood had the medical emergency, we got right on filing the application.

THE COURT:  And I -- once again, internally within your office, Ms. Sobers and Mr. Tuccillo, you may know that Mr. Hood is handling this.  I have no filing with his name.

All I have -- not all, but I have -- the document I read is from Jennifer Pafiti.

MR. TUCCILLO:  Your Honor, I've -- I've looked -- the best I can do is this:  I've looked at my email.  The first I heard of this hearing and Mr. Hood's medical issue is on March 18th.  I, to be candid, had not tracked the status of his *pro hac*, *et cetera*, prior to this 'cause I would've not had a reason to.  Once we learned, as Ms. Sobers said, she filed her *pro hac*, I guess, that day.

I will say for context, Your Honor, we are working fully remote.  My younger daughter was sent to COVID quarantine on Friday, and is currently upstairs in a room isolated from me.  I'm high risk so we are doing the best we

can under these circumstances.  I apologize.

THE COURT:  This is not an excuse.  I'm sorry.

MR. TUCCILLO:  I'm just giving you what I can.  We filed --

THE COURT:  Yeah, it's not an excuse.

MR. TUCCILLO:  We filed our *pro hac*s, I guess, on Thursday and Friday.

THE COURT:  All right.

MR. TUCCILLO:  -- notification there was an error, I guess, because we listed every plaintiff rather than just the movants.  We got them done again same day.

**RESCHEDULING DISCUSSION**

THE COURT:  Kelly, we're going to continue this for two weeks.  I do not have the confidence at the present time in this firm.

THE CLERK:  Yes, Your Honor.

THE COURT:  This is it.

And, Counsel, I would suggest to you in the next appearance that the lead counsel who brought this, Ms. Pafiti, is present.  But I'm also going to summon the law firm in waiting now for that same hearing and order them to be present.

MR. TUCCILLO:  Yes, Your Honor.

THE COURT:  And that is going to be the Robbins Geller Rudman.

Case 2:20-cv-11444-DOC-MAR   Document 72   Filed 05/25/21   Page 19 of 20   Page ID
#:556
2:20-CV-11444-DOC - 3/22/2021 - Item Number 1

19

Kelly, you're to contact them and also have them at the next conference.

THE CLERK:  Yes, Your Honor.

THE COURT:  All right.  Counsel, we'll set this in two week.  Hopefully, we'll be able to remedy with correct, succinct appearances.  The Court will know who's getting on the line at that time.  But I'm going to discuss representation with both you and the Rudman firm at that time.

All right.  Thank you very much.

THE CLERK:  Your Honor, that will be April 5th, 2021 at 8:30.

THE COURT:  Thank you, very much.

MS. SMITH:  Your Honor, may I just state my appearance for the record so we have a complete record, as well?  I am Colleen Smith on behalf of the defendants in the case.  Latham & Watkins.

THE COURT:  Well, thank you very much.  It's a pleasure having you here.

It's pleasure having all of you here and I hope all of you and your families are well.

MS. SMITH:  Thank you, Your Honor.

MR. TUCCILLO:  Thank you.

MS. SOBERS:  Thank you, Judge.

*(Proceedings adjourned at 8:52 a.m.)*

**Certified for U.S. District Court CM/ECF
Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter**

-oOo-


CERTIFICATE


I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held telephone in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.


Date:  March 24, 2021



/s/ Debbie Gale

_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR, CCRR