ROBBINS GELLER RUDMAN
  & DOWD LLP
LAURIE L. LARGENT (153493)
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
SEAN C. McGUIRE (319521)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
llargent@rgrdlaw.com
jcaringal@rgrdlaw.com
smcquire@rgrdlaw.com

Lead Counsel for Lead Plaintiff
Janice L. Kasbaum

POMERANTZ LLP
JENNIFER PAFITI (282790)
CARA DAVID (admitted *pro hac vice*)
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jpafiti@pomlaw.com
cdavid@pomlaw.com

Lead Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson,
and Shawn Kalmanson

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re GOODRX HOLDINGS, INC. SECURITIES LITIGATION<br><br>―――――――――――――――――<br><br>This Document Relates To:<br><br>ALL ACTIONS.<br><br>――――――――――――――――― | ) Master File No. 2:20-cv-11444-DOC-MARx<br>)<br>)<br>) <u>CLASS ACTION</u><br>)<br>) JOINT STIPULATION REGARDING<br>) SERVICE AND TIME TO RESPOND<br>) TO THE CONSOLIDATED<br>) COMPLAINT FOR THE NEWLY<br>) ADDED DEFENDANTS |

4852-8369-3297.v1

1  WHEREAS, on May 5, 2021 the Court entered a scheduling order regarding the filing of Lead Plaintiffs' consolidated amended complaint and schedule for defendants' response thereto. ECF No. 71 ("Scheduling Order");

WHEREAS, pursuant to the Scheduling Order, on June 7, 2021, Lead Plaintiffs filed a Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint") (ECF No. 76);

WHEREAS, the Consolidated Complaint added the following new defendants: Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud (collectively the "Director Defendants") and Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., BofA Securities Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Cowen and Company, LLC, Deutsche Bank Securities Inc., Evercore Group L.L.C., Citizens Capital Markets, Inc., KKR Capital Markets LLC, LionTree Advisors LLC, Raymond James & Associates, Inc., SVB Leerink LLC, Academy Securities, Inc., Loop Capital Markets LLC, R. Seelaus & Co., LLC and Samuel A. Ramirez & Company, Inc. (collectively the "Underwriter Defendants");

WHEREAS, undersigned counsel for the Director Defendants have agreed to accept service of the Consolidated Complaint on behalf of each Director Defendant and the undersigned counsel for the Underwriter Defendants have agreed to accept service of the Consolidated Complaint on behalf of each Underwriter Defendant, effective as of the date of this Stipulation;

WHEREAS, the Parties have met-and-conferred with regard to the Director Defendants' and Underwriter Defendants' responses to the Consolidated Complaint, and have agreed that the Director Defendants and Underwriter Defendants shall answer, move, or otherwise respond to the Consolidated Complaint on or before August 6, 2021, consistent with the Scheduling Order.

1    WHEREAS, the Parties also agree that, consistent with the Scheduling Order, in
2 the event that the Director Defendants and/or Underwriter Defendants file a motion to
3 dismiss the Consolidated Complaint, Lead Plaintiffs shall file an opposition on or
4 before October 5, 2021 and the Director Defendants and/or Underwriter Defendants
5 shall file a reply on or before November 19, 2021.

6    SO STIPULATED AND AGREED TO.

7  DATED: July 8, 2021              ROBBINS GELLER RUDMAN
                                       & DOWD LLP
8                                  LAURIE L. LARGENT
                                   DANIELLE S. MYERS
9                                  JENNIFER N. CARINGAL
                                   SEAN C. McGUIRE
10

11                                        s/ LAURIE L. LARGENT
                                   _____
                                          LAURIE L. LARGENT
12
                                   655 West Broadway, Suite 1900
13                                 San Diego, CA  92101
                                   Telephone:  619/231-1058
14                                 619/231-7423 (fax)
                                   llargent@rgrdlaw.com
15                                 dmyers@rgrdlaw.com
                                   jcaringal@rgrdlaw.com
16                                 smcguire@rgrdlaw.com

