ROBBINS GELLER RUDMAN
  & DOWD LLP
LAURIE L. LARGENT (153493)
DANIELLE S. MYERS (259916)
JENNIFER N. CARINGAL (286197)
SEAN C. McGUIRE (319521)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
smcquire@rgrdlaw.com

Lead Counsel for Lead Plaintiff
Janice L. Kasbaum

POMERANTZ LLP
JENNIFER PAFITI (282790)
CARA DAVID (admitted *pro hac vice*)
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jpafiti@pomlaw.com
cdavid@pomlaw.com

Lead Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson,
and Shawn Kalmanson

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| In re GOODRX HOLDINGS, INC. SECURITIES LITIGATION | Master File No. 2:20-cv-11444-DOC-MARx |
| | CLASS ACTION |
| This Document Relates To: | NOTICE OF ERRATA |
| ALL ACTIONS. | |

4836-7510-5777.v1

TO THE COURT AND ALL PARTIES IN THIS ACTION:

PLEASE TAKE NOTICE, that Lead Plaintiffs respectfully submit this notice of errata to clarify and correct the defendants against who violations of the Securities Exchange Act of 1934 and Rule 10b-5 are asserted in the Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint") (ECF No. 76):

Page 39 of Consolidated Complaint alleges "COUNT III for Violation §10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants." To clarify, the defendants against who Count III is asserted are GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek and Karsten Voermann.

A version of Lead Plaintiffs' Consolidated Complaint containing this clarification is attached hereto as Exhibit A.

DATED:  July 22, 2021

ROBBINS GELLER RUDMAN
  & DOWD LLP
LAURIE L. LARGENT
DANIELLE S. MYERS
JENNIFER N. CARINGAL
SEAN C. McGUIRE

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
llargent@rgrdlaw.com
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
smcguire@rgrdlaw.com

Lead Counsel for Lead Plaintiff
Janice L. Kasbaum

JOHNSON FISTEL, LLP
FRANK J. JOHNSON
655 West Broadway, Suite 1400
San Diego, CA  92101
Telephone:  619/230-0063
619/255-1856 (fax)
frankj@johnsonfistel.com

- 1 -

4836-7510-5777.v1

Additional Counsel for Lead Plaintiff
Janice L. Kasbaum

POMERANTZ LLP
JEREMY LIEBERMAN
J. ALEXANDER HOOD II
(admitted *pro hac vice*)
CARA DAVID
(admitted *pro hac vice*)
600 Third Avenue
New York, NY  10016
Telephone:  212/661-1100
212/661-8665 (fax)
jalieberman@pomlaw.com
ahood@pomlaw.com
cdavid@pomlaw.com

POMERANTZ LLP
JENNIFER PAFITI
1100 Glendon Avenue, 5th Floor
Los Angeles, CA  90024
Telephone:  310/432-8492
jpafiti@pomlaw.com

Lead Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson,
and Shawn Kalmanson

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
PERETZ BRONSTEIN
60 East 42nd Street, Suite 4600
New York, NY  10165
Telephone:  212/697-6484
212/697-7296 (fax)
peretz@bgandg.com

Additional Counsel for Lead Plaintiffs
Betty Kalmanson, Lawrence Kalmanson,
and Shawn Kalmanson

- 2 -

4836-7510-5777.v1

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 22, 2021, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ LAURIE L. LARGENT
LAURIE L. LARGENT

ROBBINS GELLER RUDMAN
    & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

E-mail:  llargent@rgrdlaw.com

4836-7510-5777.v1

# Mailing Information for a Case 2:20-cv-11444-DOC-MAR R. Brian Terenzini v. GoodRx Holdings, Inc. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam Marc Apton**
  aapton@zlk.com

- **Jennifer N Caringal**
  jcaringal@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Brian Edward Cochran**
  bcochran@rgrdlaw.com,e_file_sd@rgrdlaw.com,kwoods@rgrdlaw.com

- **Jordan Davisson Cook**
  jordan.cook@lw.com,#ocecf@lw.com,jordan-cook-5273@ecf.pacerpro.com

- **Cara David**
  cdavid@pomlaw.com,egoodman@pomlaw.com

- **J. Alexander Hood , II**
  ahood@pomlaw.com,asoto@pomlaw.com,abarbosa@pomlaw.com

- **Frank J Johnson**
  frankj@johnsonfistel.com,michaelf@johnsonfistel.com,paralegal@johnsonfistel.com,jonathans@johnsonfistel.com,brettm@johnsonfistel.com

- **Michele D Johnson**
  michele.johnson@lw.com,michele-johnson-7426@ecf.pacerpro.com,#ocecf@lw.com,jana.roach@lw.com

- **Phillip Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Laurie L Largent**
  llargent@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sean C McGuire**
  smcguire@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Danielle S Myers**
  dmyers@rgrdlaw.com,dmyers@ecf.courtdrive.com,e_file_sd@rgrdlaw.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,egoodman@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,jalieberman@pomlaw.com,asoto@pomlaw.c

- **Laurence M. Rosen**
  lrosen@rosenlegal.com,lrosen@ecf.courtdrive.com

- **Colleen C Smith**
  colleen.smith@lw.com,colleen-c-smith-7786@ecf.pacerpro.com

- **Jennifer Banner Sobers**
  jbsobers@pomlaw.com

- **Matthew L. Tuccillo**
  mltuccillo@pomlaw.com,abarbosa@pomlaw.com

- **David C Walton**
  davew@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_fl@rgrdlaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)