LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Jordan D. Cook (Bar No. 293394)
  *Jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

*Attorneys for Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, and Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| In re GOODRX HOLDINGS, INC. SECURITIES LITIGATION, | Master File No. 2:20-CV-11444-DOC (MARx) |
| This Document Relates To:<br><br>ALL ACTIONS | CLASS ACTION<br><br>**DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION TO DISMISS CONSOLIDATED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE**<br><br>Date:  December 6, 2021<br>Time:  8:30 a.m.<br>Courtroom: 9D<br>Judge:  Hon. David O. Carter |

I, Colleen C. Smith, declare as follows:

1.     I am a partner with the law firm of Latham & Watkins LLP, and counsel of record for Defendants GoodRx Holdings, Inc. ("GoodRx"), Douglas Hirsch, Trevor Bezdek, Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud (together with GoodRx, "Defendants").  I am a member in good standing with the State Bar of California.  I submit this declaration in support of the accompanying motion to dismiss Plaintiffs' Consolidated Complaint for Violations of the Federal Securities Laws ("Consolidated Complaint" or "CC") and Request for Judicial Notice and Incorporation of Documents By Reference in Support of Defendants' Motion to Dismiss.  I have personal knowledge of the facts set forth herein.

2.     On August 5, 2021, I sent Plaintiffs' counsel a proposed list of documents for which Defendants intended to rely on in connection with their motion to dismiss, either via the incorporation-by-reference doctrine or judicial notice. The same day, Plaintiffs' counsel responded, indicating that they reserve the right to object to the consideration of these documents, depending on how they are used in Defendants' motion to dismiss.

3.     Attached hereto as Exhibit 1 is a true and correct copy of GoodRx's Form S-1/A Registration Statement, filed with the Securities and Exchange Commission on September 22, 2020.  *See* CC ¶¶ 57-71.

4.     Attached hereto as Exhibit 2 is a true and correct copy of Amazon's November 17, 2020 press release entitled "Introducing Amazon Pharmacy: Prescription Medications Delivered," accessed on August 4, 2021, at https://press.aboutamazon.com/news-releases/news-release-details/introducing-amazon-pharmacy-prescription-medications-delivered.  *See* CC ¶ 67.

5.     Attached hereto as Exhibit 3 is a true and correct copy of Amazon's May 11, 2021 press release entitled "Amazon makes it easier to compare

medication prices," accessed on August 4, 2021, at https://www.aboutamazon.com/news/amazon-prime/amazon-makes-it-easier-to-compare-medication-prices.  *See* CC ¶ 71.

6.    Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a Deutsche Bank analyst report published on October 19, 2020.  *See* CC ¶ 54.

7.    Attached hereto as <u>Exhibit 5</u> is a true and correct copy of an RBC Capital analyst report published on October 18, 2020.  *See* CC ¶ 54.

8.    Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a historical chart of GoodRx's stock price from September 23, 2020, to May 31, 2021, accessed on August 6, 2021, from Yahoo! Finance.

9.    Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the S&P Global transcript of a GoodRx Company Conference Presentation held on December 10, 2020.  *See* CC ¶ 112.

10.    Using the information contained in Plaintiffs' Complaint, I have prepared <u>Appendix A</u>, which is a summary compilation of Plaintiffs' alleged false or misleading statements. The chart is designed to aid in the Court's evaluation of Defendants' motion to dismiss, and the statements are copied directly from Plaintiffs' Complaint.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 6th day of August, 2021, in San Diego, California.

> */s/ Colleen C. Smith*
> Colleen C. Smith