# APPENDIX A

## APPENDIX A:

## CHALLENGED STATEMENTS IN PLAINTIFFS' CONSOLIDATED COMPLAINT

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| 1. | *Our partnerships across the healthcare ecosystem, scale and strong consumer brand create a deep competitive moat that is reinforced by our proprietary technology platform*, which processes over 150 billion pricing data points every day and integrates that data into an interface that is convenient and easy to use for consumers. | Registration Statement | CC ¶ 57 |
| 2. | *We are a market leader with a significant scale and brand advantage over our competitors. Our growth accelerates self-reinforcing network effects that further strengthen our competitive position.* | Registration Statement | CC ¶ 58 |
| 3. | **What Sets Us Apart**<br><br>• *We are a market leader with a significant scale and brand advantage over our competitors. Our growth accelerates self reinforcing network effects that further strengthen our competitive position. Our competitive strengths consist of:*<br><br>• *Leading Platform*: We believe that we are the largest platform that aggregates pricing for prescriptions. Our proprietary platform enables us to collect and normalize over 150 billion prescription pricing data points every day from sources spanning the healthcare industry.<br><br>• *Trusted Brand*: We have built a trusted brand based on nearly a decade of consumer-focused product development. | Registration Statement | CC ¶ 59 |

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| | We strive to be with the consumer throughout their healthcare journey. We are guided by the principle of doing well for consumers and the healthcare industry as a whole, which we believe helps us build trust, engagement and brand loyalty.<br><br>• *Scaled and Growing Network*: Our leading consumer-focused digital healthcare platform and brand have facilitated rapid growth in our consumer base, which has helped us achieve significant scale. As we have scaled, we have been able to increase the savings that we provide our consumers, in part by leveraging our growing consumer base to attract more partners and source better prices.<br><br>• *Consumer-focus*: We empower consumers with the tools and resources to navigate the complexity of the healthcare system. Our platform delivers a consumer-first experience that is convenient and is easy to use and understand.<br><br>• *Extensible Platform*: The large number of highly engaged consumers who trust our brand and platform provide a strong foundation for the development of new products that extend across the healthcare market. We have demonstrated our ability to develop new products such as our subscription offerings and pharmaceutical manufacturer solutions offering, and integrate acquired companies such as HeyDoctor.<br><br>• *Cash Generative Monetization Model*: We believe our business model has facilitated | | |

2

**APPENDIX A**
**Page 431**

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| | the rapid growth and expansion of our platform. We have a track record of generating cash flows, allowing us to reinvest in platform expansion and growth. | | |
| 4. | Our success is demonstrated by our 4.4 million Monthly Active Consumers for the second quarter of 2020 . . .<br><br>On average, we have been the most downloaded medical app on the Apple App Store and Google Play App Store for the last three years. | Registration Statement | CC ¶ 60 |
| 5. | The size of our database, combined with our proprietary platform, allows us to present highly competitive prices to consumers. We believe that we currently have the largest database of PBM prices in the United States. | Registration Statement | CC ¶ 61 |
| 6. | For many of our PBM partners, we are their only significant direct-to-consumer channel. To date, we have retained all of our PBM partners, which highlights the strength of our relationships alongside the value we deliver. | Registration Statement | CC ¶ 62 |
| 7. | In addition, our PBM contracts typically include provisions that prevent PBMs from circumventing our platform, redirecting volumes outside of our platform and other protective measures. | Registration Statement | CC ¶ 63 |
| 8. | We believe our financial results reflect the significant market demand for our offerings and the value that we provide to the broader healthcare ecosystem. | Registration Statement | CC ¶ 64 |
| 9. | We compete with companies that provide savings on prescriptions, as well as companies | Registration Statement | CC ¶ 65 |

