LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Jordan D. Cook (Bar No. 293394)
  *Jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

*Attorneys for Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| In re GOODRX HOLDINGS, INC. SECURITIES LITIGATION, | Master File No. 2:20-CV-11444-DOC (MARx) |
| This Document Relates To:<br><br>ALL ACTIONS | CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE**<br><br>Date:      December 6, 2021<br>Time:      8:30 a.m.<br>Courtroom: 9D<br>Judge:    Hon. David O. Carter |

Before the Court is Defendants' GoodRx Holdings, Inc. ("GoodRx"), Douglas Hirsch, Trevor Bezdek, Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud (together with GoodRx, "Defendants") Request for Judicial Notice and Incorporation by Reference in Support of Defendants' Motion to Dismiss the Consolidated Complaint for Violations of the Federal Securities Laws, dated August 6, 2021.

The Court, having considered the Request, the parties' memoranda and supporting papers, the arguments of counsel, the records in the above-captioned case, and all other arguments and evidence before the Court, HEREBY ORDERS that Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of Federal Securities Laws is GRANTED.

IT IS SO ORDERED.

Dated: _____, 2021

_____
The Honorable David O. Carter
United States District Judge