LATHAM & WATKINS LLP
  Michele D. Johnson (Bar No. 198298)
  *michele.johnson@lw.com*
  Jordan D. Cook (Bar No. 293394)
  *Jordan.cook@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626-1925
Tel:  (714) 540-1235
Fax:  (714) 755-8290

LATHAM & WATKINS LLP
  Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130-3086
Tel:  (858) 523-5400
Fax:  (858) 523-5450

*Attorneys for Defendants GoodRx Holdings, Inc., Douglas Hirsch, Trevor Bezdek, and Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| In re GOODRX HOLDINGS, INC. SECURITIES LITIGATION, | Master File No. 2:20-CV-11444-DOC (MARx) |
| This Document Relates To: | CLASS ACTION |
| ALL ACTIONS | **DECLARATION OF COLLEEN C. SMITH IN SUPPORT OF DEFENDANTS' NOTICE OF MOTION TO DISMISS AMENDED COMPLAINT AND REQUEST FOR JUDICIAL NOTICE** |
| | Date:         June 6, 2022 Time:        8:30 a.m. Courtroom: 9D Judge:       Hon. David O. Carter |

I, Colleen C. Smith, declare as follows:

1.    I am a partner with the law firm of Latham & Watkins LLP, and counsel of record for Defendants GoodRx Holdings, Inc. ("GoodRx"), Douglas Hirsch, Trevor Bezdek, Karsten Voermann, Christopher Adams, Julie Bradley, Dipanjan Deb, Adam Karol, Jacqueline Kosecoff, Stephen LeSieur, Gregory Mondre and Agnes Rey-Giraud (together with GoodRx, "Defendants").  I am a member in good standing with the State Bar of California.  I submit this declaration in support of the accompanying Motion to Dismiss Plaintiffs' Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint" or "AC," Dkt. 100) and Request for Judicial Notice and Incorporation of Documents By Reference in Support of Defendants' Motion to Dismiss Amended Complaint.  I have personal knowledge of the facts set forth herein.

2.    Attached hereto as Exhibit 1 is a true and correct copy of GoodRx's Form S-1/A Registration Statement, filed with the Securities and Exchange Commission on September 22, 2020.  *See* AC ¶¶ 65-72.

3.    Attached hereto as Exhibit 2 is a true and correct copy of Amazon's November 17, 2020 press release entitled "Introducing Amazon Pharmacy: Prescription Medications Delivered," accessed on August 3, 2021, at https://press.aboutamazon.com/news-releases/news-release-details/introducing-amazon-pharmacy-prescription-medications-delivered.  *See* AC ¶ 73.

4.    Attached hereto as Exhibit 3 is a true and correct copy of Amazon's May 11, 2021 press release entitled "Amazon makes it easier to compare medication prices," accessed on August 5, 2021, at https://www.aboutamazon.com/news/amazon-prime/amazon-makes-it-easier-to-compare-medication-prices.  *See* AC ¶ 77.

5.    Attached hereto as Exhibit 4 is a true and correct copy of a Deutsche Bank analyst report published on October 19, 2020.  *See* AC ¶ 61.

6.  Attached hereto as Exhibit 5 is a true and correct copy of an RBC Capital analyst report published on October 18, 2020.  *See* AC ¶ 62.

7.  Attached hereto as Exhibit 6 is a true and correct copy of a historical chart of GoodRx's stock price from September 23, 2020, to June 10, 2021, accessed on March 9, 2022, from Yahoo! Finance.

8.  Attached hereto as Exhibit 7 is a true and correct copy of the S&P Global transcript of a GoodRx Company Conference Presentation held on December 10, 2020.  *See* AC ¶ 117.

9.  Attached hereto as Exhibit 8 are true and correct copies of D. Hirsch's Form 4 filed with the SEC on March 24, 2021; T. Bezdek's Form 4 filed with the SEC on March 24, 2021; K. Voermann's Forms 4 filed with the SEC on March 31, 2021, and April 30, 2021; and Idea Men, LLC's Forms 4 filed with the SEC on March 25, 2021, and March 30, 2021.

10.  Plaintiffs did not object to Defendants' previous request for judicial notice and incorporation by reference (Dkt. 88), which referenced all of the exhibits attached to this declaration except for Exhibit 8.

11.  Using the information contained in Plaintiffs' Amended Complaint, Latham & Watkins has prepared Appendix A, which is a summary compilation of Plaintiffs' alleged false or misleading statements.  The chart is designed to aid in the Court's evaluation of Defendants' motion to dismiss, and the statements are copied directly from Plaintiffs' Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of March, 2022, in San Diego, California.

_/s/ Colleen C. Smith_
Colleen C. Smith

LATHAM&WATKINSLLP
ATTORNEYS AT LAW

DECLARATION OF COLLEEN C. SMITH ISO
DEFENDANTS' MOTION TO DISMISS & RJN
Case No. 2:20-CV-11444-DOC (MARx)

2