# EXHIBIT 2

# Press release

## Introducing Amazon Pharmacy: Prescription Medications Delivered

November 17, 2020 at 6:00 AM EST

*Customers can now purchase prescription medications through the Amazon online store – convenient and reliable access, without leaving home*

*Amazon Prime members receive free two-day delivery and up to 80% savings when paying without insurance, with new prescription savings benefit*

SEATTLE--(BUSINESS WIRE)--Nov. 17, 2020-- Amazon.com, Inc. (NASDAQ: AMZN) today announced two new pharmacy offerings to help customers conveniently purchase their prescription medications. Amazon Pharmacy, a new store on Amazon, allows customers to complete an entire pharmacy transaction on their desktop or mobile device through the Amazon App. Using a secure pharmacy profile, customers can add their insurance information, manage prescriptions, and choose payment options before checking out. Prime members receive unlimited, free two-day delivery on orders from Amazon Pharmacy included with their membership. To learn more and get started, visit amazon.com/pharmacy (https://cts.businesswire.com/ct/CT? id=smartlink&url=http%3A%2F%2Famazon.com%2Fpharmacy&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fpharmacy&index=1&md5=a22acf6025d51e39f6c314d50bb26ec0).

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20201117005429/en/ (https://www.businesswire.com/news/home/20201117005429/en/)



Customers can now purchase prescription medications through Amazon Pharmacy – convenient and reliable access, without leaving home. (Photo: Business Wire)

Also new today, Prime members can access savings on medications at Amazon Pharmacy when paying without insurance, as well as at over 50,000 other participating pharmacies nationwide. The Amazon Prime prescription savings benefit saves members up to 80% off generic and 40% off brand name medications when paying without insurance. Prime members will have access to their prescription savings at checkout on Amazon Pharmacy, or can learn more at amazon.com/primerx (https://cts.businesswire.com/ct/CT?

id=smartlink&url=http%3A%2F%2Famazon.com%2Fprimerx&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fprimerx&index=2&md5=987f73921fac4d223c59aaf90f223d3a).

**EXHIBIT 2**
**Page 279**

Together the Amazon Prime prescription savings benefit and Amazon Pharmacy make it simple for customers to compare prices and purchase medications for home delivery, all in one place. Now, filling prescriptions is as convenient as any other purchase on Amazon's online store:

- **Research Medications and Order Confidently:** The same browsing experience customers are familiar with from Amazon makes it easy to discover what medications – including branded and generic versions, and different forms or dosages – are available through Amazon Pharmacy. Before checking out customers can compare their insurance co-pay, the price without insurance, or the available savings with the new Prime prescription savings benefit to choose their lowest price option.
- **Seamless Transactions:** Customers can add insurance information and ask their prescriber to send new or existing prescriptions directly to Amazon Pharmacy for fulfilment. Purchase is as simple as confirming the request on the Amazon App or website.
- **Access Fully Digital, Personalized Quality Care:** Customers have online self-service help options combined with phone access to customer care at any time. Friendly and knowledgeable pharmacists are available 24/7 to answer questions about medications.

"We designed Amazon Pharmacy to put customers first – bringing Amazon's customer obsession to an industry that can be inconvenient and confusing," said TJ Parker, Vice President, Amazon Pharmacy. "We work hard behind the scenes to handle complications seamlessly so anyone who needs a prescription can understand their options, place their order for the lowest available price, and have their medication delivered quickly."

"As more and more people look to complete everyday errands from home, pharmacy is an important and needed addition to the Amazon online store," commented Doug Herrington, Senior Vice President of North American Consumer at Amazon. "PillPack has provided exceptional pharmacy service for individuals with chronic health conditions for over six years. Now, we're expanding our pharmacy offering to Amazon.com (http://Amazon.com), which will help more customers save time, save money, simplify their lives, and feel healthier."

"We understand the importance of access to affordable medication, and we believe Prime members will find tremendous value with the new Amazon Prime prescription savings benefit," said Jamil Ghani, Vice President, Amazon Prime. "Our goal is for Prime to make members' lives easier and more convenient every day, and we're excited to extend the incredible savings, seamless shopping experience, and fast, free delivery members know and love with Prime to Amazon Pharmacy."

**About Our Pharmacy Services**

**Amazon Pharmacy** on Amazon.com (http://Amazon.com) allows customers to order prescription medications for home delivery. Orders are delivered in discreet packaging to the customer's preferred address. Medications require a prescription from a licensed health care provider. Amazon Pharmacy securely manages customer information in compliance with HIPAA, and does not share Protected Health Information outside of the pharmacy for advertising or marketing purposes without clear permission from the customer. We do not deliver Schedule II controlled medications, which includes most opioids. Learn more at amazon.com/pharmacy (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fpharmacy&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fpharmacy&index=3&md5=f6f46db357e83606f1fb10c3f7c1ac07).

**PillPack by Amazon Pharmacy** is part of Amazon Pharmacy and remains a distinct service for customers managing multiple daily medications for chronic conditions. Customers who take multiple daily medications and prefer pre-sorted dose packaging should continue to choose PillPack. Learn more at pillpack.com (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.pillpack.com&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=pillpack.com&index=4&md5=8ec2b36d69150c8eba10e89cc60fb822).

**The Amazon Prime prescription savings benefit** gives Prime members access to low prices on many brand name and generic prescription medications when paying without insurance. It can be used for

**EXHIBIT 2**
**Page 280**

discounts up to 80% off generic and 40% off brand name medications at over 50,000 participating pharmacies nationwide, including Amazon Pharmacy and the PillPack by Amazon Pharmacy service. The savings benefit is administered by Inside Rx, a subsidiary of Evernorth, providing affordable access to medication for self-paying consumers. Learn more and start saving today at amazon.com/primerx (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Famazon.com%2Fprimerx&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fprimerx&index=5&md5=6f27c7030f843b8af95f6b64d40ad3bd). Not a Prime member? Learn more or sign up for a free 30-day trial at amazon.com/prime (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fprime&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fprime&index=6&md5=c1b64b54f5b68e2983359ede4033e999).

**About Amazon**

Amazon is guided by four principles: customer obsession rather than competitor focus, passion for invention, commitment to operational excellence, and long-term thinking. Customer reviews, 1-Click shopping, personalized recommendations, Prime, Fulfillment by Amazon, AWS, Kindle Direct Publishing, Kindle, Fire tablets, Fire TV, Amazon Echo, and Alexa are some of the products and services pioneered by Amazon. For more information, visit amazon.com/about (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fabout&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=amazon.com%2Fabout&index=7&md5=376aaca1c2a4a9b69f7ed29bb5328600) and follow @AmazonNews (https://cts.businesswire.com/ct/CT?id=smartlink&url=https%3A%2F%2Ftwitter.com%2FAmazonNews&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=%40AmazonNews&index=8&md5=c301f21c3622eb32692c22c9f370b063).


View source version on businesswire.com (http://businesswire.com): https://www.businesswire.com/news/home/20201117005429/en/ (https://www.businesswire.com/news/home/20201117005429/en/)

Amazon.com, Inc.
Media Hotline
Amazon-pr@amazon.com (mailto:Amazon-pr@amazon.com)
www.amazon.com/pr (https://cts.businesswire.com/ct/CT?id=smartlink&url=http%3A%2F%2Fwww.amazon.com%2Fpr&esheet=52329282&newsitemid=20201117005429&lan=en-US&anchor=www.amazon.com%2Fpr&index=9&md5=c9a71514b3b167cd1248c85ef556fc9c)

Source: Amazon.com, Inc.

**EXHIBIT 2**
**Page 281**