# EXHIBIT 3



# Amazon makes it easier to compare medication prices

1 min     May 11, 2021

Written by Amazon Staff

## Amazon Pharmacy and Amazon Prime are offering customers new ways to save money and understand prescription medication costs.

It's uncommon for customers to compare prices online for prescription drugs. In fact, a national survey showed that only 11% of customers shopped online for better prices when faced with higher than anticipated costs for their prescriptions.

Amazon is now introducing two new features that make it easier for customers to find and compare the expected price of their medication. These tools give customers more ways to save money on their prescription medication purchases.

With the Amazon Prime prescription savings benefit, Prime members can search for their medication and compare savings at Amazon Pharmacy and other retail pharmacies where the Prime savings card is accepted. With over 60,000 participating pharmacies nationwide, customers can browse prices on prescription medications from their local pharmacy or order online with free two-day delivery from Amazon Pharmacy. The Prime prescription savings benefit saves members up to 80% off generic and 40% off brand-name medications when paying without insurance.

Whether looking for the best price on urgent medication needs, or finding ways to save each month on chronic medications, this benefit is another way Prime members can save money and time while staying healthy.

**EXHIBIT 3**
**Page 282**

Amazon makes it easier to compare medication prices



01 / 03

Plus, customers shopping from their Amazon Pharmacy account can now check their insurance co-pay price before ordering a medication. We've heard from customers who want to try Amazon Pharmacy but need to first understand their co-pay price. Now we can provide that information quickly, efficiently, and entirely online—no need to pick-up the phone to call a pharmacy or insurance provider.

After providing insurance and prescriber information, customers logged in to Amazon Pharmacy can request an expected co-pay right from the medication information page. For Prime members, it's easy to compare their co-pay cost to the Prime savings price, making purchasing decisions easier than ever.



Amazon Pharmacy makes it easier to see the price of your meds

Together, Amazon Pharmacy and the Prime prescription savings benefit are a step toward more convenience and a better shopping experience for our pharmacy customers.

*The Prime prescription savings benefit is administered by Inside Rx. Average savings based on usage and Inside Rx data as compared to cash prices; average savings for all generics are 78%; 37% for select brand medications; [learn more](#).*

**EXHIBIT 3**
**Page 283**



Based on this article, how do you view Amazon?

Tap to respond

○ Very Positive

○ Positive

○ Negative

○ Very Negative

---

RELATED TAGS

**Amazon Prime**

## More from Amazon



## Amazon News

Sign up for the latest news, facts, analysis, and original stories about Amazon delivered to you.

Enter email    ○

---

**EXHIBIT 3**
**Page 284**

**Amazon News**

**Press Center**

**Amazon.com**

**Investor Resources**

**Careers**

**Facts about Amazon**

Amazon.com | Conditions of Use | © 1996-2021 Amazon.com, Inc. or its affiliates

**EXHIBIT 3**

**Page 285**