# EXHIBIT 4

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

# Deutsche Bank
## Research



| Rating | Company | Date |
|---|---|---|
| **Hold** | **GoodRx** | 19 October 2020 |

North America
United States

TMT
Internet

| | Reuters | Bloomberg | Exchange | Ticker |
|---|---|---|---|---|
| | GDRX.OQ | GDRX US | NSM | GDRX |

### Initiation of Coverage

| | |
|---|---|
| Price at 15 Oct 2020 (USD) | 51.26 |
| Price target | 50.00 |
| 52-week range | 57.16 - 46.70 |

# Rx for Healthcare – Initiating with a Hold and $50 price target

## Initiating with a Hold and $50 price target

We see GoodRx as well positioned to continue growing its core business, scaling newer offerings, and leverage its brand and user base to add new services. We like many aspects of the business model, which looks similar to elements of online travel businesses but compares favorably across a number of dimensions that we outline in this note. Given rich valuation multiples (30x revenue and 97x EBITDA on 2021) and already-robust estimates including 29% compound growth in the prescription transactions business 2019-2025 and >12x growth in the Other segment from 2020 to 2025, we see our positive outlook as largely reflected in shares. We initiate with a Hold rating and a $50 target. We would turn more positive on any meaningful pullback in shares allowing for significant upside to our target price.

## What's in our report

In our note, we contextualize how GoodRx fits into the pharmaceutical industry at a high level, and we also compare this to intermediaries around air ticketing in online travel. We then lay out deep dives into each segment - discussing the product/service, the associated addressable market, monetization and then the competitive environment of the business. After the deep dives, we turn our attention to insights from a proprietary survey we conducted with our dbDIG team, the bull and bear cases, valuation, and the financial model.

## Bullish on GoodRx fundamentally

We are bullish on prospects for GoodRx to increase its penetration of generic prescription beyond today's estimated 5.7% given its compelling consumer value proposition, limited penetration, and room to boost awareness of comparison shopping in general and GoodRx particularly. We like the company's leading position in its niche, the recurring revenue nature of the model, strong brand with high net promoter score, large and fast growing audience, and growth opportunities across subscription, telemedicine and branded drug advertising. We see scope for the company to leverage its brand and existing customer base to add more products not currently envisioned in our model, particularly with mix shift towards high deductible plans driving consumers to shop around more for healthcare.

[Valuation & Risks](#)

**Lloyd Walmsley**
Research Analyst
+1-212-250-7063

**George Hill**
Research Analyst
+1-212-250-7822

**Kunal Madhukar, CFA**
Research Analyst
+1-212-250-0237

**Charlotte Kolb**
Research Associate
+1-212-250-0870

**Akaash Agarwal**
Research Associate
+1-212-250-8159

**Chris Kuntarich**
Research Associate
+1-212-250-9969

*We would like to thank Ben Novak of dbDIG Primary Research for his contribution to this report. For more on dbDIG Primary Research click here*



Deutsche Bank Securities Inc.

Deutsche Bank does and seeks to do business with companies covered in its research reports. Thus, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision. DISCLOSURES AND ANALYST CERTIFICATIONS ARE LOCATED IN APPENDIX 1. MCI (P) 064/04/2020. DURING THE PERIOD NOVEMBER 2018 to MARCH 2020 DISCLOSURES MAY HAVE DISPLAYED INCOMPLETE INFORMATION, PLEASE SEE APPENDIX 1 FOR FURTHER DETAILS.

Distributed on: 19/10/2020 09:01:06 GMT

**EXHIBIT 4**
**Page 286**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## GoodRx is already profitable with strong unit economics poised to expand

We expect $533M in 2020E revenue, compounding at 35% to ~$1.7B in 2025E. The company reported Adjusted EBITDA margins of 41% in 2019 and while the company plans to invest in scaling newer product lines near term, we think it can return to these levels over time. GoodRx had 4.4M annualized Monthly Active Customers (MACs) (+25.8% Y/Y) in 2Q20 in its Prescription Transaction segment, an estimated 575k paid subscribers, and 15M monthly average visitors to its website, per internal metrics. We look for GoodRx to scale its Other segment (subscriptions, branded drug advertising and telehealth) from $56M in 2020 to $720M in 2025.

## dbDIG Survey results show broad applicability and runway for growth

The dbDIG team surveyed 1,000+ US consumers in early October to better understand consumer views around the prescription drug market and telemedicine. At a high level, our key takes include: (1) Consumers see drug prices as expensive, validating the consumer pain point; consumers also perceive meaningful savings using GoodRx. (2) Even insured consumers find value in GoodRx, confirming the addressable market extends beyond the uninsured. (3) Doctors' offices are a big source of customer growth for discount cards and GoodRx. (4) Consumers show high likelihood to recommend GoodRx to friends and family. (5) Awareness is already strong for both drug price comparison shopping (79% were at least a little aware) and awareness of GoodRx is also high (46% have heard of but never used while an additional 28% have used it). (6) There are a number of use cases for telemedicine including reducing wait times to see a health professional and being convenience around routine visits and prescriptions. (7) COVID-19 looks to be a catalyst to accelerate the adoption of the industry more broadly.

## Bear case and key risks

The key risk to the story is real or proposed changes to regulation. Any shift to a single payer system (or even an attempt) would call into question terminal value. There is complexity around prescription drug pricing and the byzantine industry structure that few understand well. The interdependencies on PBMs comes with associated risks that are difficult to understand. We see real risk as well as headline risks that more regulation around prescription drug pricing and/or changes to the industry structure could threaten the core monetization model for GoodRx. We also see execution risk around scaling the business - particularly in the Other segment - given that it encompasses advertising, telehealth and subscription offerings. Last, but not the least, the valuation appears to reflect considerable optimism on all these fronts.

## Valuation and risks

Our $50 target price on GDRX shares is based on an equal-weighted blend of a 4.0x GMV multiple, 20x revenue multiple, 50x EBITDA multiple and DCF (using a 10.9% WACC, 1.60 BETA and 0.79% risk-free rate based on the treasury yield). Risks to downside include legislative risk around changes to the US healthcare system, regulatory risk around prescription prices and data use in relation to HIPPA, increased competition from PBMs, pharmacies and health insurance companies that decide to vertically integrate in a low barrier to entry, and company specific resulting from identified material weakness in financial reporting controls and private equity ownership of Class B shares. Risks to upside include increased adoption of telehealth services, acceleration of monetization in ads on the platform and acceleration of MACs through efficient marketing across channels.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 287**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Table Of Contents

Industry Ripe for Disruption ............................................... 4

Consumer challenges create opportunity........................................4

Byzantine industry structure with multiple levels of intermediari.....................6

Complex economic relationships help maintain status quo ........................... 10

How GoodRx fits into the ecosystem...............................................13

Contextualizing GoodRx in relation to online travel ........................................ 14

Addressable Opportunity ................................................. 20

GoodRx operates at the intersection of Technology and Healthcare ...............20

Segment Overview: Prescription Transactions ...............................................22

Segment Overview: Subscriptions (GoodRx Gold & Kroger Savings Club).....32

Segment Overview: Telehealth (HeyDoctor & GoodRx Marketplace) ..............35

Segment Overview: Manufacturing Solutions (Advertising)............................38

Survey Results.................................................................. 40

Survey section on telemedicine may signal future growth in indust...............49

Bull Case........................................................................52

Bear Case ......................................................................58

Valuation ........................................................................ 60

Comparable Companies Analysis ....................................................61

Risks for GoodRx shares.................................................................62

Financial Model................................................................64

Key Model Assumptions..................................................................64

Prescription revenue driven by ramp in MACs.................................................64

Subscription revenue as a function of ARPU and product mix .......................65

Sales and marketing execution critical to long-term growth ...........................67

**EXHIBIT 4**
**Page 288**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Industry Ripe for Disruption

Healthcare is one of the largest industries in the US with ~$4T in annual spend, including ~$450B in pharmaceutical drugs. The US healthcare system is complex, highly regulated and politically-charged, with many levels of intermediaries with different economic incentives, opaque pricing models, and one of the few where the consumer who receives the service/product is generally separate from the company that pays for that service/product.

The market is characterized by >5B annual prescriptions, >800M annual physician visits, an extremely fragmented marketplace with most consumer healthcare interactions occurring in the pharmacies, and one that has experienced limited technology innovation in the past 20 years. A substantial number of prescriptions are not filled, in large part, due to the high prices, and per the New England Journal of Medicine, the cost from non-adherence is nearly $300B. According to the American Journal of Health System Pharmacy, someone dies every 4 minutes in the US from not taking the prescribed medicines as directed or not taking them at all. Even for those who can afford care, access to physicians is limited. The average wait time for a new patient appointment in 15 large metropolitan markets in the US was 24 days in 2017, and may extend up to 56 days in mid-sized markets, according to a Merritt Hawkins survey. Per the company, an estimated 30% of emergency department visits occur for health issues that could have been treated in primary or other care settings.

Technology has upended the status quo in many other industries – advertising, retail, real estate, home video, financial services, to name a few – but how healthcare is provided has largely remained static until very recently. In addition to regulatory hurdles, there are also the issues of urgency, trust, and basket size where the traditional pure-online model could not work. GoodRx's core business – providing price transparency and comparison shopping between various local pharmacies – straddles online and offline. The company's technology platform currently processes over 150B pricing data points every day and integrates that data into an interface that is convenient and easy to use for consumers.

## Consumer challenges create opportunity

We believe that there a number of industry challenges that create the opportunity for disruption. Broadly, the healthcare industry remains fragmented, with little transparency, particularly for consumers, despite the fact that it is a critical piece of American lives and is a central piece of the country's political agenda.

- **Lack of affordability.** Legislation, along with concentrated power amongst the pharmaceutical drug companies continues to keep drug prices high, even for those with insurance. Insurance companies and employers in the US have continued to shift the financial burden of healthcare to members and employees in the form of higher co-pays and deductibles. In our dbDIG survey, 63% of respondents thought drug prices were expensive ([Figure 44](#)). Not surprising that adoption of high deductible plans has increased significantly in the recent years ([Figure 64](#)). Additionally, while the percentage of the population that is uninsured has declined materially (currently in the high single digits), if regulation changes, it could increase substantially especially if unemployment levels remain high and macro outlook is uncertain.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 289**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



- **Lack of Transparency.** Due to the complex nature of the environment, prices vary widely and consumers are generally not aware of the distribution of drug prices, which often vary for the same drug in the same pharmacy at the same time depending on a consumers' insurance / PBM - as well as between pharmacies.

- **Lack of Access to Care.** Across a wide range of conditions, consumers are limited in many ways in terms of who they can see for care, how much it will cost, how long they will need care, and how long they will have to wait to receive "proper" care. Across the US, IQVIA studies show that an average of 9% of prescriptions are abandoned, including 5% of prescriptions that have zero out of pocket costs.

- **Lack of Resources for Healthcare Professionals.** Physicians and other healthcare professionals are generally understaffed and overburdened and there has been relatively slow movement on the integration of technology to reach patients. On average, patients have to wait 24 days to see practitioners for an in-person appointment. In addition, the current shortage of doctors and nurses is expected to become worse even as the population in the country ages.

These industry challenges have reduced transparency in the healthcare system for consumers, whether it be about prescription drug prices or about access to affordable care and treatment. GoodRx addresses these industry pain points by bringing price transparency that has already saved consumers billions of dollars and does so in an easy to use, branded consumer app.

### Public perception of healthcare and pharma is neutral at best

In addition to the complexity around the healthcare system, we also observe that there may be a lower public perception around healthcare and pharma companies compared with other companies that GoodRx can take advantage of. Looking at net promoter scores (Figure 1), we see that companies like CVS, Express Scripts and Optum (which is owned by UnitedHealth), which are some of the largest PBMs and pharmacies in the US, rank in the middle of the NPS (which ranges from -100 to +100), reflecting that public perception may be neutral or even slightly negative on these kinds of companies. However, GoodRx has a NPS of 86, well above Walgreens at 25, which may indicate that GoodRx helps to solve for the inefficiencies that we discuss above that spill over to the consumers of healthcare and pharma



Figure 1: Net Promoter Score of Select Brands



*Source : NPS; Deutsche Bank*

---

Deutsche Bank Securities Inc.

**EXHIBIT 4
Page 290**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Byzantine industry structure with multiple levels of intermediaries

Over 5B prescription medications are dispensed annually within the US. Consumers currently receive about 90% of these prescriptions through retail pharmacies, retail merchants, grocery chains and long term care institutions. Between the manufacturer and the patient, pharmaceuticals and reimbursements flow through a complicated and often confusing supply chain (Figure 2). The players in this supply chain consist primarily of pharmaceutical wholesalers, pharmacies, pharmacy benefit managers (PBMs), and third-party payers (managed care organizations or self-insured employers, etc.). Opaque and complex contracts among these players govern the exchange of products (pharmaceuticals) and services (such as logistics, IT services, claims adjudication and formulary management) and contain various fees, discounts, rebates, and charge-backs. These arrangements are typically privately negotiated, undisclosed, and vary considerably depending on the drug categories and players involved in each negotiation, making it difficult to determine precisely how the economics flow on an individual basis.

Broadly, **the price a consumer pays for a drug is determined by 1)** the health insurance plan which stipulates covered medications, preferred tiers for different medications, and high or low deductibles, **2)** the PBM selected by her/his employer, which is often determined by the amount of overall "savings" the PBM has agreed to provide to the employer, and in this employer decision, the cost to the ultimate consumer (i.e. the employees or their families) typically may not have any consideration, **3)** the agreement her/his PBM has with the dispensing pharmacy, **4)** the formulary group within which the drug gets included, and the price discount the PBM sets at the formulary group level, **5)** the list price of the medication that is set by the manufacturer based on whether it is a branded or generic drug, and the amount of rebates or discounts they will offer for each drug, and **6)** whether wholesalers can purchase the drugs in bulk volumes (at discounted prices) for selling it to the pharmacies. **As such, two people buying the same drug at the same pharmacy at the same time may be paying different prices. In addition, even with the same PBM and at the same pharmacy, a consumer could be paying different prices for the same drug on two different days, depending on the formulary-level pricing a PBM sets each day.**

In the following figure, we depict an attempt at a very big-picture and admittedly oversimplified flow of prescription drugs, compensation, and agreements/services through the pharmaceutical supply chain. It is important to note that the depiction represents an overview of for the insured population which we estimate represents >93% of the market and involves sweeping generalizations in a highly-nuanced ecosystem.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 291**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 2: The U.S. Pharmacy Distribution and Reimbursement System for Patient-Administered Outpatient Brand-Name Drugs



Source : Drug Channels Institute – The 2017 Economic Report on U.S. Pharmacies and Pharmacy Benefit Managers; USC Schaeffer – The Flow of Money through the Pharmaceutical Distribution System; Deutsche Bank

A quick overview of the major constituents within the landscape is as follows:

- **Beneficiaries or consumers** pay premiums to their health plan, in exchange for health insurance which most often includes prescription drug coverage. When a consumer fills a prescription at a retail pharmacy, the pharmacy collects the beneficiary's co-payment and dispenses the medication. The co-payment is typically interpreted as the retail pharmacies compensation for services provided including dispensing the medication, and pharmacist interaction/advice. The pharmacy is then reimbursed by the PBM for the cost of the medication. For consumers who are not insured, the full retail price of the prescription drug is paid to the pharmacy, which covers the cost of the product, the pharmacy's operating expenses, and substantial profit margin, similar to OTC products. **When consumers use the GoodRx code, they pay the discounted price that the PBM has negotiated with the pharmacy. This is considered to be a PBM transaction, where the pharmacy receives the cash payment, and passes on the transaction fee to the PBM based on their agreement.**

- **Managed Care Organizations** contract with Pharmacy Benefits Managers (PBMs) to manage drug-benefits for their participants. This often includes a managed network of retail and mail-order pharmacies and a formulary of permitted prescription medications. There are a handful of large providers within this space including UnitedHealth, Anthem,Aetna, Cigna, and Humana and but also a large number of regional plans and also self insured employers.

- **Pharmacy Benefit Managers (PBMs)** essentially function as a group purchasing organization within the supply chain. They sit between healthcare payer organizations (MCOs & self-insured employers), pharmacies, and pharmaceutical manufacturers and adjudicate claims for

Deutsche Bank Securities Inc.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



their clients insured populations. PBMs also negotiate pharmacy reimbursement rates and manage formularies on behalf of their clients. **On the pharmacy side of the equation, PBMs negotiate networks of retail and mail order pharmacies where beneficiaries can pick-up prescriptions at different out-of-pocket responsibilities. In return for the foot traffic that comes with inclusion in pharmacy networks, PBMs negotiate lower rates of reimbursement with participating pharmacies.**

On the manufacturer side of the equation, PBMs employ a large staff of medical professionals who help determine which medications are safe to use as preferred treatment within unique therapeutic categories. PBMs then use this list to negotiate preferred formulary placement among manufacturers. In exchange for the market share that comes with formulary access, manufacturers offer PBMs rebates off the list price of their medications.

PBMs negotiate with payer clients to provide a discount on drug costs, overall, and it's up to the PBM to price each drug how they want. As a result, each separate PBM may have negotiated different prices for the same drug at a given pharmacy. **GoodRx is able to ride on these negotiations among a large number of PBMs, offering consumers the best PBM rate for a given drug at a given pharmacy, helping them either get the best price at their preferred pharmacy or a potentially even better price at a different pharmacy.** PBMs pass along the majority of the compensation they receive from both participating pharmacies and rebate dollars to their payer clients, and keep a small predetermined portion of the economics for the value they provide to the supply chain. **On prescriptions filled with GoodRx, PBMs share a majority of their revenue with GoodRx in return for the transaction volumes that GoodRx brings to the PBMs. By partnering with 12 different PBMs, GoodRx has the ability to algorithmically provide consumers a low price while also optimizing for the PBM from which it will get advantageous economics.**

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 293**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 3: The Pharmacy Benefits Manager (PBM) has been consolidating, with the three largest PBMs representing almost two-thirds of the volumes… GoodRx has partnered with 12 PBMs, includingOptum and Express Scripts, which allows it to generate significant cost savings for its users



Source : USC Schaeffer – The Flow of Money through the Pharmaceutical Distribution System; Company reports; Deutsche Bank

■ **Retail Pharmacies** are responsible for dispensing prescription medicine to consumers. They also advise patients on general healthcare and sell a variety of OTC and consumer products. Pharmacies negotiate reimbursement with PBMs to secure placement in various pharmacy networks. They also negotiate supply agreements with drug wholesalers who provide logistics and purchasing scale, particularly for generic medications. We estimate the top three retailers – CVS Health, Walgreens, and Walmart – represent roughly 35% of US retail pharmacy locations and account for ~35% of the retail prescription pharmacy revenue.

Figure 4: The Retail Pharmacy space is much more fragmented



Source : USC Schaeffer – The Flow of Money through the Pharmaceutical Distribution System; Deutsche Bank

**EXHIBIT 4**
**Page 294**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



- **Pharmaceutical Wholesalers** primarily serve as third party logistics providers to pharmacies, hospitals, and long term care organizations. They purchase in bulk from pharma manufacturers and distribute nationally to pharmacies. Wholesalers typically earn ~2% gross margin for their role in logistics and working capital management on behalf of manufacturers. Over the years, these companies have developed more comprehensive diversified offerings which now extend beyond prescription pharmaceuticals and include OTC healthcare products, home healthcare supplies and equipment, outsourced sterile preparations, medical devices, animal health supplies, and a host of related pharmacy and manufacturer services. In the US market, wholesale distribution is ~90% consolidated among the three largest players – McKesson Corporation,AmerisourceBergen, and Cardinal Health.

- For the **drug manufacturers**, at the most basic level, there are two primary business models. The branded drug manufacturers include companies likeGilead Sciences, J&J, Roche,Merck, and Amgen, which invest in the R&D to develop new drugs and treatments. Although R&D of new drugs targeting human diseases is a lengthy and expensive process and requires FDA approval, a successful drug can generate significant economic value under patent protection. The generic drug manufacturers include companies like Teva and Novartis that do not develop new drugs, but manufacture drugs that are no longer under patent protection. Per the PhRMA, the US drug manufacturing market is highly competitive – the top three manufacturers within the branded segment represent ~30% market share while the top three generic manufacturers account for a third of the market – with aggressive negotiation by payers and competition from branded and generic alternatives. As a result, the prices of medicines typically fall dramatically as competition occurs among brand name medicines—and even further with the introduction of generics.

## Complex economic relationships help maintain status quo

The third-party payer characteristic of the pharma industry creates significant barriers to entry as the money flows in multiple different directions with the economics within each step determined more by individual contracts than pure market-determined demand and supply dynamics. While there is a lot of attention focused on the average wholesale or "list" price set by manufacturers prior to discounts, the list price rarely represents what manufacturers are paid for drugs, as they are routinely discounted and rebates paid to various parties in the distribution system. The difference between what patients pay as co-payment or co-insurance and what manufacturers ultimately receive is allocated among other stakeholders in the drug distribution chain, including insurers, pharmacy benefit managers (PBMs), pharmacies, and wholesalers.

Within this distribution system, each cog in the wheel supplies goods or services to its customers in exchange for economics. Some of that revenue is in turn passed from the original supplier to the next player in the chain, as payment for the raw goods and services needed to produce the product, called "cost of goods sold." The remaining funds, or gross profit, are captured at each stage, which is used to fund R&D and SG&A, with the remainder representing the returns for the stakeholders.

In the following figure, we walk through the payment flows within the industry at a very simplistic level.

**EXHIBIT 4**
**Page 295**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



**Figure 5: The U.S. Pharmacy Distribution and Reimbursement System – A Hypothetical Broad Brush Look at the Payment Flows within the Ecosystem**



*Source : Drug Channels Institute – The 2017 Economic Report on U.S. Pharmacies and Pharmacy Benefit Managers; USC Schaeffer – The Flow of Money through the Pharmaceutical Distribution System; Deutsche Bank*

While this simplistic model serves to illustrate the flow of payments, the actual economics for the players in the industry is determined by the private contracts they have with each other that is based on their respective bargaining powers. Given there is limited disclosure around the actual terms of the individual agreements, we looked at the 2016 Income Statements of the publicly traded companies within the respective spaces. In the following figure, we walk through a waterfall chart showing the aggregated economics within the pharma ecosystem.

- **Step 1 – Start with Hypothetical Consumer Spend of $100**: We start with the assumption that the consumer spend (including the premiums paid by their employers where applicable) is $100, which includes $10 in co-pay or co-insurance (DB assumption, largely for illustrative purposes) that they pay directly to the pharmacies.

- **Step 2 – Insurers/Health Plans Keep ~$20 to Cover Costs and Profits**: We treat the $90 that is paid to the insurer/health plan in premiums as revenue for this segment of the ecosystem. We estimate 22.5% gross margins for the insurers and 3.0% net margins in aggregate using 2016 financials, which translates into ~$17.50 in operating costs and taxes, ~$2.75 in net profits for the businesses, and ~$70 in cost of revenue that is essentially passed on to the PBMs on a net basis (i.e. reimbursement plus spread less rebate pass throughs).

- **Step 3 – PBMs Take ~$4.50**: The PBMs keep ~$2.80 to cover their costs and retain $1.60 in net income.

- **Step 4 – Pharmacies Receive ~$75 in Revenue and Keep ~$15, While Passing $60 Up the Chain**: The consumer-facing part of the distribution chain retains ~$12 to defray costs and ~$3 in net income.

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 296**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



- **Step 5 – Wholesalers Keep ~$2 that Covers Their Costs and Profits**: This segment of the supply chain operates on a very tiny sliver of economics, with gross margins of 3.7% on average and net margins of 0.5%.