17                                 Lead Counsel for Lead Plaintiff
                                   Janice L. Kasbaum
18
                                   JOHNSON FISTEL, LLP
19                                 FRANK J. JOHNSON
                                   655 West Broadway, Suite 1400
20                                 San Diego, CA  92101
                                   Telephone:  619/230-0063
21                                 619/255-1856 (fax)
                                   frankj@johnsonfistel.com
22
                                   Additional Counsel for Lead Plaintiff
23                                 Janice L. Kasbaum

24

25

26

27

28

- 2 -

4852-8369-3297.v1

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 8, 2021

POMERANTZ LLP
JEREMY LIEBERMAN
J. ALEXANDER HOOD II
(admitted *pro hac vice*)
CARA DAVID
(admitted *pro hac vice*)

          s/ CARA DAVID
          CARA DAVID

600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
ahood@pomlaw.com
cdavid@pomlaw.com

POMERANTZ LLP
JENNIFER PAFITI
1100 Glendon Avenue, 5th Floor
Los Angeles, CA  90024
Telephone:  310/432-8492
jpafiti@pomlaw.com

Lead Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

Additional Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson, and Shawn Kalmanson

- 3 -

| | | |
|---|---|---|
| 1 | DATED:  July 8, 2021 | LATHAM & WATKINS LLP |
| 2 | | MICHELE D. JOHNSON |
| | | JORDAN D. COOK |
| 3 | | |

s/ MICHELE D. JOHNSON
_____
MICHELE D. JOHNSON

650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Telephone: 714/540-1235
714/755-8290 (fax)
michele.johnson@lw.com
jordan.cook@lw.com

Colleen Smith
12670 High Bluff Drive
San Diego, CA 92130
Telephone: 858/523-3985
858/523-5450 (fax)
colleen.smith@lw.com

Attorneys for Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud

DATED:  July 8, 2021

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
PETER B. MORRISON
VIRGINIA F. MILSTEAD

s/ PETER B. MORRISON
_____
PETER B. MORRISON

300 South Grand Avenue
Suite 3400
Los Angeles, CA  90071
Telephone:  213/687-5000
213/687-5600 (fax)
peter.morrison@skadden.com
virginia.milstead@skadden.com

- 4 -

4852-8369-3297.v1

|   |   |
|---|---|
| 1 |   |
| 2 | Attorneys for Defendants Morgan Stanley & Co. LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Barclays Capital Inc., BofA Securities Inc., Citigroup Global Markets Inc., Credit Suisse Securities (USA) LLC, RBC Capital Markets, LLC, UBS Securities LLC, Cowen and Company, LLC, Deutsche Bank Securities Inc., Evercore Group L.L.C., Citizens Capital Markets, Inc., KKR Capital Markets LLC, LionTree Advisors LLC, Raymond James & Associates, Inc., SVB Leerink LLC, Academy Securities, Inc., Loop Capital Markets LLC, R. Seelaus & Co., LLC and Samuel A. Ramirez & Company, Inc. |

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 8, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
 & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101-8498
Telephone: 619/231-1058
619/231-7423 (fax)

E-mail: llargent@rgrdlaw.com

4852-8369-3297.v1

# Mailing Information for a Case 2:20-cv-11444-DOC-MAR R. Brian Terenzini v. GoodRx Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Jennifer N Caringal**
  jcaringal@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jordan Davisson Cook**
  jordan.cook@lw.com,#ocecf@lw.com,jordan-cook-5273@ecf.pacerpro.com

- **Cara David**
  cdavid@pomlaw.com,egoodman@pomlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,asoto@pomlaw.com,abarbosa@pomlaw.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,paralegal@johnsonfistel.com,jonathans@johnsonfistel.com,brettm@johnsonfistel.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Laurie L Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sean C McGuire**
  smcguire@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Jennifer Banner Sobers**
  jbsobers@pomlaw.com

- **Matthew L. Tuccillo**
  mltuccillo@pomlaw.com,abarbosa@pomlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`