3

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| | that offer telehealth services and advertising and market access for pharmaceutical manufacturers. Within the prescriptions market, our competition is fragmented and consists of competitors that are smaller than us in scale. There can be no assurance that competitors will not develop and market similar offerings to ours, or that industry participants, such as integrated PBMs and pharmacy providers, will not seek to leverage our platform to drive consumer demand and traffic to their networks and eventually away from, or outside of, our platform. We ***may*** face increased competition from those that attempt to replicate our business model or marketing tactics, such as discount websites, apps, cash back and loyalty programs and new comparison shopping sites from various industry participants, any of which ***could*** impact our ability to attract and retain consumers. | | |
| 10. | ***[W]hat we've seen is we have not seen sort of any competitors that have really impacted our business in any way sort of historically or currently.*** | 2020.11.12 Q3 2020 Earnings Call Transcript | CC ¶ 103 |
| 11. | Unspecified statement that Amazon's PrimeRx services were complimentary, not competitive to GoodRx. | 2020.11.18 interview during CNBC's Disruptor 50 Summit | CC ¶ 107 |
| 12. | If you actually look at what Amazon was talking about yesterday, they're focused on being a mail order provider. That is what Amazon does, and it's what they do best. And a lot of folks sort of conflated this retail pharmacy discount card that they've put up there as being an actual product or service. But really, it's | 2020.11.18 RBC Global TIMT Virtual Conference Transcript | CC ¶ 108 |

4

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| | mostly there to comply with contractual obligations around insurance co-pays which they need to do for mail. | | |
| 13. | I'm a little surprised at how people have been somehow translated [Amazon] into this sort of massive new player in the discount card space. Let's be honest, other folks in, I'll call it, the health care space have tried to launch discount card programs like this and they generally failed . . . .<br><br>When I think of competition, I don't think of Amazon. | 2020.11.18 RBC Global TIMT Virtual Conference Transcript | CC ¶ 109 |
| 14. | Amazon, what they really did, if we go back to kind of what the announcement was, is that in order to comply with insurance contracts, they added a rudimentary pharmacy discount card powered by Inside Rx, which is actually, GoodRx was the launch partner of Inside Rx. Hundreds of companies have done this for years. It wasn't a priority for them. It was basically that in order to show a price, because remember, this is the wacky world of health care, they couldn't do it themselves because they'd be buying those insurance and government contracts we talked about. We don't expect them to promote this card. Again, Amazon wants to send you things by mail, that's common sense. This card can be used at retail, but it has not ever been in their plans. They did not form any partnership with any retailers.<br><br>* * *<br><br>To some extent, we dominate this market. Amazon has a tiny fraction in the mail order market, and they really don't have that much | 2020.12.03 Credit Suisse 24th Annual Technology Conference Transcript | CC ¶ 110 |

**APPENDIX A**
**Page 434**

| NO. | CHALLENGED STATEMENT | SOURCE | CITE |
|---|---|---|---|
| | scale for us. In terms of what – with the PrimeRx card, I don't – remember that this is a very complicated thing. If Amazon was to stand up tomorrow and say, we're going to publish our own prices or we're going to somehow customize the Inside Rx prices for us, [t]hey get ever closer to that point where lawsuits begin. And this is not a nominal thing. | | |
| 15. | [S]uffice to say that we like the fact it's Amazon. We think it's complementary and helpful to our service that they can drop this, but I think we remain a partner of Amazon. However, I want to emphasize that we don't think it's detrimental to our business. We think it's actually – it's positive because it builds more awareness. | 2020.12.08 UBS Global TMT Conference Transcript | CC ¶ 111 |
| 16. | I don't personally see that as Amazon taking over the retail pharmacy business. And as I just said, I think mail is really, really hard. We are partners with Amazon. I don't want – it's not a David, Goliath. It's not a GoodRx versus Amazon thing. They are our partners. We talk to the PillPack guys all the time. GoodRx is actually accepted at the Amazon Pharmacy . . . . | 2020.12.10 Barclays Global Technology, Media and Telecommunications Conference Transcript | CC ¶ 112 |

6