- **Step 6: Manufacturers Receive ~$58 in Revenue; Their Cost to Manufacture is ~$17**: The manufacturers claim a lion's share of the consumer spend as revenue, and have gross margins in excess of 70% (representing cost to manufacture of ~$17), which they use to defray R&D initiatives which can be quite costly and time consuming. Net after all costs, manufacturers retain ~$15 of the spend as net income.

Figure 6: Economics of the Ecosystem – Tracking a Hypothetical $100 Consumer Spend on Prescription Drugs Covered under Private Insurance through the Process



*Source : USC Schaeffer – The Flow of Money through the Pharmaceutical Distribution System; Company Documents; Deutsche Bank*

In aggregate, for every $100 of consumer spend, ~$17 defrays direct production costs, $41 accrues to the manufacturer (~$15 of which is net profit after interest and taxes), ~$20 is retained by the insurer (of which ~$2.75 is net profits), and ~$22 is retained by the intermediaries in the ecosystem that includes wholesalers, pharmacies, and PBMs. Of this amount, ~$17 goes to paying for the operating expenses (including interest and taxes) and ~$5 in net profits that accrue to their shareholders. Additionally, per the USC Schaeffer study, the allocation of the money in the food chain depends on whether the drug is generic or branded – manufacturers have higher gross margins on branded drugs and intermediaries have higher gross margins on generic drugs.

**EXHIBIT 4**
**Page 297**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## How GoodRx fits into the ecosystem

While the pharmaceutical drug industry is complex, we simplified the transaction process in Figure 7 to help investors better envision GoodRx's role. When a customer walks into a pharmacy to pick up a prescription, before presenting insurance or a discount card, the drug will cost $X. A GoodRx coupon will reduce the price of the drug by $Y, leaving the consumer an out of pocket cost of $Z ($X-$Y). This original cost net of the GoodRx discount is what GoodRx recognizes as GMV— the pharmacy will collect this at the time of the transaction.

Once the pharmacy has collected the GMV, it will be reduced by the administrative fee owed to the PBM, $A, for processing the prescription and dispensing the medication. Next, a portion of the GMV net of the admin fee, $B, will go to compensating the manufacturer for the cost of the drug, $C. Following this transaction, the pharmacy is left to pocket $D ($A-$B-$C).

Within the above process, GoodRx collects transaction fees from the administrative fee paid to the PBM, $A. The fee received by GoodRx normally represents 14%-15% of the GMV (out-of-pocket for the customer), and in some cases, a flat fee for certain medications. **This arrangement is mutually beneficial as GoodRx negotiates a lower price for customers and adjudicates the claim for the PBM. In turn, this helps drive PBM volumes through attractive pricing and optionality for consumers who can now choose their prescription at the lowest out-of-pocket cost.**

Figure 7: Prescription Process Breakdown



Source : Company Reports; Deutsche Bank

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Contextualizing GoodRx in relation to online travel

The healthcare ecosystem and the interactions between a drugstore, pharmaceutical manufacturer, PBM, insurance company and employer/payer is confusing. One comparison that the Tech side of GoodRx coverage found helpful was to compare it to another ecosystem tech investors are more familiar with, which is the online travel ecosystem. We attempt to use the Airline / GDS / OTA / metasearch landscape on air transactions to help provide one analogy for how GoodRx sits in the healthcare ecosystem. We also, importantly, distinguish the puts and takes of how GoodRx's position compares to OTAs and metasearch providers (Figure 8).

In online travel, similar to healthcare, there are several intermediaries between a consumer and a travel supplier – horizontal search (e.g., Google), metasearch (e.g., trivago), Online Travel Agencies (OTAs) (e.g., Expedia), and suppliers (e.g., airlines) with more people in between (Figure 8). There are multiple different potential paths a consumer can flow from the research phase to booking travel. Some paths touch very few intermediaries (e.g. consumer books directly on the website of Ellerman House in Cape Town because they know it's a great hotel). In other paths, a consumer may touch several intermediaries (e.g. Consumer goes to Google search, then to Kayak metasearch, then to an OTA, which gets its airlines fares and availability from a GDS, which gets its data from airlines, etc). The latest report from Google, in conjunction with Bain, shows the average user has 30 online sessions, visits 12 travel sites, makes 33 travel searches over 19 days before making a booking.

In online travel, consumers shop around a given set of unique factors including: (1) the high value of the transactions, (2) prices vary based on a number of factors and this rewards users for shopping around, (3) travel is relatively infrequent (1-2 trips per year per household in the US), making consumers less loyal to a specific booking site, (4) in travel, many users find research to be part of the fun associated with travel.

Depending on the different type of travel, an OTA sources its inventory differently. Specifically, while most of an OTAs hotel inventory comes through direct relationships with hotels (which larger OTAs actually syndicate to smaller OTAs in exchange for a portion of the economics), when it comes to airlines, the OTAs largely rely on GDSs to generate air ticketing revenue in the US, as the concentrated nature of 4 major carriers owning ~90% of the market means they no longer part with much economics for OTAs.

We think the GDS role in travel is similar to the PBM in healthcare, though we acknowledge the comparison is imperfect and oversimplified. In travel, a GDS such as Sabre, Amadeus or Travelport, helps provide a passenger service system (PSS) and fare distribution for airlines, and helps travel agents aggregate routes/fares/inventory data from 400 global airlines. Without a GDS in the middle, airlines would have to partner with thousands of small travel agencies to distribute fares and smaller travel agencies would have to partner with hundreds of airlines around the world to access schedules, fares and ticketing. Similarly, a PBM helps payers / insurance companies figure out which medicines to cover and provides bulk buying discounts, and for the manufacturer, helps with distribution. When a consumer picks up a prescription at a drugstore, a PBM helps adjudicate the claim -- deciding when a charge gets reimbursed, how much, what the co-pay from the consumer will be and processing it through the supply chain on behalf of the parties involved.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 299**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



The GDSs get paid per ticket (booking fees) by airlines. Airlines generally use multiple GDS providers to help syndicate their inventory, and GDSs compete to get more volume by partnering with online and offline travel agencies. The key thing in the healthcare comparison is that a GDS – similar to a PBM – will generally share some of its ticket revenue from airlines back with a travel agency to build scale. GoodRx does not get paid directly by the drug manufacturer or the pharmacy, but rather generates its economics through sharing the majority of a PBM fee in exchange for providing volume for the PBM. Since it's incremental volume for the PBM, GoodRx takes the majority of the economics for driving the demand, similar to an OTA in online travel.

Figure 8: Online Travel Ecosystem as a Rough Comparison to GoodRx and PBMs in Pharmaceutical Space



Note: This focuses on air side of online travel given more similarities here than on the hotel / car rental products.
Source : Deutsche Bank

In online travel, an OTA does not generate significant revenue from US airlines for selling tickets. Airlines used to pay OTAs for distribution but as the industry consolidated in the US (four airlines control over 90% of passenger miles in the US), they paid less and less for distribution. In metasearch at KAYAK (owned by Booking Holdings) for example, airlines in the US broadly do not pay to be included in search results. KAYAK would not have much of a product if one major airline was not included in its search results. KAYAK can make money from OTAs bidding for clicks into air transactions which is a customer acquisition tool with the aim of upselling higher value hotel bookings, where OTAs make more money. In metasearch, most of the revenue is driven off of intermediaries (e.g. OTAs) as well as advertising units alongside results (often shown to the right of the core search functionality.

To make revenue in air ticketing, OTAs can route ticket purchases through GDS intermediaries who compete for the volume an OTA brings and in exchange part with most of the economics. OTAs will get some direct revenue from some airlines including transactional fees and volume incentives on top of GDS fees, but most of the economics comes from sharing GDS fees.

This strikes us as similar to how GoodRx uses a PBM's relationship with drug manufacturers and healthcare providers to source lower prices for drugs in exchange for a fee, which the PBM passes along to GoodRx in addition to providing

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 300**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



GoodRx customers with low priced drugs.

The core business of a PBM is to help serve as an intermediary between healthcare payers, pharmacies and drug manufacturers, helping adjudicate and process claims. But as PBMs have built up broad contractual relationships throughout the ecosystem, they are able to leverage their access to lower priced drugs and distribution to pharmacies to extend their business beyond relationships with employers/payers in providing coverage for their employees.

PBMs also provide cash cards, where non-insured people can use the PBM pricing models to acquire drugs below traditional pharmacy list prices. In these cases, consumers pay for the price of drugs, not employers, but get access to better pricing a PBM has negotiated. This helps PBMs get incremental revenue, grow their volumes and improve negotiating positions for their core business.

We think similar dynamics happen in the online travel work where GDSs will share most of their economics with larger players in exchange for volume and more market share.

### Where GoodRx has structural advantages versus online travel

We think GoodRx carries several structural advantages versus online travel companies, which we have captured in Figure 9 below and summaries here.

**Figure 9: Comparing GoodRx versus Online Travel**

| | OTAs (Expedia, Booking) | Metasearch (Trivago, TripAdvisor) | GoodRx |
|---|---|---|---|
| Frequency of Industry | ◗ | ◗ | ◖ |
| Google Dependency | ◗ | ◗ | ◖ |
| Consumer Non-Discretionary | ◗ | ◗ | ● |
| Supplier Concentration | ◖ | ◗ | ◖ |
| Loyalty/Repeat Rate | ◓ | ◓ | ● |
| Competition | ◓ | ◗ | ◖ |
| International Market Portability | ● | ● | ◗ |

*Note: Full circle = good: e.g. in cases like supplier concentration, a low concentration would have a full circle.*
*Source : Deutsche Bank*

- **Frequency**: GoodRx benefits from frequency that is generally not what we see in travel. GoodRx MACs generally fill a prescription on average an estimated 1.4x per month and visit a pharmacy multiple times per month versus less than three doctor visits per year, per the CDC. In our dbDIG survey, 84% of respondents fill at least 1 prescription per month, 45% fill at least 3 per month and 18% fill at least 5 per month (Figure 3). In online travel, the average US family takes only a few trips per year. Higher frequency drives more loyalty, lower marketing costs and higher lifetime value. In

Deutsche Bank Securities Inc.
**EXHIBIT 4**
**Page 301**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



addition, the GoodRx codes are saved automatically at the pharmacy, so even if the consumer does not present the GoodRx card, the pharmacy still applies the GoodRx code, and the company gets paid for the transaction. In fact, over 80% of GoodRx's transactions are repeat. In a recent conversation with a pharmacist, they pointed out that once a user scans a GoodRx code, even if they have insurance on file, the system will default to the most recently used payment code until a consumer asks for the pharmacist to change it. So someone with private insurance using GoodRx once at a pharmacy may inadvertently shift over to GoodRx more durably.

**Figure 10: How many prescriptions to fill per month?**



*Source : dbDIG; Deutsche Bank*

- ■ **Google Dependency:** GoodRx has significantly lower search dependency relative to most players in online travel. In our dbDIG survey **41% of consumers first heard about GoodRx from TV ads, 23% from a doctor directly or a stand in a doctors office, 13% from friend/family, all well ahead of only 11% from search (Figure 11).** On top of this, our survey indicated a very high likelihood for people to recommend GoodRx to friends or family, with 73% indicating they are "very likely" or had already recommended GoodRx to a friend, with another 17% "somewhat likely" for a net 90% likely (Figure 12). In addition, GoodRx converts many of its users to mobile apps, where it has a 4.8 star rating on the Apple App Star and 4.7 on the Google Play App Store. We view GoodRx as significantly less dependent on Google for acquiring customers and for revenue generation relative to online travel companies

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 302**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 11: For those who have used GoodRx, where do you hear about it?



*Source : dbDIG; Deutsche Bank*

Figure 12: How likely are you to recommend GoodRx to friends or family?



*Source : dbDIG; Deutsche Bank*

- ■ **Consumer Non-discretionary:** One important distinction between GoodRx and online travel is that prescription drug purchases, by and large, are non-discretionary. While the pandemic has had a short-term impact on doctor visits and new prescriptions, generally speaking pharmaceutical sales are less subject to cyclical swings. Travel spending is more cyclical, by contrast.

- ■ **Supplier Concentration:** GoodRx does have relatively elevated concentration among PBMs. In 2019, 3 PBMs comprised greater than 10% of revenue individually and 48% of revenue collectively during 1H 2020 (down from 55% in 2019 and 61% in 2018). While this does appear high at first blush, the company's ability to provide consumers with low pricing is not as dependent on any specific PBM. We estimate the loss of the largest PBM would result in less than 1% impact in discount percentage off of usual

**EXHIBIT 4**
**Page 303**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



and customary. When we look at the travel ecosystem, OTAs generally have more diversity of suppliers around hotels, though more concentration in the air segment in the US. Metasearch players in online travel have high customer concentration in the two large OTAs.

■ **Repeat rate:** A user entering a GoodRx code at a pharmacy will get access to GoodRx prices as long as they refill a prescription at that pharmacy. GoodRX will receive its revenue share on all renewals, even if it's PBM relationship is not renewed (to-date they have never not renewed a PBM relationship). In addition, if they go to fill a new prescription there, they will get GoodRx pricing until the ask a pharmacist to change how they are set up to pay. For GoodRx, 80% of business is renewals and repeats.

■ **Competition:** GoodRx does not face a lot of direct competition and in this regard strikes us as advantageously positioned relative to online travel players. The company is the only scale player in prescription drug price comparison. In our dbDIG survey, awareness of GoodRx was almost 2x the next highest competitor (SingleCare, owned by RxSense) and those who have used GoodRx (including Kroger Savings Club which is a white label of GoodRx Gold) was more than 3x the next highest competitor (Figure 13). Its Manufacturing Solutions segment, focused on provided branded pharmaceutical drug advertising, competes broadly for ad dollars and Telehealth is a more crowded landscape. Among OTAs, the market has consolidated but remains competitive, particularly in the broader ecosytem of travel where consumers can book direct, book through an OTA and use Google for planning and booking travel. Metasearch is also concentrated but more competitive than what we see with GoodRx, particularly with Google entering the fray. As noted above, travel customers tend to shop around a lot. We see scope for competition to increase for GoodRx but given the subscription-like nature of the business we think even if new players enter the space the existing user base and revenue streams are sticky.

Figure 13: For those who have used prescription discount card, which one have you used?



*Source : dbDIG; Deutsche Bank*

■ **International Market Portability:** GoodRx falls down with respect to international portability, something that has been a hallmark of the online travel ecosystem.

---

Deutsche Bank Securities Inc.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Addressable Opportunity

In aggregate, we estimate GoodRx has >$800B annual TAM across its prescription transactions (which includes subscriptions), telehealth, and advertising businesses. The most significant pieces of this TAM include $360B in annual expenditures for prescription medications where GoodRx represents less than 1% of the market, ~$165B in unfilled prescriptions that are typically not filled because of the costs, $250B for telehealth, which has rapidly accelerated due to the COVID pandemic, and as well as another $30B in branded drugs advertising opportunities. Within the core prescription transactions business, the "vast majority" of usage of GoodRx is from generic medications, thus the core serviceable addressable market is focused on this $56B portion of the drug market. It is also worth noting that based on GoodRx take rates estimate to reach 15.5% by 2025, it's revenue portion of this would equate to about $8.7B of core addressable market in the core prescription transactions business. Our estimates assume GoodRx can drive the equivalent of a high-teens percentage of the generics market in 2025.

**Figure 14: GoodRx's TAM is large but requires unpacking**



Source : Company documents; Deutsche Bank

In this section, we discuss GoodRx's TAM for each of the five initiatives, along with the business model, and the competitive landscape.

## GoodRx operates at the intersection of Technology and Healthcare

GoodRx reports its revenue under two broad segments, including 1) the core prescription transactions business which is the primary driver of the top line and cash flows, and 2) other, which incorporates the more nascent businesses

**EXHIBIT 4**
**Page 305**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



including i) subscriptions, ii) telemedicine, and iii) Manufacturer Solutions (branded drug advertising in the core app) which are expected to grow faster, albeit off a much smaller base. Below we provide a quick summary of each segment before jumping into each in more depth.

**Figure 15: Prescriptions provide platform to expand flywheel of adjacent services**

| | Prescriptions | Subscriptions | Advertising | Telehealth | Marketplace |
|---|---|---|---|---|---|
| | GoodRx | GoodRx Gold Kroger Rx Savings Club powered by GoodRx | GoodRx Manufacturer Solutions | heydoctor | GoodRx Marketplace |
| **Offerings** | Price discovery and discount on prescriptions | Membership plans for discounted prescriptions with even higher savings | Advertising opportunities for branded drug manufacturers which also serve to make branded drugs more affordable to consumers | Online primary care visits and lab-testing services | Expand telehealth offering through third-party providers |
| **Business Model** | Transaction fees, primarily on revenue share basis with the partner PBM | Subscription fees, with individual and family plans on monthly or annual basis | Advertising spend and integrated technology partner | Fee per visit + Mail order + Lead generation for healthcare services | Referral fees + Lead generation for prescription services |
| **Rationale** | Strong standalone unit economics with >90% gross margins and >80% repeat business | Upsell opportunities… increases consumer savings and LTV… high visibility recurring revenue streams | 20% of GoodRx searches for Brand drugs… 15M high-intent monthly unique visitors | 20% of consumers don't have a prescription when they first search on GoodRx for a drug… also drives traffic to core prescriptions platform | Expanding services and solutions… 150 conditions covered in 50 states |

*Source : Company Reports; Deutsche Bank*

- **The core prescription transaction business currently represents >90% of revenue.** GoodRx is one of the few, if not the only, price comparison platforms within the pharma space. Its app has been the most downloaded medical app on both the iOS and Android app stores for the last three years, and not surprisingly, it is the leader (by a large margin) among the pharma discount card providers in the country. Unlike its competitors, GoodRx leverages pricing agreements between multiple PBMs, thus being able to offer consumers substantial cost savings on prescription drugs, regardless of whether they are insured. The company reported 4.4M monthly active consumers on its platform in 2Q20 representing ~$740M of prescription spend in the quarter. Since inception, GoodRx has accounted for ~$8B in prescription sales, and per its estimates, has generated ~$20B of savings for its customers. This business currently represents over 90% of GoodRx's revenues and we forecast it to comprise 70% of total revenue in 2025.

- **Subscription services, a natural extension of its core prescription transaction business, offers a highly-visible recurring revenue stream.** In addition, GoodRx offers the core price comparison platform on a subscription basis, with the service priced at $5.99 per month for individuals and $9.99 per month for families. The company also powers the Kroger Savings Club subscription based pharma offering which is priced at $36 annually for individuals and $72 per annum for families, where GoodRx receives a share of the subscription fee. The benefit for subscribers is that

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



they receive lower, fixed rate prices for prescription medication that GoodRx has already negotiated with the PBMs. For subscription customers, GoodRx does not make money on each transaction but rather passes along its cost savings entirely and makes its money on the subscription fee. GoodRx had an estimated 575k subscribers as of 2Q 2020, with about two-thirds comprising Kroger Savings Club members powered by GoodRx and one-third being GoodRx Gold. We estimate the subscription business comprises about 6% of revenue today and grows in line with the aggregate company over the next several years.

- **Telemedicine is a rapidly growing opportunity that is levered to secular trends driving the healthcare space.** The company started its telemedicine initiative in 2018, and began to gain more traction after its acquired HeyDoctor in 2019 for about $14M. While telemedicine served initially as a powerful solution to a shortage of care options during the Covid crisis, its efficacy gave telemedicine platforms a strong foothold in the healthcare industry that addresses a total TAM of $250B. We believe this is a particularly attractive space given the number of inefficiencies currently present in the healthcare system that telemedicine has the opportunity to correct. These include average wait times of 24 days for in-person appointments with providers and unnecessary emergency room visits, of which 30% could have likely been solved by a regular in-person provider visit. GoodRx also offers a telehealth marketplace where consumers can seek telemedicine services from third party providers (which we think is similar to Amazon's 3P sellers), and may reach over 150 various healthcare services and conditions (vs the 33 conditions addressed on the company's HeyDoctor product).

- **Advertising represents another unique opportunity for the company.** Most of the transactions powered by GoodRx are for generic drugs. Branded drugs represent a lion's share of the pharma industry in dollar terms with $210B in annual sales in 2019, according to IQVIA, where manufacturers have much more control over their pricing, that typically excludes GoodRx from participating in the branded space. However, healthcare and pharma companies spent $8.3B in digital advertising in 2019 where GoodRx's 15M monthly visitors (in 2Q20) represent a compelling audience to target in-market customers. We estimate Manufacturing Solutions contributes about 4% of revenue as of 2Q20 but can grow to 11% of revenue by 2025, or almost $260M in revenue.

## Segment Overview: Prescription Transactions

GoodRx's mission is to help Americans get the healthcare they need at a price they can afford. The company's price comparison platform can reduce the cost of prescription medication by more than 70% off the list price, resulting in a price that's often less than a typical insurance co-pay. The discounts can be used at over 70,000 pharmacies in the country. About 80% of its GMV comes from repeat transactions where it does not have to invest any time or effort to get the business because the GoodRx code is saved by the user on their mobile application or by the pharmacy on the patient's account and is automatically applied the next time the customer comes to the pharmacy to fill <u>any</u> prescription (Figure 11).

Deutsche Bank Securities Inc.
**EXHIBIT 4**
**Page 307**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



---

Figure 16: Multi-fill recurring usage drives repeat activity



*Source : Company Reports; Deutsche Bank*

---

GoodRx is also able to integrate its discount codes directly into the Electronic Health Record (or EHR) systems, which enables healthcare professionals to quote prices directly from the GoodRx platform at the time of prescribing medication to a patient. **A July 2020 survey that the company commissioned through Lab42 Research LLC found that 68% of healthcare providers surveyed have recommended GoodRx to patients** and we have heard anecdotal evidence (even from team members) about unsolicited suggestions from doctors and pharmacists to check pricing on GoodRx before paying for a script. We believe that GoodRx's offerings help to reduce the overall financial burden of healthcare for consumers, reducing frictions from the transaction process that can enable increased volumes for prescription fills and, in a broader sense, higher medication adherence, faster treatment and potentially better patient outcomes. Speaking to executives in the pharmacy industry, we have heard that GoodRX helps pharmacists save time by providing consumers with the best deals upfront without requiring a pharmacist to help consumers who can come in with several different cash discount cards and ask the pharmacist to try to help a consumer figure out which provides the lowest price.

## GoodRx mobile app enables users to compare prescription prices

The core product is the price comparison tool mobile app which offers users (whether they are insured or not) the ability to get free quotes on prescriptions. Based on the same survey we referenced above, the company estimates that **70% of consumers do not know that the price of a prescription can vary widely across pharmacies.**

With GoodRx, users have the ability to search (and save searches) from a library of drugs based on features such as generic vs. branded, dosage size, number of tablets, etc. and can survey results across any geographic location in the US for the most appropriate price and the user's choice of pharmacy. Additionally the marketplace offers prescription drugs for user's pets, similar to how companies like Chewy, have a marketplace for pet prescriptions.

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 308**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Figure 17: GoodRx Price Comparison Example



*Source : GoodRx Mobile App; Deutsche Bank*

### Prescription Transactions TAM: Large opportunity in generics

According to the Bureau of Labor Statistics Consumer Expenditures Survey, the average American household spent ~$5,000 on healthcare in 2018. The prescription drug opportunity spans >3B unit sales (branded and generic) in 2019, according to IQVIA data, for a total spend of $453B, or at an average cost of $151 per script. Excluding the prescriptions for specialty and other medication that is administered directly in hospitals ets, GoodRx estimates its prescription TAM to be $524B annually. This includes $360B in actual spend on prescription drugs and $164B in prescriptions that were not filled, primarily due to high costs, but which could become more affordable with a GoodRx coupon and thus initiate the transaction. **In our view, however, the actual addressable opportunity would be smaller.**

IQVIA data suggests that about 87% of total prescription volumes and 12% of total prescription spend was for generic (excluding branded generic) form medication in 2019. We also note that the share of generic prescriptions has been steadily increasing over time (Figure 20), even as total transactions has continued to grow slights or remain flat (Figure 21). **GoodRx reported that over 90% of prescriptions filled using a GoodRx coupon were for a generic drug** and as we noted before, GoodRx's value proposition comes from its ability to deliver savings to customers. For branded drugs, the prices are more closely controlled by the manufacturers who control the patents on the drugs; hence, we believe the total sales of generics likely presents a more representative TAM for the company.

**EXHIBIT 4**
**Page 309**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 18: Annual Spend on Generics



*Source : IQVIA; Deutsche Bank*

Figure 19: Branded vs. Generics (% of Spend)



*Source : IQVIA; Deutsche Bank*

Figure 20: Unit Sales (Branded vs. Generics)



*Source : IQVIA; Deutsche Bank*

Figure 21: Mix of Unit Sales



*Source : IQVIA; Deutsche Bank*

In addition, we do agree with GoodRx's assessment that there is an opportunity associated with the prescriptions that were written but not filled because of price - although we do feel that it is somewhat aggressive to include abandonments as part of the TAM, which is what the company includes. In this case, to the extent that those consumers could use GoodRx and purchase the drug at a more affordable price, that would represent incremental opportunity for the company. We estimate that the market for abandoned prescriptions runs about $44B on an annual basis, using the average abandonment rate of 9% estimated by IQVIA (here).

Regardless of whether the actual TAM is $524B per the company, or lower based on the limitations and scope we just discussed, GoodRx's share of the market looks small relative to the total addressable opportunity.

## Most GoodRx customers use the app despite having insurance

One of the common misconceptions that we see around GoodRx is the idea that user growth comes from the uninsured population, which generally faces higher costs for prescription medication and is assumed to be the group that abandons scripts at the pharmacy. However, a GoodRx user survey (Figure 24) indicates that actually the commercially insured (meaning those who have health insurance and prescription drug benefits through an employer sponsored or privately purchased plan) comprise 36% of MACs whiles those who are uninsured only comprise 26% of users. These results are consistent with the survey that we conducted which

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



indicated that only 24% of users indicating they use GoodRx are uninsured (Figure 23). This helps better understand that the opportunity for GoodRx is not limited by the users that they can acquire, and remains an immense and under-penetrated opportunity.

Insurance companies and employers have shifted an increasing amount of the financial burden of healthcare onto their members and employees through higher deductibles and increasing co-pays and co-insurance. According to a Kaiser Family Foundation report, the average annual deductible among covered employees in the US grew by 36% to $1,655 from 2014 to 2019, and new enrollments in high deductible health plans, or HDHPs, have grown at a CAGR of 14% for the past decade. That report also showed that 30% of employees were enrolled in HDHPs in 2019, compared to only 8% in 2009 (Figure 22).

Figure 22: High Deductible plans gaining share in US insurance mix



*Source : Kaiser Family Foundation; Deutsche Bank*

According to GoodRx, in 2019, consumer savings using GoodRx codes were able to realize an average discount of 71% off the list price for their medications, compared to 59% in 2016 - irrespective of whether the customer had insurance and compared to what they would pay out of pocket with a co-pay.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 311**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 23: dbDIG Survey: What is your current healthcare coverage?



*Source : dbDIG; Deutsche Bank*

Figure 24: GoodRx User Survey



*Source : Company Reports; Deutsche Bank*

## Abandonment rates increase sharply as out-of-pocket costs increase

An area that the company discusses as part of the prescription TAM is the ability for GoodRx to help pharmacies and PBMs reduce the number of prescriptions that are abandoned due to affordability. We feel as though the inclusion of abandoned prescriptions into the TAM is somewhat more aggressive than we feel comfortable highlighting but we see that market as an opportunity for GoodRx to provide some value with the product. According to IQVIA, the abandonment rate for all prescriptions was about 9% (Figure 10), but increased dramatically as out of pocket costs increase - as expected. Of the prescriptions with a final cost above $500, 60% are not picked up by patients, as compared with 5% of patients who do not fill even when there is zero cost. **We estimate that the sweet spot for GoodRx being able to help drive volume on abandoned scripts is likely in the range of out of pocket costs that run less than $50, which 60% of our survey respondents indicate is their average monthly spend on prescription medication.**

Figure 25: Abandonment rates by out-of-pocket costs – Average is ~9%, but abandonment rate increases steeply with drug prices



*Source : IQVIA; Deutsche Bank*

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 312**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



An estimated 9% average abandonment rate implies about 356M transactions were left at the pharmacy in 2019, which equates to $36B in annual sales. An incremental 1% market share on this uncaptured amount would be $362M in GMV (or +14% of GoodRx 2019 GMV). Using GoodRx's 2019 take rate of 14.6%, would further imply that GoodRx could incrementally capture $53M in annual revenue or +14% of the increased transaction value.

**Figure 26: Market for abandoned prescriptions**

|  | 2019 | Comments |
|---|---|---|
| **Unit sales (millions)** | **3,598** | IQVIA estimate for 2019 |
| (x) Avg. retail price | $101.71 | IQVIA estimate for 2019 |
| **(=) Est. total value (millions)** | **$365,982** |  |
|  |  |  |
| % of prescriptions abandoned | 9% | IQVIA estimate for 2019 |
| **Implied total transactions** | **3,954** |  |
|  |  |  |
| Estimated # of abandoned transactions | 356 |  |
| (x) Avg. retail price | $101.71 | IQVIA estimate for 2019 |
| **(=) Total value abandoned (millions)** | **$36,196** | DB estimate |
|  |  |  |
| Incremental 1% | $362 |  |
| GoodRx GMV (2019) | $2,500 | Company reports |
| **% of GoodRx GMV** | **14%** | DB estimate |
|  |  |  |
| GoodRx take rate | 14.6% | Company guidance |
| Increase to GoodRx revenue | 53 |  |
| GoodRx revenue (2019) | 365 | Company reports |
| **% of GoodRx revenue** | **14%** | DB estimate |

*Source : IMR; IQVIA; Deutsche Bank*

### GoodRx picking up share, yet remains relatively small part of the market

GoodRx primarily offers discounts in the generic prescription category, offering lower prices for both the insured and uninsured. According to IQVIA data, generic sales totaled $56.5B in 2019, down from $56.2B in 2018 (almost flat y/y) and continuing on the downtrend from $66.9B in 2016 (Figure 27). Over the same period, we see that GoodRx has captured more share of the generics market (GoodRx GMV as a % of generic sales) sequentially increasing from 1.1% in 2016 to 3.1% in 2018 and most recently to 4.4% in 2019 (Figure 28). If we assume that generic sales per year stay flat at $56.5B, that would imply that each incremental 1% in market share for GoodRx is approximately $565M in annual GMV for GoodRx, which the company could convert to $83M in annual revenue, assuming GoodRx's 2019 take rate of 14.6%. We do not forecast GoodRx prescription transactions revenue across generic versus brand, but assuming that it's mostly generic, our 2025 segment revenue estimate implies the company has about 19% share of generics.

**EXHIBIT 4**
**Page 313**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx





Figure 27: Total Generic Sales per Year

*Source : IQVIA; Deutsche Bank*



Figure 28: GoodRx GMV as % of Generic Sales

*Note: Forward estimates assume static market size for generics*
*Source : IQVIA ; Company Reports; Deutsche Bank*

## Monetization based on revenue share with the PBMs

GoodRx monetizes the price comparison tool by negotiating contracts with the PBMs to develop a list of prescription prices that will be available at various pharmacies. When customers come in to pick up their prescription, they scan the GoodRx coupon and the pharmacy processes the transaction similar to how they would in a "regular" prescription from the underlying PBM.



Figure 29: Search, Compare and Selection of GoodRx Coupon

*Source : GoodRx Mobile App; Deutsche Bank*

All transactions that are processed at the pharmacy with the coupon are adjudicated by GoodRx and its PBM partner. GoodRx gets either a fixed fee or percent of revenue on the transaction (typically 14-15%) from the partner PBM as payment for driving the incremental volume. By and large, GoodRx does not have formal relationships with the pharmacies but rather with the PBMs which have direct relationships with pharmacies. We observe that GoodRx has consistently been able to increase their GMV and take rate sequentially over the last 4 years, most recently generating $2.5B in GMV in 2019 (Figure 30) with a 14.6% take rate (Figure 31).

---

Deutsche Bank Securities Inc.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 30: GoodRx GMV by Year



*Source : Company Reports; Deutsche Bank*

Figure 31: GoodRx Take by Year



*Source : Company Reports; Deutsche Bank*

We lay out a framework for thinking about the unit economics for GoodRx (Figure 32), which echoes what we heard from the company and in checks, which was that GoodRx is able to share in the economics of discounted transactions because there is plenty of pie to share in exchange for the additional volume that GoodRx drives through the PBMs, which get incremental benefits in top line from administrative fees as well as rebates collected from manufacturers (we do not include rebates in the framework). We do recognize some of the limitations with the framework given the lack of transparency into each players economics, but we feel that this helps investors to understand where in the cog each major player fits.

Figure 32: Unit Economics for GoodRx

|  | "Cash" Price | GoodRx Price |
|---|---|---|
| **Negotiated price for Medicine A** | **$50.00** | **$15.00** |
| **Pharmacy:** | | |
| Revenue per order on Medicine A | $50.00 | $15.00 |
| (-) Cost to purchase from manufacturer | 3.00 | 3.00 |
| (-) Pharmacy operating expense per order | 1.50 | 1.50 |
| (-) Administrative fee to PBM | 5.00 | 5.00 |
| **(=) Operating income per order** | **$40.50** | **$5.50** |
| Operating margin | 81% | 37% |
| **Pharmacy Benefit Manager (PBM):** | | |
| Revenue from administrative fee | $5.00 | $5.00 |
| **Total Revenue** | **$5.00** | **$5.00** |
| (-) Commission paid to GoodRx (15%) | 0.75 | 2.25 |
| **(=) Operating income per order** | **$4.25** | **$2.75** |
| Operating margin | < implied 85%* | 55% |
| **GoodRx:** | | |
| Revenue from 15% take rate | $0.75 | $2.25 |
| (-) Operating expense per order | 0.51 | 1.53 |
| **(=) Operating income per order** | **$0.24** | **$0.72** |
| Operating margin | 32% | 32% |

*Operating margin for the PBM in the cash transaction will be less than the implied 85% because of additional charges not laid out or relevant for the example of unit economics

*Source : Company Reports; Deutsche Bank*

## Competition is low and GoodRx has built a moat

Entry into the prescription pricing space is characterized by low barriers to entry - we do not see too much difficulty in the PBMs, health insurers or pharmacies in being able to offer a discount card for consumers. Looking at the historical product

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 315**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



development and technology expense (only $27M in 2019 ex-stock comp) underscores this, in our view. However, to date, there has been little traction from competitors to get a product off the ground and build a foundational user base. One of the biggest challenges to market entry – especially in terms of offering a multi-PBM solution – would be the sheer volume of data that needs to be processed on a continuous basis. The company has discussed its proprietary technology enables it to aggregate over 150B prescription pricing data points every day from sources spanning the healthcare industry. From a pharmacy perspective, GoodRx has scale to bring in substantial amount of foot traffic that in addition to buying the prescription drugs, likely also spends on other products and services that are available at the local pharmacies.

Looking at comScore data of unique users (Figure 33), we see that GoodRx has a substantially greater user base than its next largest competitor, SingleCare (other relevant competitors for GoodRx that we heard in checks are not tracked by comScore). In part, we attribute this to the multi-PBM model that GoodRx deploys, which allows them to negotiate multiple contracts across medications and pharmacies, which brings more players to the table and gives users the best price available. We also think that the moat GoodRx has started to establish may be reflective of the consistency that they provide to users in being to go back multiple times over the course of month(s) without seeing meaningful increases in prices to deter them from using the platform.

Figure 33: GoodRx US Unique Users vs. SingleCare



Source : comScore; Deutsche Bank

We also think that the moat GoodRx has started to establish may be reflective of the consistency that they provide to users in being to go back multiple times over the course of month(s) without seeing meaningful increases in prices to deter them from using the platform. We observe that MACs have sequentially increased each quarter since 1Q16 at a +59% CAGR to 4.3M in 4Q19 (Figure 34).

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 34: Monthly Active Customer by Quarter (millions)



Source : Company Reports; Deutsche Bank

Even through the pandemic, we observe that MACs sharply rebounded after their trough in April (4.2M), which the company primarily attributes to limitations and decreased access to providers, and have sequentially increased each month since to 4.9M in July, which is near the high water mark of 5.0M in March (Figure 35).

Figure 35: Monthly User Cadence and YoY Growth (millions)



Source : Company Reports; Deutsche Bank

The biggest moat, in our view, is the company's strong consumer brand, supported by extensive use of TV advertising, as well as its large user base of sticky customers who also tend to promote the service to friends and family.

## Segment Overview: Subscriptions (GoodRx Gold & Kroger Savings Club)

In addition to allowing users to get free quotes on prescriptions, GoodRx offers two subscription offerings, allowing consumers to pay monthly fees in exchange for access to even lower prices. GoodRx Gold is owned and operating in house, while Kroger Savings Club offers a white label version of GoodRx Gold (Figure 36). While

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 317**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



the subscription product is tightly related to the core price comparison product, the company reports this revenue in its Other segment. The company does not make money on transactions associated with subscription revenue but instead generates its revenue on subscription fees.

Figure 36: GoodRx Gold



*Source : Company Screenshots; Deutsche Bank*

Both subscription offerings give users deeper savings, particularly for those medicines that have high turnover and will greater volume over the course of the month, through flat fee pricing, which GoodRx negotiates with the PBMs. We understand that the majority of subscribers come from the Kroger white label, which we estimate to be 171K in 2019, which was the first year of the offering, as opposed to only 73K through the in house GoodRx Gold offering. We also estimate that total subscribers in 2019 were approximately 245K. In the split between individual and family accounts, we heard from the company that individual accounts run about 3:1 with family accounts.

From an economics point of view, GoodRx keeps the entire revenue associated with GoodRx Gold, but it does share in the economics through the Kroger Savings Club. They do so by giving a fixed fee or commission to Kroger on the margins of the prescription fills, not on the subscription fees, which GoodRx wholly maintains. We outline the various pricing schematics and features of the subscriptions below:

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 318**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



### Figure 37: GoodRx Gold vs. Kroger Savings Club

|  | **GoodRx Gold** | | **Kroger Savings Club** | |
|---|---|---|---|---|
|  | Individual | Family | Individual | Family |
| # of Individuals | 1 | < 6 | 1 | < 6 |
| Monthly Price | $5.99 | $9.99 | $3.00 | $6.00 |
| **Annual Price** | **$71.88** | **$119.88** | **$36.00** | **$72.00** |

*Source : Company Reports; Deutsche Bank Estimates*

## Subscription adoption could accelerate top line growth

With an estimated 120M households in the US, we estimate that anywhere between 20% and 40% of households (between 24M and 48M) are able to be penetrated for subscription services. If we then estimate the addressable market, assuming that 60% of subscriptions are for individual accounts and 40% are for family accounts (which is in line with company commentary that a "majority" of subscriptions are individuals), it would estimate that the total market for GoodRx Gold is somewhere between $182M and $364M (Figure 38). **This implies that incremental 1% adoption of subscription services would equate to $2M to $4M in annual revue for GoodRx, which would be 15% to 31% of 2019 subscription revenue.**

### Figure 38: Subscription TAM

|  | A | B | C |
|---|---|---|---|
| **Est. number of households in the US (millions)** | **120** | **120** | **120** |
| (x) % households for subscription penetration | 20% | 30% | 40% |
| **(=) addressable householdes for a subscription** | **24** | **36** | **48** |
|  |  |  |  |
| **GoodRx Gold price (individual)** | **$5.99** | **$5.99** | **$5.99** |
| (x) % with individual subscription | 60% | 60% | 60% |
| **(=) number of individual subscriptions (millions)** | **14** | **22** | **29** |
| **Total value of individual subscriptions (millions)** | **$86** | **$129** | **$173** |
|  |  |  |  |
| **GoodRx Gold price (family)** | **$9.99** | **$9.99** | **$9.99** |
| (x) % with individual subscription | 40% | 40% | 40% |
| **(=) number of individual subscriptions (millions)** | **10** | **14** | **19** |
| **Total value of individual subscriptions (millions)** | **$96** | **$144** | **$192** |
|  |  |  |  |
| **Total value from GoodRx Gold** | **$182** | **$273** | **$364** |
| Incremental 1% | 2 | 3 | 4 |
| GoodRx subscription revenue (2019) | 12 | 12 | 12 |
| **% of GoodRx subscription revenue** | **15%** | **23%** | **31%** |

*Source : Company Reports; Deutsche Bank Estimates*

## Lack of competition gives GoodRx room to run

Similar to the prescription pricing tool, we largely view the barriers to entry for the subscription space as relatively low; however, we note that there has been little competitive expansion in subscriptions for prescription discounts aside from Amazon PillPack and CVS Multidose Pack. Even with these players, there has been slow acceleration in adoption of the subscription services, and we would give the edge over these two competitors to GoodRx for scaling up the subscription business since the company has a top of funnel service that allows users to "test" the platform and experience the tangible value proposition without having to commit initially to the subscription offering. GoodRx also has been working to better integrate and market the GoodRx Gold service on its core platform, which we believe should help monetize and scale the subscription over time.

**EXHIBIT 4
Page 319**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



## Segment Overview: Telehealth (HeyDoctor & GoodRx Marketplace)

GoodRx's telehealth and marketplace platforms - also reported in the Other segment - offer consumers access to providers, specialists, labs, and therapists that cover more than 150 medical conditions. Patients can see a doctor within an hour for as little as $20 from the comfort of their home. There is no insurance required, and there are no approvals necessary, and consumers don't even need to sign up for the service. We believe telehealth solutions could appeal to a large percentage of the population for a significant portion of doctor visits. According to a 2019 publication in the Journal of the American Medical Association, roughly one-quarter of adults in the United States did not have a primary care physician in 2015. Moreover, the average wait time for a new patient appointment in 15 large metropolitan markets in the United States was 24 days in 2017, and may extend up to 56 days in mid-sized markets, according to a Merritt Hawkins survey. Per the company, 20% of consumers don't even have a prescription when they first search on GoodRx for a drug.

User adoption of telehealth has been coming up the curve in recent years as consumers become more comfortable with the idea of virtual care; however, Covid-19 was one of the largest catalysts in driving consumers to telemedicine platforms. At the onset of the pandemic in March, patients found themselves unable or unwilling to attend in-person provider visits to avoid contracting Covid-19. In response, telemedicine sites offered a quick and user-friendly means to access proper medical care, even for more complex patient needs outside of the non-acute care setting. As evidenced by the following charts, telemedicine visits during the height of the pandemic in March and April rose, while in-person visits declined.

### Figure 39: Provider Visits by Type



Source : The Commonwealth Fund

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 40: Telemedicine Visits



*Source : The Commonwealth Fund*

While telemedicine served initially as a powerful solution to a shortage of care options during the Covid crisis, **its efficacy gave telemedicine platforms a strong foothold in the healthcare industry that addresses a total TAM of $250B. We believe this is a particularly attractive space given the number of inefficiencies currently present in the healthcare system that telemedicine has the opportunity to correct.** These include average wait times of 24 days for in-person appointments with providers and unnecessary emergency room visits, of which 30% could have likely been solved by a regular in-person provider visit.

With HIPAA regulations being lowered to facilitate the use of telemedicine platforms and 76% of consumers indicating interest in the use of telehealth solutions, we see significant room for growth in this space. While larger telemedicine players such as Teladoc and AmWell have already attracted strong user bases, beneficiary utilization of telemedicine benefits remains sub-1% - leaving room for newer entrants such as GoodRx's HeyDoctor.

### HeyDoctor mobile application for telehealth

GoodRx acquired HeyDoctor in late 2019, a telehealth platform that (1) offers consumers with a convenient and affordable way to receive a diagnosis and a prescription online services, a new revenue stream for GoodRx; and (2) has the potential to drive additional traffic to GoodRx's core discount marketplace, as 20% of consumers do not have a prescription at the time they search for a script on GoodRx. Patients who come to the platform are able to schedule appointments for 20+ conditions (which is rapidly expanding), including a general visit. All visits cost a flat fee, regardless of whether a patient has insurance or not, but varies depending on the reason for the visit. If, during the appointment, medicine is prescribed to the patient, they are able to either have the prescription sent to a pharmacy of their choice or they are able to go directly to the GoodRx marketplace to compare pricing before making their decision. From a support perspective, HeyDoctor offers messaging services with health professionals and a tracker of medication that you take/have been prescribed.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 321**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Telehealth marketplace addresses broad conditions at high margins

GoodRx addresses a broader set of medical conditions beyond the 33 conditions currently addressed by HeyDoctor through its telehealth marketplace, where it connects consumers to providers, specialists, labs, and therapists that cover more than 150 medical conditions in exchange for lead generation fees. GoodRx can connect patients with the care that they need, meanwhile taking a fixed fee or commission on the transaction that they generate from the platform. We like this metasearch like approach, which allows the company to scale up more quickly within telemedicine and do so with high incremental margins.

## Telehealth acceleration through COVID; competitive landscape heating up

As noted above, the telemedicine space is currently dominated by several key players, particularly Teladoc, AmWell, and Doctor on Demand. Of the three, Teladoc boasts the largest market share, currently serving 51.5M paid members in the US as of Q2-20, with 2.8M visits in the second quarter. For testament of Teladoc's size and popularity among consumers, figure 3 below highlights the disparity in search trends between the big three telemedicine providers, with searches for Teladoc during the height of the pandemic eclipsing those for the other two. Teladoc derives a the majority of its revenue from its access fee, as does AmWell from its subscription fee, while visit fees comprise the balance. In this case, HeyDoctor differentiates itself in its accessibility for consumers, making the business attractive as a smaller player as the space continues to expand—allowing GoodRx to pick up share here. However, we do note that it could be difficult for smaller telemedicine platforms such as HeyDoctor to compete against larger telemedicine players from a pricing standpoint.

Figure 41: Telemedicine Search Trend Over Time



*Source : Google Trends*

---

**EXHIBIT 4**
**Page 322**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Segment Overview: Manufacturing Solutions (Advertising)

GoodRx offers healthcare insurers, PBMs, pharmacies and healthcare related companies to purchase advertisements on the GoodRx mobile app and website. Primarily, these ads are for branded drugs, but we scope for the ads on the platform to expand into generics, complementary items for prescriptions (i.e. pill cutters, medicine boxes, at-home equipment, toiletries, etc.) and even certain medical services. The company already has an informational blog with sponsorships that we believe may serve as an entry point for ad dollars.

### Digital ads for healthcare and pharma could drive monetization ramp

In 2019 alone, healthcare and pharma companies spent over $30B on advertising across all channels, which largely comprised of branded drug advertisements. This figure is up from $17B in the late part of the 2016 and is expected to accelerate as advertisers spend more dollars to increase drug awareness and exposure to consumers.

Out of the $30B on ads, it is estimated that the healthcare and pharma industries spent $8.34B in digital ads, specifically, in 2019 (vs. $7.23B in 2018) and eMarketer expects this figure to growth by +14% y/y to $9.53B in 2020 (Figure 42), largely driven by the COVID-19 pandemic, and scale up to $11.25B in 2021. Of the $8.34B spent on digital ads, mobile ads comprised the majority of spending at 57.5% or $4.79B. One way that we think about sizing the market for digital ads on GoodRx's platform is by the incremental market share that they could take from the dollars spent by healthcare and pharma. In this framework, each 1% of the market for digital ads would be an estimated $95.3M in 2020.

Figure 42: Pharmaceutical manufacturer digital advertising (USD billions)



Source : eMarketer; Deutsche Bank

Another way is thinking about the pharmaceutical ad spend on TV, and the value of incremental market share for converting those TV ads to mobile or desktop ads. According to eMarketer, $2.5B was spent on the top 20 TV ads by pharmaceutical manufacturers in 2019. If we assume that anywhere between 2% and 6% of that ad spend converts to digital advertising (mobile or desktop), that would estimate an expansion of $49M to $147M to the digital ad market. Being that GoodRx is the largest discount card in the market, we assume that they would be an attractive platform for advertisements (since they are being used to directly purchase

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



prescriptions) and sensitize their incremental market share between 5% and 15% of the ad dollars converted from TV. This would add $2M to $22M in revenue to GoodRx on an annual basis, which would be upwards of 46% of their 2019 ad revenue.

Figure 43: Market for pharmaceutical digital advertising

|  | A | B | C |
|---|---|---|---|
| 2019 Top 20 TV pharmaceutical ads (millions) | $2,458 | $2,458 | $2,458 |
| Conversion to digital advertising | 2% | 4% | 6% |
| **Incremental value to digital advertising** | **49** | **98** | **147** |
| GoodRx capture of incremental move | 5% | 10% | 15% |
| **Revenue for GoodRx** | **2** | **10** | **22** |
| 2019 GoodRx manufacturing solutions revenue | 5 | 5 | 5 |
| **% of GoodRx manufacturing solutions revenue** | **46%** | **183%** | **412%** |

Source : eMarketer; Company Reports; Deutsche Bank

## Competition for ads is fierce but attractive value adds to advertisers

While the competitive landscape for advertising is high, we see GoodRx as a platform that can offer healthcare and pharma a space to spend their dollars and directly reach users with the intent to purchase prescriptions or healthcare services. Unlike users on social media or TV, we see GoodRx users come to the platform (core business or HeyDoctor) with a high intent to purchase medication or a doctor's visit. We believe that this kind of direct exposure for advertisers is extremely valuable and able to return a higher ROI on ad spend For this reason, we feel that GoodRx should be able to attract in inflow of ad dollars from big budget healthcare and pharma companies who are looking to increase their transactions on specific drugs or for ancillary services or products. GoodRx also has not fully scaled this business yet or penetrated the market in what they could offer advertisers. In this sense, we see the ad potential for GoodRx as a call option on the core business that could scale up into a meaningful top line driver in the future.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Survey Results

In conjunction with our dbDIG team, we conducted a survey to get a better sense of how people in the US view and interact with the prescription drug market, awareness levels of price comparison in the market and with discount cards, and to gauge exposure to telemedicine. At a high level, what we found were:

1.  Consumers see prescription drug prices as expensive, validating the idea that **GoodRx addresses a valid consumer pain point**. GoodRx provides tangible perceived value for consumers: 86% of respondents indicated that they save greater than 10% by using GoodRx and 56% of respondents indicated they save more than 25% using GoodRx.

2.  Even insured consumers find value in GoodRx, confirming **the addressable market extends well beyond the uninsured cash pay market**; 39% of respondents with private insurance had used a discount card before, even higher than the 25% of respondents with Medicare. For GoodRx specifically, 28% of those with private insurance had used GoodRx before, in line with the total respondents across types of coverage.

3.  Doctors offices are a big source of customer growth for discount cards and GoodRx, with **26% of respondents indicating they had been recommended a discount card from a doctor** and 23% of respondents familiar with GoodRx indicating they had heard about it from either an ad in a doctors office (13%) or a doctor (10%).

4.  Consumers show **high likelihood to recommend GoodRx to friends and family**. Over 90% of survey respondents who had used GoodRx indicated they are somewhat likely (17%), highly likely (44%) or have already recommended (30%) GoodRx to a friend or family member.

5.  We were somewhat surprised at **high awareness for prescription drug price comparison shopping** where 79% were at least a little aware of the ability to comparison shop for drugs with 23% "a little aware", 36% "some aware" and 21% "a lot", suggesting the **concept is not as foreign to consumers as we had expected**; In addition, awareness of GoodRx is also high: 74% have heard of GoodRx (46% have heard of but <u>never</u> used while 28% have used it). On some level this could be perceived as bearish that awareness is already fairly high, though the fact that only a portion of those aware have used GoodRx suggests an opportunity to tip those people into users, particularly given the compelling consumer value proposition.

6.  **GoodRx dominates the space**, with more than 2x the usage in our survey relative to the next highest discount card, and that even excludes Kroger, which is powered by GoodRx.

7.  There are a number of use cases for telemedicine including helping patients reduce wait times to see a health professional and being more convenient to accessing care for routine visits and prescription fills, and COVID-19 may be a catalyst to accelerate the adoption of the industry more broadly.

## Insured and uninsured perceive prescription prices to be expensive

As we consider the opportunity for GoodRx as a service that helps to reduce prescription prices, we have gain a better sense for (1) what is the public perception of prescription prices?; and (2) does perception differ between those who have insurance and those who don't? We observe from our survey that **63% of respondents believe that prescription prices are expensive** vs. only 18% of

---

Page 40

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 325**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



respondents feel that prescription prices are inexpensive. Interestingly, those on private insurance were among those describing prices as most net expensive.

Figure 44: What is your perception of prescription prices?



Source : dbDIG; Deutsche Bank

Figure 45: What is your perception of prescription prices?



Source : dbDIG; Deutsche Bank

## GoodRx provides tangible value to users through savings

Our survey indicated that 86% of respondents who use GoodRx save at least 10% on their prescriptions, while 22% experience average savings of greater than 50%. Consistent with what we have heard from the company and in channel checks, the value proposition that GoodRx offers is tangible - the use of the price comparison tool allows users to save a significant amount of money on their prescriptions.

EXHIBIT 4
Page 326

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 46: How much do you save on average by using GoodRx?



Source : dbDIG; Deutsche Bank

## Doctors and doctors offices are a key driver of awareness for GoodRx

A key part of the growth story for GoodRx is being able to expand their audience through effective marketing. The company already reaches users through TV and online ads, but a key source of awareness has also come from patients interacting with healthcare professionals. According to our survey, we see that 24% of privately insured, 26% of Medicare, 29% of Medicaid and 15% of uninsured patients have had a prescription discount card recommended to them by a doctor. We may expect that the penetration in this marketing channel for discount cards broadly expands, as its heavily dependent on habits of healthcare professionals, but we see the current penetration as an opportunity for GoodRx to build more relationships with healthcare professionals to drive incremental user growth.

Figure 47: Has your doctor ever recommended a prescription discount card to you?



Source : dbDIG; Deutsche Bank

Page 42

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 327**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



A strong percentage of awareness for GoodRx specifically comes directly from healthcare settings. As we show below, 23% of our survey respondents heard of GoodRx inside a doctor's office - either through an ad (13%) or a doctor recommendation (10%). We see potential for this channel to continue to grow over time given over half of survey respondents have still not been recommended a discount card from a doctor.

Figure 48: For those of you who have used GoodRx, where do you hear about it?



Source : dbDIG; Deutsche Bank

## High propensity to recommend to friends and family

Over 90% of survey respondents who had used GoodRx indicated they are somewhat likely (17%), highly likely (44%) or have already recommended (30%) GoodRx to a friend or family member.

Figure 49: Likelihood to recommend GoodRx



Source : dbDIG; Deutsche Bank

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 328**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## GoodRx used by both the insured and uninsured

A common misconceptions that we see around discount cards is the idea that user growth comes from the uninsured population, which generally faces higher costs for prescription medication and is assumed to be the group that abandons scripts at the pharmacy. **However, we observed from our survey that 39% of respondents with private insurance and 25% on Medicare have used discount cards, while only 5% of the uninsured respondents have** (Figure 50)**.**

Figure 50: Have you ever used a discount card for prescription medication?



Source : dbDIG; Deutsche Bank

As we discussed earlier, a GoodRx survey referenced in the S-1 filing (Figure 52) indicates that the commercially insured comprise 36% of GoodRx MACs. We observed from our survey a similar outcome, that the privately insured made up 28% of GoodRx users, while Medicare and Medicaid made up 30% and 22%, respectively (Figure 51). Our survey found a similar result to the GoodRx survey, that about 24%-26% of MACs are uninsured.

Figure 51: What is your current healthcare coverage?



Source : dbDIG; Deutsche Bank

Figure 52: GoodRx User Survey



Source : Company Reports, S-1

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 329**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Interestingly, when looking at the familiarity of respondents with GoodRx, we see that the insured (privately insured + Medicare + Medicaid) have relatively high awareness of GoodRx, with a majority in each category indicating that they "have used this" or "have heard of this but never used it." Surprisingly, almost 40% of the uninsured population hasn't heard of GoodRx, which we think represents GoodRx's opportunity in addition to converting consumers who have heard of GoodRx, but never used it.

Figure 53: What is your familiarity with GoodRx?



Source : dbDIG; Deutsche Bank

Related to this, we flag that a significant portion of respondents on private insurance have paid cash for a prescription to save money rather than using their insurance.

Deutsche Bank Securities Inc.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 54: Have you ever paid the full cash price for a prescription instead of using your insurance because it was cheaper to do so?



Source : dbDIG; Deutsche Bank

## Awareness of discount cards broadly higher than we expected

We were somewhat surprised that 79% of respondents were net aware that you can price compare for prescriptions. Admittedly, only 21% indicated they know a lot about price comparing subscriptions but 36% indicated some.

Figure 55: How much do you know about comparing prices for prescription medications at different pharmacies?



Source : dbDIG; Deutsche Bank

Even across respondents with various insurance coverage, we observed from the survey that those who were privately insured and those where uninsured had about the same relative awareness on price comparison for prescriptions (at 76% and 71%, respectively), with respondents covered by Medicaid having the highest awareness at 86%.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 331**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 56: How much do you know about comparing prices for prescription medications at different pharmacies? Answered "net aware"



*Note: "net aware" = responses including "a little", "some" and "a lot".*
*Source : dbDIG; Deutsche Bank*

## GoodRx awareness also fairly high already

GoodRx drives an estimated $2.5B of prescription transaction volume annually, representing only about 4.4% of generic prescription spending in the US today, suggesting plenty of headroom for growth. That said, we were somewhat surprised to see that 28% of survey respondents had already used GoodRx and 46% have not used GoodRx but have already heard of it. The bullish take on this is that they have already gotten 46% of the population to the point where they recognized the brand and now they just need to convert those to users. The more glass half empty view here is that there is already 74% of those who have filled a prescription already aware of using GoodRx.

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 332**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 57: Which of the following prescription discount cards have you ever used or heard of? (GoodRx Selection)



Source : dbDIG; Deutsche Bank

## GoodRx dominates the discount card landscape

GoodRx had more than 2x the usage in our survey relative to the next highest discount card, and that even excludes Kroger, which is powered by GoodRx.

Figure 58: For those who have used prescription discount card, which one have you used?



Source : dbDIG; Deutsche Bank

---

**EXHIBIT 4**
**Page 333**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



## Survey section on telemedicine may signal future growth in industry

In addition to surveying respondents for their current prescription medication habits and exposure to discount cards such as GoodRx, we included a section to get a better sense about how respondents have engaged with telemedicine.

### In-person appointments may generate a gap in access to care

Much of the discussion around the value of telehealth is that it provides access to care in more time sensitive manner - allowing patients to see healthcare professionals, particularly for routine visits, without having to delay or schedule appointment too far in advance. Our survey indicate that only 20% of respondents are able to schedule a visit with their doctor in less than 1 week, while 47% have to schedule at least 1 month in advance and 10% have to schedule more than 2 months in advance (Figure 59).

Figure 59: How far in advance do you have to schedule your in-person doctor's appointments?



*Source : dbDIG; Deutsche Bank*

### Telehealth may solve for tangible patient needs

In addition to reducing wait times for patients, our survey indicates that there is potential demand around telemedicine for additional reasons, such as consulting for routine medical issues, refilling prescriptions and it may simply be more convenient. According to our respondents, **46% indicated that their primary reason for using telemedicine would be for convenience**, while 36% responded that it was due to wait times and 34% indicated that it was for routine medical issues (Figure 60). We also highlight that 45% of respondents indicated their primary reason would be fore refilling prescriptions, which includes those visits that could be less invasive visits and that are simply required for patients to re-up on their script and thus see that some of that volume may be able to flow through a telehealth platform.

Deutsche Bank Securities Inc.

**EXHIBIT 4**

**Page 334**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 60: What would be your primary reason for using telemedicine for an appointment rather than scheduling an in-person appointment?



Source : dbDIG; Deutsche Bank

## COVID-19 as a catalyst for telehealth adoption

According to our survey, 29% of respondents and 57% of uninsured respondents indicated that they have tried telemedicine for appointments in the last 6-8 months while there was little indication of earlier adoption amongst the group. This may give credence to the idea that COVID is a catalyst for the industry more broadly, as patients look to avoid doctor's offices or places that give them exposure to people who are not in their family or friend circle.

Figure 61: When was the first time that you used telemedicine for an appointment?



Note: Survey conducted week of October 12, 2020.
Source : dbDIG; Deutsche Bank

Page 50

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 335**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



## Curiosity to try telehealth may lead to demand over time

Interestingly, when asked about the future interest in telemedicine, respondents indicated that 47% of them would be likely to try telemedicine. While there was a large cohort of individuals were in the neutral category, the curiosity displayed in the survey may be a leading indicator of demand for the services if quality products are brought the market - particularly for those respondents in the use cases discussed above.

Figure 62: How likely would you be to use telemedicine for a future appointment?



*Source : dbDIG; Deutsche Bank*

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 336**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Bull Case

GoodRx has unique scale in prescription price comparison, a large addressable market across its businesses, high margins and free cash flow generation, strong consumer brand penetration and an installed based of users. The bull case would be that the company can grow faster that we forecast in the core prescription transaction business and scale up its newer segments faster than modeled. We see scope for faster growth, but note that we are already forecasting a nearly 10x growth in the Other segment, from $56M in 2020 to $720M in 2025 and assume the company can grow the core prescription transaction segment to the equivalent to 19% share of generic drugs in the US by 2025.

## Underpenetrated TAM with low awareness

GoodRx has a sizeable TAM that spans its various business lines - prescription price comparison, telehealth and advertising. Broadly speaking, the TAM is underpenetrated, with a large opportunity for expansion in core prescriptions, particularly, and there remains low awareness of the potential to price shop in this market.

- **Prescription drug transactions** - the prescription drug opportunity spans >3B unit sales (branded and generic) in 2019, according to IQVIA data, for a total spend of $453B, or at an average cost of $151 per script. GoodRx estimates its prescription TAM to be $524B annually, which includes $360B in actual spend on prescription drugs and $164B in prescriptions that were not filled, primarily due to high costs, but which could become more affordable with a GoodRx coupon and thus initiate the transaction. In our view, the actual addressable opportunity would be slightly smaller, particularly since GoodRx deals mostly in the generics space, which while high as a unit mix at 87% of prescription volumes only represented 26% of prescription sales in 2019. We think the branded side is more addressable from an advertising side.

- **Telehealth industry** - while telemedicine served initially as a powerful solution to a shortage of care options during the COVID crisis, its efficacy has given telemedicine platforms a strong foothold in the healthcare industry that addresses a total TAM of $250B. We believe this is a particularly attractive space given the number of inefficiencies currently present in the healthcare system that telemedicine has the opportunity to correct.

- **Prescription advertising** - Prescription drug companies spend $30B annual in advertising, and specific to digital, healthcare and pharma totaled $8.3B in 2019 and are expected to grow to $9.5B in 2020 and $11.3B in 2021, according to eMarketer. Incremental market share could range between $49M and $147M according to out framework (Figure 43). GoodRx only generated $5M from ads in 2019 and we see scope for this to scale up meaningful in the near and longer term given the relevance of the platform.

## Dominance in the space, compelling value prop and wide user base

GoodRx is the leader is the space, with substantially more scale than the #2 player and is a pioneer in leveraging multiple PBMs to offer best prices to consumers and allow comparison shopping. Per comScore, GoodRx had 11.1M unique visitors in the US in August 2020 vs. 1.8M for SingleCare (the next biggest player in the space),

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 337**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



which we believed is illustrative of the established user base that GoodRx has developed and the moat that they have started to establish vs. their competitors (Figure 63). Looking over a longer period, we can see that GoodRx has continued to broaden its user base while SingleCare has not been able to take meaningful market share from GoodRx.

Figure 63: Unique Users (GoodRx vs. SingleCare)



Source : Company Reports; Deutsche Bank

GoodRx can reduce the cost of most prescriptions by 70% from "list price", resulting in prices that can be lower than a typical insurance co-pay and are thus applicable well beyond the uninsured. Since inception, the company has supported >$20B in consumer savings, which we believe is demonstrative of the high value proposition that the company generates for consumers. Additionally, since inception, the company has generated >$8B in GMV, powered by purchases of over $2.5B in prescriptions in 2019 alone.

## Loss of any single PBM is not critical to business continuity in our view

GoodRx has deployed an operating model that utilizes multiple PBMs to contract prescription prices for their users. In 2019, the 3 largest PBMs that GoodRx works with accounted for 55% of revenue (down from 61% in 2018), yet the company was still able to expand revenue by 56% y/y and EBITDA by 25%. Per the company, the loss of any single PBM could reduce savings only modestly to 75.4% from 76.2%. We believe that the loss of any single PBM would not meaningfully impact the prices GoodRx is able to offer consumers and thus, in our view, would not meaningfully impact the volume of users that are engaged on the GoodRx platform.

## Potential to add new products beyond existing product set

We see an opportunity for GoodRx to leverage its sticky audience, high net promoter score and strong consumer brand in healthcare to add more products over time. The current plan includes several new revenue streams captured in the Other segment, but we see an opportunity for them to ultimately drive more product innovation to better monetize users. For example, we could see the company expand its Telehealth Marketplace offering to other products beyond Telehealth. We forecast the company to see almost $56 in GMV per monthly prescription active consumer (MAC) and $668 per MAC annually, and over time we think GoodRx could

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



drive higher GMV across healthcare, where in the US consumers spend on average $10,739 annually (per the CDC, 2017), or $895 per month. As high deductible plans (HDHP) continue to increase penetration - from 5% of plans 10 years ago to 28% in 2017 (Figure 64) - putting more costs on consumers, we see more shopping around for prices across more healthcare services as a tailwind for GoodRx.

Figure 64: High Deductible plans gaining share in US insurance mix



Source : Kaiser Family Foundation; Deutsche Bank

### GoodRx already achieves profitability and is FCF positive

GoodRx is already profitable with 41% EBITDA margins in 2019 and positive FCF ($78M in 2019 vs. $42M in 2018) that could scale up as it generates better efficiencies and further monetizes the platform. While EBITDA margins declined from 51.2% in 2018 to 41.1% in 2019, this was largely driven by a non-recurring, one time payment to vested option holders (in the sum of $38M during 4Q18) and was not indicative of deteriorating top line performance or cost discipline from 2018 to 2019.

Figure 65: Revenue, EBITDA and FCF (millions)



Source : Company Reports; Deutsche Bank

Figure 66: EBITDA Margin and FCF Conversion



Source : Company Reports; Deutsche Bank

**EXHIBIT 4**
**Page 339**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



## Strong unit economics layered within feedback loop & virtuous cycle

GoodRx already deliver strong unit economics in its core business (prescription pricing tool), which has generated >40% EBITDA margins and >90% gross profit margins over the last 3 years. Additionally, the company has been able to generate a payback period on consumer acquisition costs of less than 8 months, despite scaling up advertising expense by ~6x since 2015 (Figure 67), including +75% y/y growth in 2019. In part, we believe that the efficiency in ROI for CAC is reflective of strong repeat activity (~80% of transactions) as well as strong brand awareness in fragmented prescription price comparison space. We believe that GoodRx has the opportunity to grow their unit economics as they expand their offerings, creating multiple entry points into GoodRx as the company ramps up monetization through the funnel of consumer healthcare.

Figure 67: Advertising Expense by Year (millions)



Source : Company Reports; Deutsche Bank

At a broader level, we also see the ability for GoodRx to expand their unit economics as part of a feedback loop that can grow and build off of each other. As the company builds a stronger and more trusted brand by putting tangible value into consumer's, PBMs and pharmacies pockets, they are able to further pull levers on pricing that can drive better savings and scale unit economics. As the company improves their unit economics, they can invest in more consumer facing healthcare solutions - be it expansion of telehealth, lead gen services, etc. - and they are able to gain incremental market share as a leading platform, which then begets a more trusted brand and so on.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



### Figure 68: Feedback Loop



*Source : Company Reports; Deutsche Bank*

## Forecasts leave room for near term upside to estimates

We forecast continued deceleration in our core prescription transaction revenue growth in 3Q and 4Q, which could prove conservative. The company has seen deceleration in the first half, reflecting fewer doctor visits and new prescription growth during the pandemic. As things open up and doctor visits come back, we could see trends improve faster than what we have modeled.

### Figure 69: YoY Growth for Revenue



*Source : Company Reports; Deutsche Bank*

### Figure 70: 2 Yr. Growth for Revenue



*Source : Company Reports; Deutsche Bank*

**EXHIBIT 4**
**Page 341**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



We attempt to quantify the potential for upside for prescription transaction revenue below (Figure 71), looking at where revenue could come in if the company sees no deterioration in the two-year growth stack for 2H 2020 through 1H 2021. For 2H 2021, our analysis assumes Prescription revenue segment growth in line with our existing forecast but on the higher base using our bull case on 2H 2021 (based on a stable two-year stack). By our math, the company could see $15.5M in revenue upside in 2H 2020 and another $51M of revenue upside in 2021, driving 2021 top line growth from our current 30.7% growth to 37% in a bull case.

### Figure 71: Bull Case for Revenue

| Prescription Revenue Segment | 3Q20E | 4Q20E | 2020E | 1Q21E | 2Q21E | 3Q21E | 4Q21E | 2021E |
|---|---|---|---|---|---|---|---|---|
| Current Y/Y Growth Forecast | 24.5% | 21.1% | 31.2% | 13.1% | 36.3% | 34.2% | 39.6% | 30.7% |
| Implied Growth at Stable 2-Year Stack | 27.1% | 33.6% | 35.5% | 23.3% | 52.2% | 34.2% | 39.6% | 37.0% |
| | | | | | | | | |
| Current Revenue Forecast | $119,298 | $126,515 | $478,378 | $139,167 | $149,281 | $160,130 | $176,583 | $625,160 |
| Revenue at Stable 2-Year | 121,712 | 139,615 | 493,892 | 151,657 | 166,736 | 163,371 | 194,866 | 676,630 |
| Potential Upside to Revenue | 2,414 | 13,099 | 15,514 | 12,490 | 17,455 | 3,241 | 18,283 | 51,470 |

*Note: For 2H 2021, we assume our current revenue growth forecasts but growing off of our bull case base in 2H 2021.*
*Source : Deutsche Bank Estimates*

**EXHIBIT 4**
**Page 342**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Bear Case

The key risks to the story are limited barriers to entry and the outsized impact any change in regulation could have on this highly regulated space.

## Regulatory and legal environment may pose uncertainty

Regulatory and legislative risks to the overall healthcare system, including a single payer system as well as reduced prices and greater benefits for Medicare/Medicaid, could impact GoodRx's value proposition for customers. Additionally, telehealth is a relatively new service and some considerations at risk may be how future regulation play out and impacts GoodRx's ability to own and operate the platform. Reducing prescription drug prices seems to be a bipartisan goal of politicians and heading into a Presidential election year, we expect the potential change in administration to focus on drug costs. We think GoodRx has some decent insulation here given it's focus on generic drugs. Most of the political focus on drug prices is around more expensive branded drugs. Nonetheless, we see some scope for changes to the system. A shift to a single payer system - while unlikely - could be most problematic.

## Complexity around the healthcare space could be confounding

There is complexity around prescription drug pricing and the players that comprise the ecosystem that few understand well. This may deter investors who do not fully understand the space and how GoodRx fits in the ecosystem. In particular, the interworking of the revenue model and interdependencies on PBMs comes with associated risks that may take time for investors to fully understand and be able to digest. We see real risk as well as headline risks that more regulation around prescription drug pricing and/or changes to the industry structure could threaten the core monetization model for GoodRx and/or spook investors, particularly tech investors less familiar with the industry ecosystem.

## Slow adoption curve and poor monetization may hinder growth

We forecast Other segment revenue to grow almost 10x, to $468M in 2024 vs. $56M in 2020. There is execution risk on scaling the business in this segment, given that it encompasses advertising, telehealth and subscription offerings that are relatively underpenetrated and may present unique risks. In particular, telehealth is still relatively new and user adoption is mainly driven short term by the COVID impacts; longer term impacts, including how regulated it becomes is still uncertain. Broadly speaking, adoption of the various products and services may be slow and the monetization ramp for the platform may not realize as we anticipate.

## Industry may be complex but barriers to entry remain low

There are relatively low barriers to entry to get into the price transparency and comparison space. Going back to 2016, GoodRx has spent a combined $76M in non-GAAP Development and Technology expense, and only $29M in 2019. While discount card players are present and have struggled to scale, we could see other internet players (e.g. Amazon or Google) get into the price discovery market for drugs and/or provide heavily discounted drugs themselves. Amazon entered the space with its Pillpack acquisition and also has its Haven Healthcare joint venture with JPMorgan Chase and Berkshire Hathaway. Haven has yet to really make waves but one of its stated goals is to reduce prescription drug costs. We think the large TAM of healthcare remains a focus at Amazon and it remains unclear what path the company's ambitions will take here. Google seems unlikely to focus on drug prices

Page 58

**EXHIBIT 4**
**Page 343**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



/ shopping given it is not an area that it could scale globally given the idiosyncrasies of drug pricing unique to the US market. That said, this could end up being an area where large platforms move if for no other reason than to build goodwill among consumers and regulators by helping consumers find lower drug pricing. In addition, metasearch players like trivago could look to enter the space, attaching drug pricing as a tab to their business which already has a meaningful brand awareness and unique audience base of users.

## Selection of discounted prescriptions may not be attractive to users

While GoodRx provides discounts for a range of products the company does not control the category and types of prescriptions that they can offer savings or discount prices. In this regard, the PBMs have control of the selection and savings to consumers. We do not see this is a major risk to the story, but note that GoodRx does not control the offering of medicine in the transaction flow and thus has limited ability to ensure that users sustain the selection that is available at any given point in time. In addition, there could be a long term risk in how GoodRx codes are stored in pharmacy customer profiles. We understand that a user who has private insurance using a GoodRx code will effectively shift the default use case inside some pharmacy payment systems to revert to GoodRx codes with each new prescription, even if a user's insurance card is on file. We see some risk that at some point system changes could prioritize insurance billing for consumers who have private insurance even if they have used GoodRx in the past.

## Valuation looks rich

GoodRx trades among the most expensive stocks we cover at almost 30x EV/ revenue on 2021 and 95x on EV/EBITDA. Even looked out to 2022, the valuation remains rich at 22x revenue and 65x on EBITDA. We think the company deserves a premium multiple given it's dominance of an industry vertical, limited direct competition, subscription-like nature in the core prescription transactions segment, and attractive profitability and free cash flow margins. That said, the high valuation today provides limited support in the event the company hits any hiccups in fundamentals or if regulatory / political headlines spook investors.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Valuation

We initiate coverage of GoodRx with a Hold rating and a $50 target price (Figure 72). We value GDRX shares using an equal-weighted blend of a 4.0 x GMV multiple, 20.0x revenue multiple, 50.0x EBITDA multiple and DCF (which uses a 10.9% WACC based on a 1.60 BETA and 0.79% risk-free rate in line with the treasury note). We include our full DCF in Figure 86.

Figure 72: GoodRx Valuation Worksheet

**GoodRx Holdings, Inc. - Valuation**
(In Millions, unless otherwise noted)

| | 2019A | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|
| **Current Valuation** | | | | | |
| **Enterprise Value** | | | | | |
| Current Share Price | $51.56 | As of 10/15/2020 | | | |
| Basic Shares | 409.7 | As of Effectiveness statement | | | |
| Philanthropic shares | 1.1 | As of Effectiveness statement | | | |
| Dilutive Impact of Options | 22.1 | As of Effectiveness statement | | | |
| Restricted Stock | 0.9 | As of Effectiveness statement | | | |
| (x) Diluted Share Count | 433.9 | | | | |
| (=) Market Cap | $22,369 | | | | |
| (+) Debt | 713 | As of 6/30/2020 | | | |
| (-) Cash & Equivalents | (1,018) | As of 6/30/2020 | Pro forma for the IPO | | |
| (=) Enterprise Value | $22,064 | | | | |
| EV/GMV | 8.8x | 6.8x | 5.3x | 4.0x | 3.1x |
| EV/Revenue | 56.8x | 41.3x | 30.1x | 21.6x | 15.9x |
| EV/Adj EBITDA | 138.2x | 120.9x | 97.2x | 65.0x | 44.0x |
| P/GAAP Dil EPS | 286.4x | (45.8)x | 871.2x | 182.9x | 94.6x |
| FCF Yield | 0.3% | 0.7% | 0.4% | 0.8% | 1.4% |
| **Valuation Methodologies** | | | | | |
| **GMV Multiple** | | | | | |
| GMV | $2,500 | $3,223 | $4,156 | $5,501 | $7,096 |
| (x) Valuation Multiple | 4.0x | 4.0x | 4.0x | 4.0x | 4.0x |
| (=) Implied Enterprise Value | $10,000 | $12,892 | $16,623 | $22,005 | $28,383 |
| (-) Debt | (671) | (688) | (657) | (653) | (650) |
| (+) Cash & Equivalents | 38 | 1,070 | 1,109 | 1,293 | 1,602 |
| (=) Implied Equity Value | $9,368 | $13,274 | $17,076 | $22,645 | $29,335 |
| (÷) Diluted Shares | | 434 | 434 | 434 | 434 |
| **Value per Share** | | $31 | $39 | $52 | $68 |
| YoY GMV Growth | 44.1% | 28.9% | 28.9% | 32.4% | 29.0% |
| Implied Multiple-to-Growth Ratio | 0.09x | 0.14x | 0.14x | 0.12x | 0.14x |
| **Revenue Multiple** | | | | | |
| Revenue | $388 | $535 | $732 | $1,022 | $1,386 |
| (x) Valuation Multiple | 20.0x | 20.0x | 20.0x | 20.0x | 20.0x |
| (=) Implied Enterprise Value | $7,764 | $10,695 | $14,649 | $20,445 | $27,718 |
| (-) Debt | (671) | (688) | (657) | (653) | (650) |
| (+) Cash & Equivalents | 38 | 1,070 | 1,109 | 1,293 | 1,602 |
| (=) Implied Equity Value | $7,132 | $11,077 | $15,101 | $21,084 | $28,670 |
| (÷) Diluted Shares | | 434 | 434 | 434 | 434 |
| **Value per Share** | | $26 | $35 | $49 | $66 |
| YoY Revenue Growth | 55.6% | 37.7% | 37.0% | 39.6% | 35.6% |
| Implied Multiple-to-Growth Ratio | 0.36x | 0.53x | 0.54x | 0.51x | 0.56x |
| **EBITDA Multiple** | | | | | |
| Adj. EBITDA | $160 | $183 | $227 | $340 | $502 |
| (x) Valuation Multiple | 50.0x | 50.0x | 50.0x | 50.0x | 50.0x |
| (=) Implied Enterprise Value | $7,981 | $9,127 | $11,354 | $16,983 | $25,091 |
| (-) Debt | (671) | (688) | (657) | (653) | (650) |
| (+) Cash & Equivalents | 38 | 1,070 | 1,109 | 1,293 | 1,602 |
| (=) Implied Equity Value | $7,349 | $9,509 | $11,806 | $17,623 | $26,043 |
| (÷) Diluted Shares | | 434 | 434 | 434 | 434 |
| **Value per Share** | | $22 | $27 | $41 | $60 |
| YoY Adj. EBITDA Growth | 25.1% | 14.4% | 24.4% | 49.6% | 47.7% |
| Implied Multiple-to-Growth Ratio | 1.99x | 3.48x | 2.05x | 1.01x | 1.05x |
| **Target Price Calculation** | | | | | |
| GMV Multiple | | | $39 | $52 | $68 |
| Revenue Multiple | | | 35 | 49 | 66 |
| EBITDA Multiple | | | 27 | 41 | 60 |
| Discounted Cash Flow Analysis | | | 61 | 61 | 61 |
| **Value per Share** | | | $37 | $50 | $64 |
| **Target Price** | | | | $50 | |
| Current Share Price | | | | $51.56 | |
| Potential Upside | | | | (3.0)% | |

Source : Company Reports; Deutsche Bank

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



## Comparable Companies Analysis

Sizing up comps for GoodRx, we look across the Internet, Software/Tech and Healthcare Tech spaces. We see that Internet names are trading at 11.3x EV/Rev on a 2022 basis vs. Software names that are trading a little higher at 16.8x and Healthcare Tech in the middle at 14.0x. We think extending comps to include software businesses makes sense given the highly recurring revenue nature of GoodRx, similar to software companies. Median y/y revenue growth from 2021 to 2022 is also 24%, 23% and 22.8%, respectively. We model out GoodRx to be able to achieve ~40% y/y growth in 2022, given the recurring revenue nature of the core business as well as the product/service expansion that we see coming from the telehealth, subscription and advertising segments, thus we believe that a premium EV/Rev multiple is appropriate for GoodRx shares, which we value at 20x EV/ Revenue on a 2022 basis.

Figure 73: Comparable Companies Analysis

**Valuation Comps Using Street Consensus Estimates per Bloomberg and DB Estimates**

(In Millions, unless otherwise noted)

| Company | Ticker | Share Price | Enterprise Value (EV) | EV/Revenue | | | Revenue Growth YoY | | EV/Adj. EBITDA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 2020 | 2021 | 2022 | 2021 | 2022 | 2020 | 2021 | 2022 |
| **Internet** | | | | | | | | | | | |
| MercadoLibre Inc | MELI | $1,257.89 | $59,200 | 16.7x | 12.3x | 9.0x | 36.1% | 37.1% | | | |
| Etsy Inc | ETSY | $150.67 | $17,967 | 11.9x | 10.5x | 8.7x | 13.7% | 20.4% | 40.7x | 37.4x | 29.4x |
| Pinterest Inc | PINS | $43.65 | $29,351 | 20.0x | 14.7x | 11.3x | 36.4% | 29.5% | | | 82.3x |
| Match Group Inc | MTCH | $111.17 | $35,243 | 15.1x | 12.8x | 11.3x | 18.0% | 13.5% | 41.3x | 32.8x | 27.5x |
| Netflix Inc | NFLX | $541.94 | $250,358 | 10.1x | 8.5x | 7.3x | 17.7% | 16.5% | 52.7x | 40.3x | 30.6x |
| Roku Inc | ROKU | $226.47 | $28,146 | 17.7x | 13.1x | 9.9x | 35.1% | 31.5% | | | |
| Chegg Inc | CHGG | $84.06 | $10,601 | 17.3x | 14.0x | 11.8x | 23.8% | 18.6% | 54.8x | 42.1x | 32.8x |
| Shopify Inc | SHOP | $1,078.30 | $129,022 | 49.3x | 37.6x | 26.6x | 31.1% | 41.1% | | | |
| CoStar Group Inc | CSGP | $867.39 | $33,239 | 20.3x | 17.7x | 15.3x | 14.8% | 15.7% | 63.6x | 50.5x | 40.6x |
| Trade Desk Inc/The | TTD | $600.01 | $27,983 | 38.2x | 28.1x | 22.1x | 35.8% | 27.7% | | 95.9x | 71.4x |
| **Median** | | | | **17.5x** | **13.5x** | **11.3x** | **27.4%** | **24.0%** | **52.7x** | **41.2x** | **32.8x** |
| **Software/Tech** | | | | | | | | | | | |
| Workday Inc | WDAY | $226.67 | $53,346 | 14.8x | 12.5x | 10.6x | 18.0% | 17.7% | 71.5x | 50.2x | 44.1x |
| Proofpoint Inc | PFPT | $111.40 | $6,336 | 6.1x | 5.3x | 4.5x | 16.3% | 17.8% | 39.5x | 32.7x | 25.3x |
| ServiceNow Inc | NOW | $520.68 | $99,306 | 22.5x | 18.1x | 14.5x | 24.5% | 24.6% | 71.9x | 58.2x | 45.4x |
| Atlassian Corp PLC | TEAM | $190.93 | $46,340 | 29.1x | 24.2x | 19.7x | 20.2% | 22.5% | | | 83.1x |
| Paycom Software Inc | PAYC | $375.91 | $21,931 | 26.5x | 22.0x | 18.1x | 20.1% | 21.8% | 70.4x | 56.5x | 44.9x |
| ZoomInfo Technologies Inc | ZI | $42.77 | $17,383 | 38.3x | 30.2x | 24.0x | 27.0% | 25.9% | 77.1x | 60.8x | 47.7x |
| Dynatrace Inc | DT | $43.50 | $12,523 | 23.1x | 19.1x | 15.5x | 20.9% | 23.5% | 91.7x | 67.6x | 55.3x |
| Okta Inc | OKTA | $246.31 | $31,251 | 54.4x | 38.9x | 29.9x | 39.7% | 30.0% | | | |
| **Median** | | | | **24.8x** | **20.6x** | **16.8x** | **20.5%** | **23.0%** | **71.7x** | **57.3x** | **45.4x** |
| **Healthcare Platform Tech/SaaS** | | | | | | | | | | | |
| Veeva Systems Inc | VEEV | $308.25 | $45,460 | 41.7x | 32.0x | 26.7x | 30.3% | 19.7% | | 79.2x | 67.8x |
| Teladoc Health Inc | TDOC | $224.35 | $18,565 | 18.7x | 13.7x | 10.9x | 37.1% | 25.9% | | | 74.8x |
| Livongo Health Inc | LVGO | $143.93 | $14,379 | 39.6x | 25.4x | 17.2x | 55.9% | 47.7% | | | |
| HealthEquity Inc | HQY | $53.46 | $5,218 | 9.9x | 7.2x | 6.7x | 37.4% | 7.0% | 26.7x | 22.4x | 20.8x |
| **Median** | | | | **29.1x** | **19.5x** | **14.0x** | **37.3%** | **22.8%** | **26.7x** | **50.8x** | **67.8x** |

*Note: Enterprise Values for MELI, ETSY, PINS and MTCH are based on DB Estimates. All other data is based on BBG estimates*
*Source : Bloomberg Finance LP; Deutsche Bank*

## Looking at GoodRx on a Rule of 40 basis

We look at how GoodRx trades relative to peers on EV/revenue multiple versus the "Rule of 40" metric, adding 2022 revenue growth + EBITDA Margin. On this basis, the company looks fully valued. While we think investors are assuming upside to the company's revenue beyond formal estimates, we think the same is likely for the universe of comps as well. While perhaps oversimpliied, our regression analysis on the below comps suggests that GoodRx would trade somewhere in the 17x EV/ revenue on 2022, which is below the current multiple of 21x.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 346**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx





Figure 74: 2022 EV/Revenue Multiple vs Rule of 40 (Rev Growth + EBITDA Margin)

*Source : Bloomberg; Company Reports; Deutsche Bank*

## Risks for GoodRx shares

We outline the downside risks below:

**Competition:** Competitors have tried and largely been unsuccessfully – thus far – at competing with GoodRx's innovative multi-PBM model, either lacking volume or quality of product for consumers. However, barriers to entry in the space are low, and we could see other internet players (e.g. Amazon or Google or trivago) get into the price discovery market for drugs and/or provide heavily discounted drugs themselves.

**Regulation:** Given the various regulations that are required around HIPPA and information laws, there is an innate risk to the business in the case that information or consumer data could potentially be exposed. Given the nascency of the teledoc space, it could be subject to increased regulatory scrutiny over time.

**Legislation:** Potential changes to healthcare policy in the US could disrupt the PBM based industry structure for prescription drugs on which GoodRX depends for revenue. If the government reforms healthcare in a way that pushes down drug prices, it could reduce MACs. While there may be risk of legislation adverse to GoodRx's business model, US legislation is generally slow to move and requires significant stakeholder buy-in, mitigating this risk. Potential changes in the political landscape this election season heighten regulatory/gov't risk.

**Company Specific:** GoodRx has identified material weaknesses in its internal control over financial reporting, which it is addressing; the language around the risks is likely to remain in SEC filings for another year or so. Private Equity funds control the company via ownership of super-voting Class B shares.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 347**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Risks to the upside include (1) increased adoption of telehealth services more broadly, as COVID-19 may have accelerated timelines for the industry; (2) acceleration of monetization in advertising on GoodRx's mobile app and website as the company markets the offering to PBMs, pharmacies and health insurers; (3) incremental adoption of subscription services above what we currently model; (4) acceleration of MACs through efficient marketing across channels (i.e. TV ads, Google ads, relationships with health professionals.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 348**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



# Financial Model

## Key Model Assumptions

We highlight our key model assumptions below and expand on them in following sections:

- **Revenue Growth:** We look for GoodRx to generate $505M in revenue in 2020, of which we expect $478M, or 94.6% of total revenue, to come from prescription transactions. During 2021 and 2022, we expect that GoodRx will be able to expand aggregate revenue to $732M and $1B, which is reflective of (1) increased investment in marketing and continued engagement from existing customers ; and (2) slight increases to take rate from 14.8% in 2020E to 15.2% in 2022E as GoodRx is leverage more volume for the PBMs into incremental economics.

- **Other Segment Revenue:** In "Other Revenue," GoodRx includes its telehealth, subscription and advertising (manufacturing solutions) businesses. We expect that Other Revenue will expand to $184M in 2022 vs. $107M in 2021 vs. $56M in 2020, which is reflective of expansion across the revenue sub-segments, in particular as (1) GoodRx better integrates GoodRx Gold into their core platform and converts more users who are high transactors in prescriptions; (2) expansion in manufacturing solutions (advertising revenue) from $15M in 2020 to $67M in 2022, as GoodRx builds out their ad units and drives more value for pharmaceutical advertisers; (3) increased adoption of telehealth which we expect to expand segment revenue by 4x from $9M in 2020 to $36M in 2022 and also helps drive prescription fills back thorough the core GoodRx app.

- **Operating Expenses:** We expect that the increased to operating expenses will be primarily driven by sales and marketing expense, which we estimate to expand from $251M in 2020 to $488M in 2022. Advertising expense comprises the bulk of S&M and we believe that GoodRx plans to continue scaling its investment in advertising.

- **Adjusted EBITDA and Margin:** We estimate that adjusted EBITDA will sequentially increase over the next 3 years from $183M in 2020 to $227M in 2021 and $340M in 2022. We estimate that EBITDA margins will dip from 34% in 2020 to 31% in 2021 as the company invests in more nascent businesses and sees faster revenue growth from lower-margin businesses, namely the telehealth business. We look for Adj EBITDA margins to increase to 33% in 2022 as the margins in the Other segment begin to scale. We see long-term margins reverting into the low 40s percentage range and use 42% terminal margins in our DCF model.

## Prescription revenue driven by ramp in MACs

We expect that prescription transactions will continue to make up most of GoodRx revenue in the next few years and see expansion of monthly active consumers (MACs) as the core driver here. We estimate that MACs will grow at a 27% CAGR through 2025 (from 4.8M in 2020 to 16.1M in 2025) as GoodRx is able to ramp user adoption through increased exposure to prescription drug users as well as continuing its leadership position in the marketplace.

Our assumption in the rapid expansion in MACs is also reflective of (1) the non-

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 349**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



cyclical nature of prescription medication, which we believe is less sensitive to macroeconomic variables; (2) increased adoption as we do not expect that prescription prices will move downward meaningfully even if there were a change in political regime, which further highlights the value proposition for GoodRx; (3) the leadership in the space for GoodRx, which has thus far withstood competition from PBMs and insurers looking to provide their own card.

Our estimates assume GoodRx drives gross merchandize value (GMV) of $10.7B in 2025, a 27.5% CAGR from $2.5B in 2019. Our estimate would equate to about 19% of the US generics market ($56.5B in 2019).

In terms of monetization of MACs, we estimate that revenue per MAC will recover from the relative trough in 2019 of $8.23 to $8.28 in 2020 and continue to sequentially increase year over year to $8.65 in 2025. The growth in rev per MAC is largely driven by an increase in take rate, from 14.6% in 2019 to 15.5% in 2025 which we believe GoodRx may be able to move up over time as they provide substantially more volume for PBMs. In addition, we believe that as the company renews with PBMs at a larger and larger scale, its take-rates are likely to improve over time.

Figure 75: Revenue per MAC



Source : Company Reports; Deutsche Bank Estimates

Figure 76: Monthly Average Customers (MMs)



Source : Company Reports; Deutsche Bank Estimates

## Subscription revenue as a function of ARPU and product mix

GoodRx does not separately report the businesses under "Other Revenue" which includes its telehealth offering, advertising and subscriptions. We nonetheless drive our model with explicit assumptions around the components of Other revenue and hope that the company gives some intermittent disclosures here to help us understand how the various components are performing. We estimate the subscriptions will grow meaningfully over the long-run, both in terms of aggregate subscribers across GoodRx Gold and Kroger Savings Club (and the mix between the two) as well as in terms of ARPU.

Our assumptions around subscription growth primarily consist of:

- Aggregate subscriber growth at a 44% CAGR (from 245K in 2019 to 2.2M in 2025) as GoodRx better markets and ramps up the product.

Deutsche Bank Securities Inc.

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



- GoodRx Gold growing to 46% of the subscription mix (from 30% in 2019) which would allow GoodRx to take all of the economics on the subscription versus Kroger where there is a revenue share.

- ARPU increasing sequentially from $4.75 in 2020 to $5.71 in 2025, as a result of the product mix shifting to GoodRx Gold but also as aggregate subscribers for both products increase.

- Subscription revenue ramping up from $30M in 2020 to $140M in 2025.

- Our 2025 forecast equates to 2% penetration of US households (120M total) having a subscription either for GoodRx Gold or Kroger Savings Club.



Figure 77: Avg. Revenue per User

Source : Company Reports; Deutsche Bank Estimates



Figure 78: Subscription Revenue

Source : Company Reports; Deutsche Bank Estimates

## Growth in GoodRx Gold cohort expands revenue by capturing economics

An addition to expanding the number of aggregate subscribers for GoodRx Gold and Kroger Savings Club over time, we assume that the mix between the two products shifts more towards GoodRx moving forward. In 2019, only about 30% of subscribers were under GoodRx Gold, which we use as a baseline for growth in product mix as GoodRx has started to better cross promote GoodRx Gold into the core platform. Our estimates are for GoodRx Gold's share of subscribers to increase more rapidly over the next 3 years by 7ppts (37% in 2020 to 44% in 2022) and then stabilize around 45% in the out years. We would still expect that Kroger Savings Club to continue to grow and to remain the majority of subscribers given the breadth of Kroger's brands as well as the additional value that it drives for Kroger chains. By shifting more to GoodRx Gold, the company is able to retain all of the economics on the subscription, which we believe can drive incremental top-line growth in the long term.

**EXHIBIT 4**
**Page 351**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx



Figure 79: Mix between GoodRx Gold and Kroger Savings Club



Source : Company Reports; Deutsche Bank

## Sales and marketing execution critical to long-term growth

From a cost perspective, we assume that GoodRx will continue to invest in the business as it expands its products and services, particularly the telehealth offering through HeyDoctor as well as the manufacturing solutions offering for advertisers. Our model assumes that opex including COGS will growth at a 31% CAGR through 2025 ($229M in 202E vs. $1.4B in 2025E), which is largely a function of sales and marketing expense growth. We assume that non-GAAP S&M, which is largely comprised of advertising expense, will grow from $245M in 2020E to $929M in 2025E. For 2020E, we estimate that ~$224M will be attributable to advertising expenses.

Figure 80: OPEX including COGS



Source : Company Reports; Deutsche Bank Estimates

Figure 81: Non-GAAP Sales & Marketing



Source : Company Reports; Deutsche Bank Estimates

**EXHIBIT 4**
**Page 352**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020
Internet
GoodRx

## Figure 82: GoodRx Income Statement

| GoodRx Holdings, Inc. - Income Statement | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
| **GAAP Income Statement** | | | | | | | | | | | | | | | | |
| Revenue | | | | | | | | | | | | | | | | |
| Prescription Transaction Revenue | $243 | $79 | $86 | $96 | $104 | $365 | $123 | $110 | $119 | $127 | $478 | $625 | $839 | $1,089 | $1,375 | $1,668 |
| Other Revenue | 7 | 3 | 6 | 6 | 9 | 24 | 10 | 14 | 15 | 17 | 56 | 107 | 184 | 297 | 469 | 720 |
| Revenue | $250 | $82 | $92 | $102 | $113 | $388 | $133 | $123 | $134 | $144 | $535 | $732 | $1,022 | $1,386 | $1,844 | $2,388 |
| Cost of revenue | 6 | 3 | 3 | 3 | 5 | 14 | 6 | 7 | 8 | 9 | 30 | 47 | 71 | 101 | 139 | 221 |
| **Gross Profit** | $243 | $79 | $88 | $98 | $109 | $374 | $127 | $116 | $126 | $134 | $505 | $685 | $952 | $1,285 | $1,705 | $2,167 |
| Gross Margin | 97.6% | 96.5% | 96.6% | 96.7% | 95.9% | 96.4% | 95.5% | 94.5% | 94.1% | 93.6% | 94.4% | 93.5% | 93.1% | 92.7% | 92.4% | 90.8% |
| Operating Expenses | | | | | | | | | | | | | | | | |
| Product development and technology | $44 | $6 | $6 | $8 | $10 | $29 | $10 | $12 | $15 | $19 | $57 | $95 | $131 | $167 | $198 | $227 |
| Sales and marketing | 104 | 40 | 38 | 45 | 54 | 177 | 63 | 52 | 64 | 72 | 251 | 351 | 488 | 640 | 799 | 982 |
| General and administrative | 8 | 3 | 3 | 4 | 5 | 15 | 6 | 6 | 9 | 10 | 31 | 49 | 63 | 79 | 96 | 117 |
| Depreciation and amortization | 10 | 3 | 3 | 4 | 4 | 14 | 4 | 5 | 5 | 3 | 17 | 18 | 24 | 27 | 33 | 40 |
| CEO IPO Grant | --- | --- | --- | --- | --- | --- | --- | --- | 105 | 271 | 376 | 89 | 44 | 20 | 4 | 1 |
| Charitable Stock Donation | --- | --- | --- | --- | --- | --- | --- | --- | --- | 33 | 33 | --- | --- | --- | --- | --- |
| **Total Operating Expenses** | $166 | $51 | $50 | $61 | $73 | $235 | $84 | $75 | $198 | $408 | $764 | $602 | $750 | $934 | $1,131 | $1,366 |
| **GAAP Operating Income** | $77 | $28 | $38 | $38 | $36 | $140 | $44 | $42 | $(71) | $(274) | $(260) | $83 | $202 | $351 | $574 | $801 |
| Operating Margin | 31.0% | 34.3% | 41.6% | 37.2% | 31.6% | 36.0% | 32.7% | 33.9% | (52.9)% | (190.6)% | (48.5)% | 11.4% | 19.7% | 25.3% | 31.1% | 33.5% |
| Total other expense, net | $(25) | $(13) | $(13) | $(12) | $(18) | $(57) | $(9) | $(7) | $(6) | $(6) | $(28) | $(24) | $(24) | $(22) | $(42) | $(11) |
| Income (Loss) Before Income Taxes | $52 | $15 | $25 | $25 | $18 | $83 | $35 | $35 | $(77) | $(280) | $(287) | $59 | $178 | $329 | $532 | $790 |
| Provision for Income Taxes | (9) | (3) | (5) | (6) | (3) | (17) | (8) | (8) | (5) | (5) | (26) | (34) | (56) | (87) | (134) | (198) |
| Tax Rate | 16.3% | 21.6% | 21.3% | 22.6% | 15.1% | 20.4% | 22.1% | 21.9% | (7.1)% | (1.7)% | (8.9)% | 57.5% | 31.2% | 26.5% | 25.2% | 25.0% |
| Net income | $44 | $12 | $20 | $20 | $15 | $66 | $27 | $27 | $(83) | $(285) | $(313) | $25 | $123 | $241 | $398 | $592 |
| Preferred stock tax distributions | (30) | (6) | (6) | (6) | (6) | (23) | (6) | (6) | --- | --- | (12) | --- | --- | --- | --- | --- |
| **Net income attributable to Common Stockholders** | $14 | $6 | $14 | $14 | $9 | $43 | $22 | $22 | $(83) | $(285) | $(324) | $25 | $123 | $241 | $398 | $592 |
| **Adjusted EBITDA** | | | | | | | | | | | | | | | | |
| GAAP Operating Income | $77 | $28 | $38 | $38 | $36 | $140 | $44 | $42 | $(71) | $(274) | $(260) | $83 | $202 | $351 | $574 | $801 |
| Depreciation and amortization | 10 | 3 | 3 | 4 | 4 | 14 | 4 | 5 | 5 | 3 | 17 | 18 | 24 | 27 | 33 | 40 |
| Financing related expenses | 39 | --- | --- | 0 | 0 | 0 | 1 | 0 | --- | --- | 1 | --- | --- | --- | --- | --- |
| Acquisition related expenses | 0 | 1 | 0 | 1 | 1 | 2 | 0 | 1 | 1 | 0 | 3 | 2 | 1 | --- | --- | --- |
| CEO IPO Grant | --- | --- | --- | --- | --- | --- | --- | --- | 105 | 271 | 376 | 89 | 44 | 20 | 4 | 1 |
| Charitable Stock Donation | --- | --- | --- | --- | --- | --- | --- | --- | --- | 33 | 33 | --- | --- | --- | --- | --- |
| Stock based compensation | 2 | 1 | 1 | 1 | 1 | 4 | 2 | 2 | 3 | 6 | 13 | 35 | 69 | 103 | 131 | 170 |
| **Adjusted EBITDA** | $128 | $32 | $43 | $43 | $42 | $160 | $52 | $49 | $42 | $40 | $183 | $227 | $340 | $502 | $742 | $1,012 |
| Q/Q Change | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| YoY Change | 102.7% | 16.4% | 43.7% | 31.0% | 11.5% | 25.1% | 61.8% | 16.1% | (3.0)% | (5.8)% | 14.4% | 24.4% | 49.6% | 47.7% | 47.9% | 36.3% |
| YoY $ Change | $65 | $5 | $13 | $10 | $4 | $32 | $20 | $7 | $(1) | $(2) | $23 | $45 | $113 | $162 | $241 | $269 |
| **EBITDA Margin** | 51.2% | 39.2% | 46.4% | 42.4% | 37.0% | 41.1% | 38.8% | 40.0% | 31.2% | 27.5% | 34.1% | 31.0% | 33.2% | 36.2% | 40.3% | 42.4% |
| YoY (Deleverage)/Leverage in bps | 1,111 | (1,197) | (471) | (871) | (1,413) | (1,003) | (35) | (642) | (1,127) | (952) | (698) | (313) | 222 | 298 | 405 | 212 |
| Incremental EBITDA Margin | 70.1% | 16.1% | 38.4% | 27.4% | 10.9% | 23.1% | 38.3% | 21.5% | (4.0)% | (7.9)% | 15.6% | 22.5% | 38.9% | 37.1% | 41.2% | 43.4% |

Source : Company Reports; Deutsche Bank Estimates

Page 68

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 353**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

Deutsche Bank Securities Inc.

19 October 2020
Internet
GoodRx

### Figure 83: GoodRx Revenue Model (Part 1 of 3)

| GoodRx Holdings, Inc. - Revenue Model (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GoodRx Revenue** | | | | | | | | | | | | | | | | |
| **Monthly Active Consumers (MACs)** | **2** | **3** | **4** | **4** | **4** | **4** | **5** | **4** | **5** | **5** | **5** | **6** | **8** | **11** | **13** | **16** |
| Q/Q Change | --- | 15.9% | 10.2% | 7.8% | 12.8% | --- | 14.1% | (9.4)% | 10.0% | 5.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | 62.6% | 57.8% | 61.9% | 56.9% | 55.3% | 57.8% | 52.9% | 25.8% | 28.3% | 19.4% | 30.5% | 30.4% | 32.7% | 28.5% | 25.0% | 20.0% |
| 2Y Change | 153.5% | 149.3% | 168.4% | 160.3% | 149.8% | 120.4% | 141.3% | 87.7% | 85.3% | 74.8% | 88.3% | 60.9% | 63.2% | 61.2% | 53.5% | 45.0% |
| Sequential Increase / (decrease) in MACs | | 438 | 325 | 274 | 485 | 1,352 | 603 | (457) | 442 | 243 | 1,124 | 1,465 | 2,056 | 2,375 | 2,677 | 2,677 |
| Number of Prescriptions filled per Month | 1.55x | 1.45x | 1.41x | 1.43x | 1.37x | 1.41x | 1.42x | 1.39x | 1.38x | 1.39x | 1.39x | 1.38x | 1.37x | 1.38x | 1.39x | 1.39x |
| **Monthly Prescriptions Spend per MAC** | **$61.94** | **$57.83** | **$56.33** | **$57.17** | **$54.92** | **$56.56** | **$56.67** | **$55.68** | **$55.13** | **$55.68** | **$55.79** | **$55.15** | **$55.00** | **$55.21** | **$55.43** | **$55.66** |
| Q/Q Change | --- | (5.0)% | (2.6)% | 1.5% | (3.9)% | --- | 3.2% | (1.7)% | (1.0)% | 1.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | (6.3)% | (8.5)% | (9.6)% | (6.9)% | (9.8)% | (8.7)% | (2.0)% | (1.1)% | (3.6)% | 1.4% | (1.4)% | (1.2)% | (0.3)% | 0.4% | 0.4% | 0.4% |
| 2Y Change | (9.3)% | (14.8)% | (15.9)% | (13.1)% | (16.0)% | (14.9)% | (10.5)% | (10.7)% | (10.5)% | (8.4)% | (10.0)% | (2.5)% | (1.4)% | 0.1% | 0.8% | 0.8% |
| **GMV** | **$1,735** | **$553** | **$594** | **$649** | **$704** | **$2,500** | **$829** | **$738** | **$804** | **$852** | **$3,223** | **$4,156** | **$5,501** | **$7,096** | **$8,905** | **$10,729** |
| Q/Q Change | --- | 10.1% | 7.3% | 9.4% | 8.4% | --- | 17.8% | (10.9)% | 8.9% | 6.1% | --- | --- | --- | --- | --- | --- |
| **YoY Change** | 52.4% | 44.4% | 46.4% | 46.1% | 40.1% | 44.1% | 49.8% | 24.3% | 23.8% | 21.1% | 28.9% | 28.9% | 32.4% | 29.0% | 25.5% | 20.5% |
| 2Y Change | 103.9% | 92.4% | 101.8% | 101.6% | 91.0% | 96.5% | 94.3% | 70.7% | 69.9% | 61.2% | 73.0% | 57.9% | 61.3% | 61.4% | 54.5% | 46.0% |
| YoY $ Change | $597 | $170 | $188 | $205 | $202 | $765 | $276 | $144 | $154 | $149 | $723 | $933 | $1,345 | $1,595 | $1,809 | $1,824 |
| Cume GMV to Date | $3,933 | $4,486 | $5,080 | $5,729 | $6,433 | $6,433 | $7,262 | $8,000 | $8,804 | $9,656 | $9,656 | $13,812 | $19,313 | $26,409 | $35,314 | $46,044 |
| **GoodRx Market Share of All Generics Sales** | **3.1%** | **3.7%** | **4.3%** | **4.7%** | **5.1%** | **4.4%** | **5.4%** | **5.7%** | | | | | | | | |
| **GoodRx Market Share of Cash Generics Sales** | **27.6%** | **34.5%** | **40.5%** | **44.9%** | **48.8%** | **42.0%** | **53.1%** | **60.0%** | | | | | | | | |
| **Take Rate on GMV** | **14.0%** | **14.2%** | **14.5%** | **14.8%** | **14.8%** | **14.6%** | **14.8%** | **14.8%** | **14.8%** | **14.8%** | **14.8%** | **15.0%** | **15.2%** | **15.3%** | **15.4%** | **15.5%** |
| YoY Change in bps | 50 | 50 | 55 | 65 | 62 | 58 | 64 | 39 | 9 | --- | 26 | 20 | 20 | 10 | 10 | 10 |
| **Prescription transactions revenue** | **$243** | **$79** | **$86** | **$96** | **$104** | **$365** | **$123** | **$110** | **$119** | **$127** | **$478** | **$625** | **$839** | **$1,089** | **$1,375** | **$1,668** |
| Q/Q Change | --- | 10.0% | 9.2% | 11.7% | 9.1% | --- | 17.8% | (10.9)% | 8.9% | 6.1% | --- | --- | --- | --- | --- | --- |
| **YoY Change** | 58.0% | 49.7% | 52.2% | 52.9% | 46.3% | 50.1% | 56.6% | 27.7% | 24.5% | 21.1% | 31.2% | 30.7% | 34.1% | 29.8% | 26.3% | 21.3% |
| 2Y Change | 115.4% | 103.2% | 113.4% | 114.1% | 102.6% | 108.1% | 106.3% | 79.9% | 77.4% | 67.4% | 81.3% | 61.9% | 64.8% | 64.0% | 56.1% | 47.6% |
| YoY $ Change | $89 | $26 | $29 | $33 | $33 | $122 | $44 | $24 | $24 | $22 | $114 | $147 | $213 | $250 | $287 | $292 |
| **Monthly Prescriptions Revenue per MAC** | **$8.66** | **$8.21** | **$8.14** | **$8.43** | **$8.15** | **$8.23** | **$8.41** | **$8.27** | **$8.18** | **$8.26** | **$8.28** | **$8.30** | **$8.38** | **$8.47** | **$8.56** | **$8.65** |
| Q/Q Change | --- | (5.1)% | (0.9)% | 3.6% | (3.3)% | --- | 3.2% | (1.7)% | (1.0)% | 1.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | (2.8)% | (5.1)% | (6.0)% | (2.6)% | (5.8)% | (4.9)% | 2.4% | 1.5% | (3.0)% | 1.4% | 0.6% | 0.2% | 1.1% | 1.1% | 1.1% | 1.1% |
| 2Y Change | (1.9)% | (7.9)% | (8.8)% | (5.4)% | (8.6)% | (7.7)% | (2.7)% | (4.4)% | (5.6)% | (4.5)% | (4.3)% | 0.8% | 1.2% | 2.1% | 2.1% | 2.1% |

Source : Company Reports; Deutsche Bank Estimates



**EXHIBIT 4**
**Page 354**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

Page 70

19 October 2020
Internet
GoodRx

## Figure 84: GoodRx Revenue Model (Part 2 of 3)

| GoodRx Holdings, Inc. - Revenue Model | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
| **Other Revenue** | | | | | | | | | | | | | | | | |
| **Other Revenue** | | | | | | | | | | | | | | | | |
| Other Revenue | $7 | $3 | $6 | $6 | $9 | $24 | $10 | $14 | $15 | $17 | $56 | $107 | $184 | $297 | $469 | $720 |
| Q/Q Change | | 50.0% | 82.7% | 3.4% | 47.7% | | 18.3% | 32.3% | 9.5% | 14.0% | | | | | | |
| YoY Change | 87.0% | 141.7% | 294.7% | 240.0% | 318.5% | 257.6% | 229.9% | 138.8% | 153.0% | 95.4% | 138.4% | 90.3% | 71.2% | 61.8% | 57.7% | 53.6% |
| 2Y Change | 194.2% | 213.8% | 380.0% | 333.4% | 411.8% | 344.6% | 371.6% | 433.5% | 393.0% | 413.8% | 396.0% | 228.7% | 161.5% | 133.0% | 119.5% | 111.3% |
| YoY $ Change | $3.1 | $1.8 | $4.3 | $4.2 | $6.7 | $17.0 | $7.2 | $8.0 | $9.1 | $8.4 | $32.7 | $50.9 | $76.4 | $113.5 | $171.5 | $251.3 |
| **Subscription Revenue** | | | | | | | | | | | | | | | | |
| Subscribers (000s) | 24 | 138 | 226 | 210 | 245 | 245 | 408 | 575 | 661 | 727 | 727 | 1,064 | 1,362 | 1,668 | 1,930 | 2,172 |
| Q/Q Change | --- | 462.6% | 63.8% | (7.0)% | 16.6% | --- | 66.4% | 41.0% | 15.0% | 10.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | --- | 818.8% | 1190.4% | 950.0% | 900.0% | 900.0% | 195.8% | 154.5% | 214.8% | 196.8% | 196.8% | 46.3% | 28.0% | 22.4% | 15.7% | 12.6% |
| 2Y Change | --- | --- | --- | --- | 1045.0% | 900.0% | 1014.6% | 1344.9% | 1164.8% | 1096.8% | 1096.8% | 243.2% | 74.4% | 50.5% | 38.1% | 28.3% |
| Subscribers as % of MACs | 1.0% | 4.3% | 6.4% | 5.5% | 5.7% | 5.7% | 8.4% | 13.0% | 13.6% | 14.2% | 14.2% | 15.1% | 14.9% | 15.6% | 14.4% | 13.5% |
| Gold subscribers (launched March 2017) | 22 | 69 | 79 | 74 | 73 | 73 | 114 | 207 | 238 | 269 | 269 | 436 | 586 | 734 | 868 | 999 |
| Mix of total Subscribers | | 50% | 35% | 35% | 30% | 30% | 28% | 36% | 36% | 37% | 37% | 41% | 43% | 44% | 45% | 46% |
| YoY Change | --- | 359% | 352% | 268% | 233% | | 66% | 162% | 224% | 266% | | 62% | 34% | 25% | 18% | 15% |
| Kroger Subscribers (Dec 2018 Launch) | 2 | 69 | 147 | 137 | 171 | 171 | 294 | 368 | 423 | 458 | 458 | 628 | 776 | 934 | 1,061 | 1,173 |
| Mix of total Subscribers | | 50% | 65% | 65% | 70% | 70% | 72% | 64% | 64% | 63% | 63% | 59% | 57% | 56% | 55% | 54% |
| YoY Change | | | | | 6900% | 6900% | 326% | 151% | 210% | 167% | | 37% | 24% | 20% | 14% | 11% |
| **Monthly ARPU** | $5.96 | $5.75 | $5.50 | $5.25 | $5.00 | $5.38 | $4.75 | $4.75 | $4.75 | $4.75 | $4.75 | $4.87 | $5.07 | $5.27 | $5.49 | $5.71 |
| Q/Q Change | --- | (2.5)% | (4.3)% | (4.5)% | (4.8)% | | (5.0)% | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| YoY Change | (0.5)% | (4.0)% | (8.2)% | (11.8)% | (15.3)% | (9.8)% | (17.4)% | (13.6)% | (9.5)% | (5.0)% | (11.6)% | 2.5% | 4.1% | 4.1% | 4.1% | 4.1% |
| **Subscription Revenue** | $1 | $1 | $3 | $3 | $4 | $12 | $5 | $7 | $9 | $10 | $30 | $52 | $74 | $96 | $118 | $141 |
| Q/Q Change | --- | 50.0% | 114.3% | 14.4% | 16.9% | --- | 15.9% | 50.5% | 25.8% | 12.3% | --- | --- | --- | --- | --- | --- |
| YoY Change | 715.2% | 523.3% | 927.4% | 925.4% | 919.1% | 851.3% | 232.1% | 133.3% | 156.6% | 146.5% | 156.2% | 72.8% | 41.0% | 29.7% | 23.5% | 18.6% |
| 2Y Change | --- | --- | --- | 1889.7% | 1169.7% | 1566.5% | 755.4% | 1060.7% | 1082.0% | 1065.5% | 1007.5% | 229.0% | 113.8% | 70.7% | 53.2% | 42.2% |
| YoY $ Change | $1 | $1 | $3 | $3 | $4 | $11 | $3 | $4 | $5 | $6 | $19 | $22 | $22 | $22 | $23 | $22 |
| **GoodRx Pharmaceutical Manufacturer Solutions** | | | | | | | | | | | | | | | | |
| Monthly Visitors | 8 | 11 | 11 | 12 | 13 | 12 | 15 | 11 | 11 | 13 | 12 | 19 | 26 | 33 | 39 | 43 |
| Q/Q Change | --- | 30.3% | 6.4% | 5.1% | 7.6% | --- | 14.8% | (28.2)% | 2.5% | 15.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | 67.5% | 33.1% | 59.4% | 61.9% | 56.8% | 52.5% | 38.1% | (6.9)% | (9.1)% | (2.9)% | 3.9% | 53.7% | 39.9% | 25.9% | 16.8% | 11.8% |
| 2Y Change | 78.1% | 111.0% | 137.3% | 144.7% | 98.5% | 120.0% | 71.3% | 52.5% | 52.8% | 53.9% | 56.4% | 57.6% | 93.5% | 65.8% | 42.8% | 28.6% |
| % of Brand Searches | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% |
| Number of Brand Searches | 19 | 6 | 7 | 7 | 8 | 28 | 9 | 6 | 7 | 8 | 29 | 45 | 63 | 80 | 93 | 104 |
| % of Sell Through Rate | 2.5% | 2.5% | 2.5% | 2.5% | 3.0% | 2.6% | 3.0% | 3.5% | 3.5% | 3.5% | 3.4% | 4.8% | 6.8% | 9.3% | 12.5% | 16.0% |
| Monetized Brand Searches | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 2 | 4 | 7 | 12 | 17 |
| CPC | $2.51 | $3.07 | $6.45 | $6.71 | $10.92 | $7.18 | $13.45 | $15.52 | $15.52 | $15.52 | $14.96 | $15.52 | $15.52 | $15.52 | $15.52 | $15.52 |
| Q/Q Change | --- | (4.7)% | 110.4% | 4.1% | 62.7% | --- | 23.1% | 15.4% | --- | --- | --- | --- | --- | --- | --- | --- |
| YoY Change | (28.9)% | 45.9% | 194.6% | 168.7% | 239.6% | 185.4% | 338.8% | 140.7% | 131.2% | 42.1% | 108.4% | 3.8% | --- | --- | --- | --- |
| Manufacturer Solutions Revenue | $1 | $0 | $1 | $1 | $3 | $5 | $4 | $3 | $4 | $4 | $15 | $34 | $67 | $115 | $181 | $259 |
| Q/Q Change | --- | 24.1% | 123.9% | 9.4% | 110.1% | --- | 41.3% | (3.4)% | 2.5% | 15.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | 19.1% | 94.2% | 369.7% | 335.0% | 538.9% | 359.1% | 627.3% | 213.9% | 194.1% | 61.0% | 174.9% | 130.3% | 96.1% | 71.8% | 57.9% | 43.1% |
| 2Y Change | 268.8% | 156.3% | 402.5% | 337.0% | 545.8% | 378.2% | 721.5% | 583.5% | 529.1% | 599.9% | 534.0% | 305.2% | 226.4% | 167.9% | 129.7% | 101.0% |
| YoY $ Change | $0 | $0 | $1 | $1 | $2 | $4 | $3 | $2 | $2 | $2 | $9 | $19 | $33 | $48 | $66 | $78 |

Source : Company Reports; Deutsche Bank Estimates



**EXHIBIT 4**
**Page 355**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

Deutsche Bank Securities Inc.

19 October 2020
Internet
GoodRx

Figure 85: GoodRx Revenue Model (Part 3 of 3)

| GoodRx Holdings, Inc. - Revenue Model | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
| **Telehealth, Incl HeyDoctor** | | | | | | | | | | | | | | | | |
| **Monthly Visits** | 3 | 5 | 11 | 12 | 13 | 10 | 24 | 31 | 32 | 36 | 31 | 52 | 95 | 171 | 301 | 519 |
| Q/Q Change | --- | --- | --- | 13.6% | 7.6% | --- | 83.6% | 29.5% | 5.0% | 10.0% | --- | 70.2% | 82.2% | 80.0% | 76.0% | 72.2% |
| YoY Change | --- | --- | --- | --- | --- | --- | --- | 190.7% | 168.7% | 174.7% | 199.0% | 269.2% | 152.3% | 162.2% | 156.0% | 148.2% |
| 2Y Change | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 269.2% | 152.3% | 162.2% | 156.0% | 148.2% |
| % of GoodRx Visitors | --- | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.2% | 0.3% | 0.3% | 0.3% | 0.3% | 0.3% | 0.4% | 0.5% | 0.8% | 1.2% |
| **AOV per Visit** | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $25.00 | $27.68 | $31.68 | $35.80 | $39.99 | $44.20 |
| Q/Q Change | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| YoY Change | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 10.7% | 14.5% | 13.0% | 11.7% | 10.5% |
| **Telehealth Revenue** | $1 | $0 | $1 | $1 | $1 | $3 | $2 | $2 | $2 | $3 | $9 | $17 | $36 | $74 | $145 | $275 |
| Q/Q Change | --- | 95.4% | 96.9% | 13.6% | 7.6% | --- | 83.6% | 29.5% | 5.0% | 10.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | --- | 99.7% | 342.3% | 385.7% | 370.4% | 296.9% | 342.0% | 190.7% | 168.7% | 174.7% | 199.0% | 88.4% | 108.5% | 103.4% | 96.6% | 90.3% |
| 2Y Change | --- | --- | --- | --- | --- | --- | 441.7% | 533.0% | 554.4% | 545.0% | 495.9% | 287.4% | 196.9% | 211.9% | 200.0% | 186.9% |
| YoY $ Change | --- | $0 | $1 | $1 | $1 | $2 | $1 | $2 | $2 | $2 | $6 | $8 | $19 | $37 | $71 | $131 |
| **GoodRx Marketplace** | | | | | | | | | | | | | | | | |
| **Marketplace & Other Revenue** | $3 | $1 | $1 | $0 | $1 | $3 | $0 | $1 | $0 | $1 | $2 | $4 | $7 | $13 | $25 | $46 |
| Q/Q Change | --- | --- | --- | (52.9)% | 212.5% | --- | (72.0)% | 171.4% | (73.7)% | 100.0% | --- | --- | --- | --- | --- | --- |
| YoY Change | --- | --- | --- | --- | --- | --- | --- | 11.8% | (37.5)% | (60.0)% | (38.8)% | 70.7% | 97.1% | 92.3% | 87.7% | 83.3% |
| 2Y Change | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | 31.9% | 167.9% | 189.4% | 180.0% | 171.0% |
| YoY $ Change | --- | $0 | $0 | $(1) | $0 | $(0) | $(1) | $0 | $(0) | $(1) | $(1) | $1 | $3 | $6 | $12 | $21 |

Source : Company Reports; Deutsche Bank Estimates

**EXHIBIT 4
Page 356**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

## Figure 86: GoodRx Discounted Cash Flow Analysis

**GoodRx Holdings, Inc. - DCF Analysis**
(In Millions, except per share values)

| | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E | 2019-2030 CAGR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **GAAP Revenue** | $250 | $388 | $535 | $732 | $1,022 | $1,386 | $1,844 | $2,388 | $2,986 | $3,623 | $4,279 | $4,937 | $5,583 | *31%* |
| YoY Growth | 58.7% | 55.6% | 37.7% | 37.0% | 39.6% | 35.6% | 33.1% | 29.5% | 25.1% | 21.3% | 18.1% | 15.4% | 13.1% | |
| **Adj EBITDA** | $128 | $160 | $183 | $227 | $340 | $502 | $742 | $1,012 | $1,265 | $1,535 | $1,813 | $2,092 | $2,366 | *31%* |
| YoY Growth | 102.7% | 25.1% | 14.4% | 24.4% | 49.6% | 47.7% | 47.9% | 36.3% | 25.1% | 21.3% | 18.1% | 15.4% | 13.1% | |
| EBITDA Margin | 51.2% | 41.1% | 34.1% | 31.0% | 33.2% | 36.2% | 40.3% | 42.4% | 42.4% | 42.4% | 42.4% | 42.4% | 42.4% | |
| Incremental EBITDA Margin | 70.1% | 23.1% | 15.6% | 22.5% | 38.9% | 44.6% | 52.5% | 49.5% | 42.4% | 42.4% | 42.4% | 42.4% | 42.4% | |
| **Depreciation & Amortization** | $10 | $14 | $17 | $18 | $24 | $27 | $33 | $40 | $49 | $60 | $71 | $82 | $92 | *21%* |
| YoY Growth | 7.8% | 38.4% | 23.1% | 7.4% | 32.8% | 14.9% | 19.2% | 21.1% | 25.1% | 21.3% | 18.1% | 15.4% | 13.1% | |
| % of Revenue | 3.9% | 3.5% | 3.1% | 2.5% | 2.3% | 2.0% | 1.8% | 1.7% | 1.7% | 1.7% | 1.7% | 1.7% | 1.7% | |
| EBIT | $118 | $146 | $166 | $209 | $316 | $474 | $710 | $972 | $1,216 | $1,475 | $1,742 | $2,010 | $2,273 | *32%* |
| Tax Rate | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | 25.0% | |
| Tax Effected EBIT | $88 | $110 | $124 | $157 | $237 | $356 | $532 | $729 | $912 | $1,106 | $1,307 | $1,508 | $1,705 | |
| **Tax-affected EBIT + DA** | $98 | $123 | $141 | $175 | $261 | $383 | $565 | $769 | $961 | $1,166 | $1,377 | $1,589 | $1,797 | *31%* |
| Less: Change in net working capital | (12) | (5) | 59 | (59) | (40) | (44) | (60) | (74) | (72) | (76) | (79) | (79) | (78) | |
| Less: Capex | (1) | (1) | (23) | (1) | (4) | (4) | (4) | (5) | (6) | (7) | (9) | (10) | (11) | |
| % of Revenue | 0.3% | 0.4% | 4.3% | 0.2% | 0.4% | 0.3% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | |
| **Unleveraged Fully-Taxed FCF** | $86 | $117 | $178 | $115 | $217 | $335 | $502 | $690 | $884 | $1,083 | $1,290 | $1,501 | $1,709 | *31%* |
| YoY Growth | 73.0% | 36.5% | 51.9% | (35.4)% | 89.0% | 54.7% | 49.6% | 37.6% | 28.0% | 22.5% | 19.2% | 16.3% | 13.9% | |
| uFCF Margin | 34.3% | 30.1% | 33.2% | 15.7% | 21.2% | 24.2% | 27.2% | 28.9% | 29.6% | 29.9% | 30.2% | 30.4% | 30.6% | |
| EBITDA-to-FCF Conversion | 67.1% | 73.2% | 97.3% | 50.5% | 63.8% | 66.8% | 67.6% | 68.2% | 69.8% | 70.5% | 71.2% | 71.7% | 72.2% | |
| **Present Value of Cash Flow** | | | | | $195 | $272 | $367 | $456 | $526 | $581 | $624 | $654 | $671 | |

| WACC Analysis | |
|---|---|
| Beta (estimated) | 1.60 |
| Equity risk premium | 7.0% |
| Risk free rate (5 yr Tnote) | 0.79% |
| Cost of equity | 12.0% |
| WACC | 10.9% |

| | |
|---|---|
| Forward Free Cash Flow Multiple (2030) | 30.0x |
| Terminal Value (FCF Multiple) at YE 2030 | $51,263 |
| Implied EV/EBITDA multiples on 2025 | 50.7x |
| NPV of Enterprise Value | $21,852 |
| NPV of Cash Flow | 4,346 |
| TOTAL Value | $26,198 |
| Add: Minority Investments | --- |
| Less: Net Debt (Cash) | (305) |
| **TOTAL Equity Value** | **$26,503** |
| Shares Outstanding (YE 2017) | 434 |
| **Equity Value per Share** | **$61** |

**DCF Valuation Sensitivity to Terminal EBITDA Margin and Terminal FCF Multiple**

| | | Terminal EBITDA Margin | | | | |
|---|---|---|---|---|---|---|
| | | 38.4% | 40.4% | 42.4% | 44.4% | 46.4% |
| Terminal FCF Multiple | 26.0x | $50 | $52 | $54 | $57 | $59 |
| | 28.0x | $53 | $55 | $58 | $60 | $63 |
| | 30.0x | $56 | $59 | $61 | $64 | $66 |
| | 32.0x | $59 | $62 | $64 | $67 | $70 |
| | 34.0x | $62 | $65 | $68 | $71 | $74 |

Source : Company Reports; Bloomberg Finance LP; Deutsche Bank Estimates



**EXHIBIT 4**
**Page 357**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

Deutsche Bank Securities Inc.

19 October 2020
Internet
GoodRx

## Figure 87: GoodRx Statement of Cash Flows

| GoodRx Holdings, Inc. - Cash Flow Statement | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
| **Cash Flow from Operations** | | | | | | | | | | | | | | | | |
| Net income | $44 | $12 | $20 | $20 | $15 | $66 | $27 | $27 | $(83) | $(285) | $(313) | $25 | $123 | $241 | $398 | $592 |
| Adjustments: | | | | | | | | | | | | | | | | |
| Depreciation and amortization | 10 | 3 | 3 | 4 | 4 | 14 | 4 | 5 | 5 | 3 | 17 | 18 | 24 | 27 | 33 | 40 |
| Amortization of debt issuance costs | 1 | 0 | 1 | 1 | 0 | 3 | 1 | 1 | --- | --- | 2 | --- | --- | --- | --- | --- |
| CEO IPO Grant | --- | --- | --- | --- | --- | --- | --- | --- | 105 | 271 | 376 | 89 | 44 | 20 | 4 | 1 |
| Charitable Stock Donation | --- | --- | --- | --- | --- | --- | --- | --- | --- | 33 | 33 | --- | --- | --- | --- | --- |
| Non-cash operating lease expense | --- | --- | --- | --- | 2 | 2 | 1 | 1 | --- | --- | 2 | --- | --- | --- | --- | --- |
| Stock-based compensation | 2 | 1 | 1 | 1 | 1 | 4 | 2 | 2 | 3 | 6 | 13 | 35 | 69 | 103 | 131 | 170 |
| Deferred income taxes | (2) | --- | --- | --- | (6) | (6) | 2 | --- | --- | --- | 2 | --- | --- | --- | --- | --- |
| Loss on extinguishment of debt | 3 | --- | --- | --- | 5 | 5 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Other adjustments | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Changes in operating assets and liabilities | | | | | | | | | | | | | | | | |
| Accounts receivable | (13) | (3) | (0) | 0 | (12) | (15) | (12) | 1 | (4) | (4) | (19) | (25) | (36) | (45) | (57) | (68) |
| Prepaid expenses and other assets | (3) | (1) | (0) | (5) | 6 | 0 | (3) | (1) | (7) | (17) | (27) | 10 | (5) | (7) | (7) | (8) |
| Accounts payable | 1 | 1 | (0) | 0 | (1) | 1 | 7 | (7) | 4 | 10 | 15 | (5) | 4 | 5 | 6 | 7 |
| Accrued expenses and other current liabilities | 0 | 9 | 7 | (5) | 1 | 11 | 16 | 8 | 19 | 47 | 90 | (39) | (4) | 3 | (1) | (5) |
| Operating lease liabilities | --- | --- | --- | --- | (2) | (2) | (0) | 0 | --- | --- | (0) | --- | --- | --- | --- | --- |
| Other liabilities | 3 | --- | --- | --- | 0 | 0 | 0 | 1 | --- | --- | 1 | --- | --- | --- | --- | --- |
| Other Operating Activities | --- | (2) | (1) | 1 | 3 | (0) | (0) | 0 | --- | --- | (0) | --- | --- | --- | --- | --- |
| **Net cash provided by operating activities** | **$45** | **$19** | **$31** | **$16** | **$17** | **$83** | **$46** | **$38** | **$42** | **$65** | **$190** | **$108** | **$219** | **$348** | **$506** | **$729** |
| **Cash Flows from Investing** | | | | | | | | | | | | | | | | |
| Capital expenditures | $(1) | $(0) | $(0) | $(0) | $(0) | $(1) | $(1) | $(1) | $(14) | $(7) | $(23) | $(1) | $(4) | $(4) | $(4) | $(5) |
| Acquisitions, net of cash acquired | --- | --- | (13) | (19) | 0 | (31) | --- | --- | (57) | (1) | (59) | --- | --- | --- | --- | --- |
| Capitalized software | (3) | (1) | (1) | (1) | (1) | (4) | (3) | (4) | (5) | (5) | (16) | (23) | (30) | (35) | (40) | (45) |
| Other cash flows from investing activities | --- | --- | 0 | --- | (0) | --- | 0 | (0) | --- | --- | (0) | --- | --- | --- | --- | --- |
| **Net cash used in investing activities** | **$(3)** | **$(1)** | **$(14)** | **$(20)** | **$(2)** | **$(37)** | **$(3)** | **$(5)** | **$(76)** | **$(14)** | **$(97)** | **$(25)** | **$(33)** | **$(39)** | **$(43)** | **$(50)** |
| **Cash Flows from Financing** | | | | | | | | | | | | | | | | |
| Proceeds from long-term debt | $902 | --- | --- | --- | $155 | $155 | $28 | --- | --- | --- | $28 | --- | --- | --- | --- | --- |
| Payments on long-term debt | (295) | (1) | (6) | 0 | (205) | (212) | (2) | (2) | (2) | (2) | (7) | (35) | (7) | (7) | (7) | (653) |
| Issuance of preferred stock, net | 737 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Issuance of common stock | --- | --- | --- | --- | 2 | 2 | --- | --- | 797 | --- | 797 | --- | --- | --- | --- | --- |
| Payment of debt issuance costs and prepayment penalty | (26) | --- | --- | --- | (2) | (2) | --- | (1) | --- | --- | (1) | --- | --- | --- | --- | --- |
| Dividends paid | (1,346) | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Proceeds from exercise of stock options & Other | 3 | --- | --- | --- | 3 | 3 | 1 | 1 | --- | --- | 2 | --- | --- | --- | --- | --- |
| **Net cash provided by financing activities** | **$(25)** | **$(1)** | **$(6)** | **$0** | **$(48)** | **$(55)** | **$28** | **$(3)** | **$795** | **$(2)** | **$818** | **$(35)** | **$(7)** | **$(7)** | **$(7)** | **$(653)** |
| Net increase in cash and cash equivalents | $17 | $17 | $11 | $(3) | $(34) | $(9) | $70 | $31 | $761 | $50 | $911 | $49 | $178 | $302 | $456 | $26 |
| Effect of FX Changes | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Cash and Equivalents | 18 | 35 | 52 | 63 | 60 | 35 | 26 | 96 | 127 | 888 | 26 | 937 | 986 | 1,164 | 1,467 | 1,922 |
| **Ending Cash, cash equivalents, and restricted cash** | **$35** | **$52** | **$63** | **$60** | **$26** | **$26** | **$96** | **$127** | **$888** | **$937** | **$937** | **$986** | **$1,164** | **$1,467** | **$1,922** | **$1,948** |
| **Free Cash Flow (FCF)** | | | | | | | | | | | | | | | | |
| Net cash provided by operating activities | $45 | $19 | $31 | $16 | $17 | $83 | $46 | $38 | $42 | $65 | $190 | $108 | $219 | $348 | $506 | $729 |
| Capitalized software | (3) | (1) | (1) | (1) | (1) | (4) | (3) | (4) | (5) | (5) | (16) | (23) | (30) | (35) | (40) | (45) |
| Capital expenditures | (1) | (0) | (0) | (0) | (0) | (1) | (1) | (1) | (14) | (7) | (23) | (1) | (4) | (4) | (4) | (5) |
| **Free Cash Flow** | **$42** | **$18** | **$29** | **$15** | **$15** | **$78** | **$42** | **$33** | **$23** | **$53** | **$152** | **$84** | **$186** | **$309** | **$463** | **$679** |
| YoY Change | --- | --- | --- | --- | --- | 85.5% | 128.6% | 14.4% | 153.7% | 52.7% | 76.2% | (23.3)% | 72.9% | 71.0% | 49.4% | 46.6% |
| FCF as % of Revenue | 16.8% | 22.6% | 31.8% | 15.0% | 13.0% | 20.0% | 31.6% | 27.0% | 28.7% | 15.7% | 25.6% | 14.3% | 17.7% | 22.3% | 25.1% | 28.4% |
| FCF as % of Adjusted EBITDA | 32.7% | 57.6% | 68.5% | 35.3% | 35.2% | 48.6% | 81.4% | 67.5% | 94.6% | 57.6% | 75.5% | 46.5% | 53.5% | 61.7% | 62.3% | 67.0% |

*Source : Company Reports; Deutsche Bank Estimates*



**EXHIBIT 4**
**Page 358**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

Page 74

19 October 2020
Internet
GoodRx

### Figure 88: GoodRx Balance Sheet

**GoodRx Holdings, Inc. - Balance Sheet**

| (In Millions, unless otherwise noted) | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | | | |
| Cash and cash equivalents | $35 | $52 | $63 | $60 | $26 | $26 | $96 | $127 | $888 | $937 | $937 | $986 | $1,164 | $1,467 | $1,922 | $1,948 |
| Accounts receivable, net of allowance | 33 | 36 | 36 | 36 | 48 | 48 | 60 | 59 | 63 | 67 | 67 | 91 | 127 | 173 | 230 | 298 |
| Prepaid expenses and other current assets | 5 | 6 | 6 | 11 | 12 | 12 | 15 | 15 | 22 | 38 | 38 | 29 | 33 | 40 | 47 | 55 |
| Total Current Assets | 73 | 94 | 105 | 107 | 87 | 87 | 171 | 200 | 972 | 1,042 | 1,042 | 1,106 | 1,325 | 1,680 | 2,200 | 2,301 |
| Property and equipment, net | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 5 | 19 | 25 | 25 | 23 | 24 | 23 | 22 | 20 |
| Goodwill | $220 | $220 | $220 | $220 | $236 | $236 | $236 | $236 | $236 | $236 | $236 | $236 | $236 | $236 | $236 | $236 |
| Intangible assets, net | 16 | 14 | 24 | 40 | 21 | 21 | 18 | 15 | 11 | 10 | 10 | 6 | 2 | 0 | 0 | 0 |
| Capitalized software, net | 2 | 3 | 4 | 4 | 5 | 5 | 8 | 11 | 14 | 18 | 18 | 31 | 44 | 58 | 70 | 82 |
| Operating lease right-of-use assets | --- | 6 | 7 | 8 | 32 | 32 | 31 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 | 30 |
| Deferred tax asset | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Other assets | 1 | 2 | 2 | 2 | 1 | 1 | 1 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| **Total Assets** | **$315** | **$341** | **$365** | **$383** | **$387** | **$387** | **$469** | **$502** | **$1,288** | **$1,367** | **$1,367** | **$1,437** | **$1,666** | **$2,032** | **$2,563** | **$2,675** |
| **Liabilities and Shareholders' Equity** | | | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | | | |
| Accounts payable | $7 | $9 | $8 | $9 | $8 | $8 | $15 | $9 | $13 | $23 | $23 | $18 | $22 | $28 | $33 | $40 |
| Accrued expenses | 2 | 13 | 20 | 15 | 16 | 16 | 31 | 41 | 60 | 108 | 108 | 68 | 65 | 68 | 66 | 61 |
| Current Portion of Long Term Debt | 5 | 5 | 5 | 5 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 653 | --- |
| Operating lease liabilities, current | --- | --- | --- | --- | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Accrued interest | 2 | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total Current Liabilities | $17 | $27 | $34 | $29 | $33 | $33 | $56 | $60 | $83 | $141 | $141 | $96 | $97 | $105 | $756 | $105 |
| **Long Term Liabilities** | | | | | | | | | | | | | | | | |
| Term Loan, Net | $717 | $716 | $710 | $709 | $664 | $664 | $663 | $662 | $676 | $674 | $674 | $667 | $660 | $653 | --- | --- |
| Revolver Draws | --- | --- | --- | --- | --- | --- | 28 | 28 | 28 | 28 | 28 | --- | --- | --- | --- | --- |
| Long-term operating lease liabilities | --- | 7 | 8 | 9 | 37 | 37 | 37 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 | 36 |
| Deferred tax liabilities | 3 | --- | --- | --- | --- | --- | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Other Liabilities | 3 | 4 | 4 | 3 | 3 | 3 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Total Long Term Liabilities | $724 | $727 | $721 | $722 | $704 | $704 | $733 | $732 | $746 | $744 | $744 | $709 | $702 | $695 | $42 | $42 |
| **Total Liabilities** | **$740** | **$753** | **$755** | **$750** | **$737** | **$737** | **$789** | **$792** | **$829** | **$885** | **$885** | **$806** | **$799** | **$801** | **$798** | **$147** |
| Redeemable convertible preferred stock | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | --- | --- | --- | --- | --- | --- | --- | --- |
| **Shareholders' Equity** | | | | | | | | | | | | | | | | |
| Common stock | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Additional paid-in capital | --- | --- | --- | --- | 9 | 9 | 12 | 15 | 17 | 326 | 326 | 450 | 563 | 686 | 822 | 992 |
| Retained earnings | (1,163) | (1,150) | (1,128) | (1,105) | (1,097) | (1,088) | (1,069) | (1,042) | 440 | 156 | 156 | 181 | 303 | 545 | 942 | 1,535 |
| Accumulated other comprehensive loss | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Total Stockholders' Equity | $(1,162) | $(1,150) | $(1,127) | $(1,104) | $(1,088) | $(1,088) | $(1,057) | $(1,027) | $458 | $482 | $482 | $631 | $867 | $1,231 | $1,764 | $2,527 |
| **Total Liabilities and Shareholders' Equity** | **$315** | **$341** | **$365** | **$383** | **$387** | **$387** | **$469** | **$502** | **$1,288** | **$1,367** | **$1,367** | **$1,437** | **$1,666** | **$2,032** | **$2,563** | **$2,675** |

Source : Company Reports; Deutsche Bank

**EXHIBIT 4**
**Page 359**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



# Appendix 1

## Important Disclosures

### *Other information available upon request

During the period November 2018 to March 2020 Deutsche Bank may have shown incomplete information regarding Disclosure 1 in some parts of the equity research and debt research coverage. If you require any further information please contact DVS.Support@db.com.

| Disclosure checklist | | | |
|---|---|---|---|
| Company | Ticker | Recent price* | Disclosure |
| GoodRx | GDRX.OQ | 53.02 (USD) 16 Oct 2020 | 1, 7 |

*Prices are current as of the end of the previous trading session unless otherwise indicated and are sourced from local exchanges via Reuters, Bloomberg and other vendors . Other information is sourced from Deutsche Bank, subject companies, and other sources. For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch. Aside from within this report, important risk and conflict disclosures can also be found at https://research.db.com/Research/Topics/Equities?topicId=RB0002. Investors are strongly encouraged to review this information before investing.

## Important Disclosures Required by U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1.      Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7.      Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

## Important Disclosures Required by Non-U.S. Regulators

Disclosures marked with an asterisk may also be required by at least one jurisdiction in addition to the United States.See Important Disclosures Required by Non-US Regulators and Explanatory Notes.

1.      Within the past year, Deutsche Bank and/or its affiliate(s) has managed or co-managed a public or private offering for this company, for which it received fees.

7.      Deutsche Bank and/or its affiliate(s) has received compensation from this company for the provision of investment banking or financial advisory services within the past year.

For disclosures pertaining to recommendations or estimates made on securities other than the primary subject of this research, please see the most recently published company report or visit our global disclosure look-up page on our website at https://research.db.com/Research/Disclosures/CompanySearch

## Analyst Certification

The views expressed in this report accurately reflect the personal views of the undersigned lead analyst(s) about the subject issuer and the securities of the issuer. In addition, the undersigned lead analyst(s) has not and will not receive any compensation for providing a specific recommendation or view in this report. Lloyd Walmsley.

**EXHIBIT 4**

**Page 360**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



### Historical recommendations and target price: GoodRx (GDRX.OQ)

*(as of 10/15/2020)*



**Current Recommendations**

Buy

Hold

Sell

Not Rated

Suspended Rating

** Analyst is no longer at Deutsche Bank

---

### Equity Rating Key

Buy: Based on a current 12- month view of total share-holder return (TSR = percentage change in share price from current price to projected target price plus pro-jected dividend yield ) , we recommend that investors buy the stock.

Sell: Based on a current 12-month view of total share-holder return, we recommend that investors sell the stock.

Hold: We take a neutral view on the stock 12-months out and, based on this time horizon, do not recommend either a Buy or Sell.

Newly issued research recommendations and target prices supersede previously published research.

### Equity rating dispersion and banking relationships



---

**EXHIBIT 4**

**Page 361**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



## Additional Information

The information and opinions in this report were prepared by Deutsche Bank AG or one of its affiliates (collectively 'Deutsche Bank'). Though the information herein is believed to be reliable and has been obtained from public sources believed to be reliable, Deutsche Bank makes no representation as to its accuracy or completeness. Hyperlinks to third-party websites in this report are provided for reader convenience only. Deutsche Bank neither endorses the content nor is responsible for the accuracy or security controls of those websites.

If you use the services of Deutsche Bank in connection with a purchase or sale of a security that is discussed in this report, or is included or discussed in another communication (oral or written) from a Deutsche Bank analyst, Deutsche Bank may act as principal for its own account or as agent for another person.

Deutsche Bank may consider this report in deciding to trade as principal. It may also engage in transactions, for its own account or with customers, in a manner inconsistent with the views taken in this research report. Others within Deutsche Bank, including strategists, sales staff and other analysts, may take views that are inconsistent with those taken in this research report. Deutsche Bank issues a variety of research products, including fundamental analysis, equity-linked analysis, quantitative analysis and trade ideas. Recommendations contained in one type of communication may differ from recommendations contained in others, whether as a result of differing time horizons, methodologies, perspectives or otherwise. Deutsche Bank and/or its affiliates may also be holding debt or equity securities of the issuers it writes on. Analysts are paid in part based on the profitability of Deutsche Bank AG and its affiliates, which includes investment banking, trading and principal trading revenues.

Opinions, estimates and projections constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Deutsche Bank and are subject to change without notice. Deutsche Bank provides liquidity for buyers and sellers of securities issued by the companies it covers. Deutsche Bank research analysts sometimes have shorter-term trade ideas that may be inconsistent with Deutsche Bank's existing longer-term ratings. Some trade ideas for equities are listed as Catalyst Calls on the Research Website (https://research.db.com/Research/) , and can be found on the general coverage list and also on the covered company's page. A Catalyst Call represents a high-conviction belief by an analyst that a stock will outperform or underperform the market and/or a specified sector over a time frame of no less than two weeks and no more than three months. In addition to Catalyst Calls, analysts may occasionally discuss with our clients, and with Deutsche Bank salespersons and traders, trading strategies or ideas that reference catalysts or events that may have a near-term or medium-term impact on the market price of the securities discussed in this report, which impact may be directionally counter to the analysts' current 12-month view of total return or investment return as described herein. Deutsche Bank has no obligation to update, modify or amend this report or to otherwise notify a recipient thereof if an opinion, forecast or estimate changes or becomes inaccurate. Coverage and the frequency of changes in market conditions and in both general and company-specific economic prospects make it difficult to update research at defined intervals. Updates are at the sole discretion of the coverage analyst or of the Research Department Management, and the majority of reports are published at irregular intervals. This report is provided for informational purposes only and does not take into account the particular investment objectives, financial situations, or needs of individual clients. It is not an offer or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy. Target prices are inherently imprecise and a product of the analyst's judgment. The financial instruments discussed in this report may not be suitable for all investors, and investors must make their own informed investment decisions. Prices and availability of financial instruments are subject to change without notice, and investment transactions can lead to losses as a result of price fluctuations and other factors. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the investment. Past performance is not necessarily indicative of future results. Performance calculations exclude transaction costs, unless otherwise indicated. Unless otherwise indicated, prices are current as of the end of the previous trading session and are sourced from local exchanges via Reuters, Bloomberg and other vendors. Data is also sourced from Deutsche Bank, subject companies, and other parties.

The Deutsche Bank Research Department is independent of other business divisions of the Bank. Details regarding our organizational arrangements and information barriers we have to prevent and avoid conflicts of interest with respect to our research are available on our website (https://research.db.com/Research/) under Disclaimer.

Macroeconomic fluctuations often account for most of the risks associated with exposures to instruments that promise to pay fixed or variable interest rates. For an investor who is long fixed-rate instruments (thus receiving these cash flows), increases in interest rates naturally lift the discount factors applied to the expected cash flows and thus cause a loss. The longer the maturity of a certain cash flow and the higher the move in the discount factor, the higher will be the loss. Upside surprises in inflation, fiscal funding needs, and FX depreciation rates are among the most common adverse macroeconomic shocks to receivers. But counterparty exposure, issuer creditworthiness, client segmentation, regulation (including changes in assets holding limits for different types of investors), changes in tax policies, currency convertibility (which may constrain currency conversion, repatriation of profits and/or liquidation of positions), and settlement issues related to local clearing houses are also important risk factors. The sensitivity of fixed-income instruments to macroeconomic shocks may be mitigated by indexing the contracted cash flows to inflation, to FX depreciation, or to specified interest rates – these are common in emerging markets. The index fixings may – by construction – lag or mis-measure the actual move in the underlying variables they are intended to track. The choice of the proper fixing (or metric) is particularly important in swaps markets, where floating coupon rates (i.e., coupons indexed to a typically short-dated interest rate reference index) are exchanged for fixed coupons. Funding in a currency that differs from the currency in which coupons are denominated carries FX risk. Options on swaps (swaptions) the risks typical to options in addition to the risks related to rates movements.

Derivative transactions involve numerous risks including market, counterparty default and illiquidity risk. The appropriateness

---

Deutsche Bank Securities Inc.

**EXHIBIT 4**

**Page 362**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



of these products for use by investors depends on the investors' own circumstances, including their tax position, their regulatory environment and the nature of their other assets and liabilities; as such, investors should take expert legal and financial advice before entering into any transaction similar to or inspired by the contents of this publication. The risk of loss in futures trading and options, foreign or domestic, can be substantial. As a result of the high degree of leverage obtainable in futures and options trading, losses may be incurred that are greater than the amount of funds initially deposited – up to theoretically unlimited losses. Trading in options involves risk and is not suitable for all investors. Prior to buying or selling an option, investors must review the 'Characteristics and Risks of Standardized Options", at http://www.optionsclearing.com/about/publications/character-risks.jsp. If you are unable to access the website, please contact your Deutsche Bank representative for a copy of this important document.

Participants in foreign exchange transactions may incur risks arising from several factors, including the following: (i) exchange rates can be volatile and are subject to large fluctuations; (ii) the value of currencies may be affected by numerous market factors, including world and national economic, political and regulatory events, events in equity and debt markets and changes in interest rates; and (iii) currencies may be subject to devaluation or government-imposed exchange controls, which could affect the value of the currency. Investors in securities such as ADRs, whose values are affected by the currency of an underlying security, effectively assume currency risk.

Unless governing law provides otherwise, all transactions should be executed through the Deutsche Bank entity in the investor's home jurisdiction. Aside from within this report, important conflict disclosures can also be found at https://research.db.com/Research/ on each company's research page. Investors are strongly encouraged to review this information before investing.

Deutsche Bank (which includes Deutsche Bank AG, its branches and affiliated companies) is not acting as a financial adviser, consultant or fiduciary to you or any of your agents (collectively, "You" or "Your") with respect to any information provided in this report. Deutsche Bank does not provide investment, legal, tax or accounting advice, Deutsche Bank is not acting as your impartial adviser, and does not express any opinion or recommendation whatsoever as to any strategies, products or any other information presented in the materials. Information contained herein is being provided solely on the basis that the recipient will make an independent assessment of the merits of any investment decision, and it does not constitute a recommendation of, or express an opinion on, any product or service or any trading strategy.

The information presented is general in nature and is not directed to retirement accounts or any specific person or account type, and is therefore provided to You on the express basis that it is not advice, and You may not rely upon it in making Your decision. The information we provide is being directed only to persons we believe to be financially sophisticated, who are capable of evaluating investment risks independently, both in general and with regard to particular transactions and investment strategies, and who understand that Deutsche Bank has financial interests in the offering of its products and services. If this is not the case, or if You are an IRA or other retail investor receiving this directly from us, we ask that you inform us immediately.

In July 2018, Deutsche Bank revised its rating system for short term ideas whereby the branding has been changed to Catalyst Calls ("CC") from SOLAR ideas; the rating categories for Catalyst Calls originated in the Americas region have been made consistent with the categories used by Analysts globally; and the effective time period for CCs has been reduced from a maximum of 180 days to 90 days.

During the period November 2018 to March 2020 Deutsche Bank may have shown incomplete information regarding Disclosure 1 in some parts of the equity research and debt research coverage. If you require any further information please contact DVS.Support@db.com.

**United States**: Approved and/or distributed by Deutsche Bank Securities Incorporated, a member of FINRA, NFA and SIPC. Analysts located outside of the United States are employed by non-US affiliates that are not subject to FINRA regulations.

**Germany**: Approved and/or distributed by Deutsche Bank AG, a joint stock corporation with limited liability incorporated in the Federal Republic of Germany with its principal office in Frankfurt am Main. Deutsche Bank AG is authorized under German Banking Law and is subject to supervision by the European Central Bank and by BaFin, Germany's Federal Financial Supervisory Authority.

**United Kingdom**: Approved and/or distributed by Deutsche Bank AG acting through its London Branch at Winchester House, 1 Great Winchester Street, London EC2N 2DB. Deutsche Bank AG in the United Kingdom is authorised by the Prudential Regulation Authority and is subject to limited regulation by the Prudential Regulation Authority and Financial Conduct Authority. Details about the extent of our authorisation and regulation are available on request.

**Hong Kong SAR**: Distributed by Deutsche Bank AG, Hong Kong Branch except for any research content relating to futures contracts within the meaning of the Hong Kong Securities and Futures Ordinance Cap. 571. Research reports on such futures contracts are not intended for access by persons who are located, incorporated, constituted or resident in Hong Kong. The author(s) of a research report may not be licensed to carry on regulated activities in Hong Kong and, if not licensed, do not hold themselves out as being able to do so. The provisions set out above in the 'Additional Information' section shall apply to the fullest extent permissible by local laws and regulations, including without limitation the Code of Conduct for Persons Licensed or Registered with the Securities and Futures Commission. This report is intended for distribution only to 'professional investors' as defined in Part 1 of Schedule of the SFO. This document must not be acted or relied on by persons who are not professional investors. Any investment or investment activity to which this document relates is only available to professional investors and will be engaged only with professional investors.

Deutsche Bank Securities Inc.

**EXHIBIT 4**
**Page 363**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



**India**: Prepared by Deutsche Equities India Private Limited (DEIPL) having CIN: U65990MH2002PTC137431 and registered office at 14th Floor, The Capital, C-70, G Block, Bandra Kurla Complex Mumbai (India) 400051. Tel: + 91 22 7180 4444. It is registered by the Securities and Exchange Board of India (SEBI) as a Stock broker bearing registration no.: INZ000252437; Merchant Banker bearing SEBI Registration no.: INM000010833 and Research Analyst bearing SEBI Registration no.: INH000001741. DEIPL may have received administrative warnings from the SEBI for breaches of Indian regulations. Deutsche Bank and/or its affiliate(s) may have debt holdings or positions in the subject company. With regard to information on associates, please refer to the "Shareholdings" section in the Annual Report at: https://www.db.com/ir/en/annual-reports.htm.

**Japan**: Approved and/or distributed by Deutsche Securities Inc.(DSI). Registration number - Registered as a financial instruments dealer by the Head of the Kanto Local Finance Bureau (Kinsho) No. 117. Member of associations: JSDA, Type II Financial Instruments Firms Association and The Financial Futures Association of Japan. Commissions and risks involved in stock transactions - for stock transactions, we charge stock commissions and consumption tax by multiplying the transaction amount by the commission rate agreed with each customer. Stock transactions can lead to losses as a result of share price fluctuations and other factors. Transactions in foreign stocks can lead to additional losses stemming from foreign exchange fluctuations. We may also charge commissions and fees for certain categories of investment advice, products and services. Recommended investment strategies, products and services carry the risk of losses to principal and other losses as a result of changes in market and/or economic trends, and/or fluctuations in market value. Before deciding on the purchase of financial products and/or services, customers should carefully read the relevant disclosures, prospectuses and other documentation. 'Moody's', 'Standard Poor's', and 'Fitch' mentioned in this report are not registered credit rating agencies in Japan unless Japan or 'Nippon' is specifically designated in the name of the entity. Reports on Japanese listed companies not written by analysts of DSI are written by Deutsche Bank Group's analysts with the coverage companies specified by DSI. Some of the foreign securities stated on this report are not disclosed according to the Financial Instruments and Exchange Law of Japan. Target prices set by Deutsche Bank's equity analysts are based on a 12-month forecast period.

**Korea**: Distributed by Deutsche Securities Korea Co.

**South Africa:** Deutsche Bank AG Johannesburg is incorporated in the Federal Republic of Germany (Branch Register Number in South Africa: 1998/003298/10).

**Singapore:** This report is issued by Deutsche Bank AG, Singapore Branch (One Raffles Quay #18-00 South Tower Singapore 048583, 65 6423 8001), which may be contacted in respect of any matters arising from, or in connection with, this report. Where this report is issued or promulgated by Deutsche Bank in Singapore to a person who is not an accredited investor, expert investor or institutional investor (as defined in the applicable Singapore laws and regulations), they accept legal responsibility to such person for its contents.

**Taiwan**: Information on securities/investments that trade in Taiwan is for your reference only. Readers should independently evaluate investment risks and are solely responsible for their investment decisions. Deutsche Bank research may not be distributed to the Taiwan public media or quoted or used by the Taiwan public media without written consent. Information on securities/instruments that do not trade in Taiwan is for informational purposes only and is not to be construed as a recommendation to trade in such securities/instruments. Deutsche Securities Asia Limited, Taipei Branch may not execute transactions for clients in these securities/instruments.

**Qatar**: Deutsche Bank AG in the Qatar Financial Centre (registered no. 00032) is regulated by the Qatar Financial Centre Regulatory Authority. Deutsche Bank AG - QFC Branch may undertake only the financial services activities that fall within the scope of its existing QFCRA license. Its principal place of business in the QFC: Qatar Financial Centre, Tower, West Bay, Level 5, PO Box 14928, Doha, Qatar. This information has been distributed by Deutsche Bank AG. Related financial products or services are only available only to Business Customers, as defined by the Qatar Financial Centre Regulatory Authority.

**Russia**: The information, interpretation and opinions submitted herein are not in the context of, and do not constitute, any appraisal or evaluation activity requiring a license in the Russian Federation.

**Kingdom of Saudi Arabia**: Deutsche Securities Saudi Arabia LLC Company (registered no. 07073-37) is regulated by the Capital Market Authority. Deutsche Securities Saudi Arabia may undertake only the financial services activities that fall within the scope of its existing CMA license. Its principal place of business in Saudi Arabia: King Fahad Road, Al Olaya District, P.O. Box 301809, Faisaliah Tower - 17th Floor, 11372 Riyadh, Saudi Arabia.

**United Arab Emirates**: Deutsche Bank AG in the Dubai International Financial Centre (registered no. 00045) is regulated by the Dubai Financial Services Authority. Deutsche Bank AG - DIFC Branch may only undertake the financial services activities that fall within the scope of its existing DFSA license. Principal place of business in the DIFC: Dubai International Financial Centre, The Gate Village, Building 5, PO Box 504902, Dubai, U.A.E. This information has been distributed by Deutsche Bank AG. Related financial products or services are available only to Professional Clients, as defined by the Dubai Financial Services Authority.

**Australia and New Zealand**: This research is intended only for 'wholesale clients' within the meaning of the Australian Corporations Act and New Zealand Financial Advisors Act, respectively. Please refer to Australia-specific research disclosures and related information at https://australia.db.com/australia/content/research-information.html Where research refers to any particular financial product recipients of the research should consider any product disclosure statement, prospectus or other applicable disclosure document before making any decision about whether to acquire the product. In preparing this report,

---

**EXHIBIT 4**

**Page 364**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE

19 October 2020

Internet

GoodRx



the primary analyst or an individual who assisted in the preparation of this report has likely been in contact with the company that is the subject of this research for confirmation/clarification of data, facts, statements, permission to use company-sourced material in the report, and/or site-visit attendance. Without prior approval from Research Management, analysts may not accept from current or potential Banking clients the costs of travel, accommodations, or other expenses incurred by analysts attending site visits, conferences, social events, and the like. Similarly, without prior approval from Research Management and Anti-Bribery and Corruption ("ABC") team, analysts may not accept perks or other items of value for their personal use from issuers they cover.

Additional information relative to securities, other financial products or issuers discussed in this report is available upon request. This report may not be reproduced, distributed or published without Deutsche Bank's prior written consent.

Backtested, hypothetical or simulated performance results have inherent limitations. Unlike an actual performance record based on trading actual client portfolios, simulated results are achieved by means of the retroactive application of a backtested model itself designed with the benefit of hindsight. Taking into account historical events the backtesting of performance also differs from actual account performance because an actual investment strategy may be adjusted any time, for any reason, including a response to material, economic or market factors. The backtested performance includes hypothetical results that do not reflect the reinvestment of dividends and other earnings or the deduction of advisory fees, brokerage or other commissions, and any other expenses that a client would have paid or actually paid. No representation is made that any trading strategy or account will or is likely to achieve profits or losses similar to those shown. Alternative modeling techniques or assumptions might produce significantly different results and prove to be more appropriate. Past hypothetical backtest results are neither an indicator nor guarantee of future returns. Actual results will vary, perhaps materially, from the analysis.

The method for computing individual E,S,G and composite ESG scores set forth herein is a novel method developed by the Research department within Deutsche Bank AG, computed using a systematic approach without human intervention. Different data providers, market sectors and geographies approach ESG analysis and incorporate the findings in a variety of ways. As such, the ESG scores referred to herein may differ from equivalent ratings developed and implemented by other ESG data providers in the market and may also differ from equivalent ratings developed and implemented by other divisions within the Deutsche Bank Group. Such ESG scores also differ from other ratings and rankings that have historically been applied in research reports published by Deutsche Bank AG. Further, such ESG scores do not represent a formal or official view of Deutsche Bank AG. It should be noted that the decision to incorporate ESG factors into any investment strategy may inhibit the ability to participate in certain investment opportunities that otherwise would be consistent with your investment objective and other principal investment strategies. The returns on a portfolio consisting primarily of sustainable investments may be lower or higher than portfolios where ESG factors, exclusions, or other sustainability issues are not considered, and the investment opportunities available to such portfolios may differ. Companies may not necessarily meet high performance standards on all aspects of ESG or sustainable investing issues; there is also no guarantee that any company will meet expectations in connection with corporate responsibility, sustainability, and/or impact performance.

Copyright © 2020 Deutsche Bank AG

**EXHIBIT 4
Page 365**

Provided for the exclusive use of lloyd.walmsley@db.com on 2020-10-19T12:24+00:00. DO NOT REDISTRIBUTE



## David Folkerts-Landau
### Group Chief Economist and Global Head of Research

| | | | |
|---|---|---|---|
| Pam Finelli<br>Global Chief Operating Officer Research | Anthony Klarman<br>Global Head of Debt Research | Michael Spencer<br>Head of APAC Research | Steve Pollard<br>Head of Americas Research<br>Global Head of Company Research |

| | | |
|---|---|---|
| Gerry Gallagher<br>Head of European Company Research | Andreas Neubauer<br>Head of Germany Research | Peter Milliken<br>Head of APAC Company Research |

| | | | |
|---|---|---|---|
| Jim Reid<br>Global Head of Thematic Research | Francis Yared<br>Global Head of Rates Research | George Saravelos<br>Global Head of FX Research | Peter Hooper<br>Global Head of Economic Research |

## International Production Locations

| Deutsche Bank AG | Deutsche Bank AG | Deutsche Bank AG | Deutsche Securities Inc. |
|---|---|---|---|
| Deutsche Bank Place<br>Level 16<br>Corner of Hunter & Phillip Streets<br>Sydney, NSW 2000<br>Australia<br>Tel: (61) 2 8258 1234 | Equity Research<br>Mainzer Landstrasse 11-17<br>60329 Frankfurt am Main<br>Germany<br>Tel: (49) 69 910 00 | Filiale Hongkong<br>International Commerce Centre,<br>1 Austin Road West,Kowloon,<br>Hong Kong<br>Tel: (852) 2203 8888 | 2-11-1 Nagatacho<br>Sanno Park Tower<br>Chiyoda-ku, Tokyo 100-6171<br>Japan<br>Tel: (81) 3 5156 6000 |

| Deutsche Bank AG London | Deutsche Bank Securities Inc. |
|---|---|
| 1 Great Winchester Street<br>London EC2N 2EQ<br>United Kingdom<br>Tel: (44) 20 7545 8000 | 60 Wall Street<br>New York, NY 10005<br>United States of America<br>Tel: (1) 212 250 2500 |

**EXHIBIT 4**
**Page 366**