# EXHIBIT 5



## EQUITY RESEARCH INITIATION

### Capital Markets

RBC Capital Markets, LLC
**Mark S.F. Mahaney**
(Analyst)
(415) 633-8608
mark.mahaney@rbccm.com
**Sean Dodge, CFA** (Analyst)
(615) 372-1322
sean.dodge@rbccm.com

**Shweta Khajuria, CFA**
(Analyst)
(415) 633-8631
shweta.khajuria@rbccm.com
**Jian Li, CFA** (Senior Associate)
(415) 633-8514
jian.li@rbccm.com

October 18, 2020

# GoodRx Holdings Inc

## Good Pill Hunting - Initiate at Sector Perform, $55 PT

**Our view:** Initiating coverage of GDRX with Sector Perform & $55 PT. GoodRx is the market leader in Prescription Discount Cards, with a large/underpenetrated TAM, unusually robust Revenue growth and high margins & significant Option Value, which we believe will allow GoodRx to sustain premium growth and profitability. Our Sector Perform rating reflects our belief that at current valuation (30x EV/Sales, +56% since IPO), risk/reward looks balanced.

### Key points:

**Good Pill Hunting…**GoodRx aggregates prescription drug prices and provides significant savings for its users, with a robust margin profile powering a strong marketing engine. We think a large and underpenetrated prescription drug market along with potential option values in Drug Advertising and Telehealth should allow GoodRx to sustain a multi-year premium Revenue growth of 30%+.

**Key Investment Positives: 1) Large and Underpenetrated TAM** – GoodRx taps into a large $80B TAM driven by its consistent ~15% take rate on a half-trillion U.S. prescription spend, where GoodRx is <1% penetrated. **2) Strong Value Proposition** – A market leader in the discount card space, GoodRx offers compelling value prop for both its users and partners by providing significant savings to consumers and incremental traffic & claim volumes to the PBMs and pharmacies. **3) Robust Growth & Margins** – At ~40% Revenue growth for FY20E, 94% Gross Margin and 35% EBITDA Margin despite COVID impact, GoodRx has built a high growth, high profit company with a resilient business model with 80% of transactions from repeat clients. **4) Attractive Option Value**: GoodRx also taps into the $30B Drug Advertising and $250B Telehealth markets, both primed for disruption from the seismic change brought about by the pandemic.

**Key Investment Risks: 1) PBM Concentration Risk** – Despite partnering with over a dozen PBMs, nearly half of GoodRx's Revenue is generated from its top three partners. **2) Competitive Landscape** – GoodRx faces competition from Discount Card players offering similar value propositions, and disintermediation risk from large retail pharmacies like Walmart and CVS, and Amazon. **3) Regulatory Complexity** – The U.S. healthcare industry faces ongoing scrutiny on drug pricing, which could disrupt GoodRx's business model. **4) Sustainability of Marketing-Driven Growth** – Advertising makes up a vast majority of Opex and grew at a 55% CAGR for the past 4 years. It remains to be seen whether GoodRx can sustain premium growth while demonstrating operating leverage.

**Deriving our $55 PT:** Our $55 PT is based on a blended average of 25x EV/Sales on '22E Revenue of $1.0B and 58x EV/EBITDA on '22E EBITDA of $351MM. As context, we estimate a 3-yr Revenue CAGR of 38% and EBITDA CAGR of 41%. Our DCF and comps also support our $55 PT.

### Sector Perform
NASDAQ: GDRX; USD 53.02

### Price Target USD 55.00

### Scenario Analysis*

| | Downside Scenario | Current Price | Price Target | Upside Scenario |
|---|---|---|---|---|
| | 39.00 | 53.02 | 55.00 | 64.00 |
| | ↓ 26% | | ↑ 4% | ↑ 21% |

*Implied Total Returns

### Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 425.0 | Market Cap (MM): | 22,534 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | NA |

### RBC Estimates

| FY Dec | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| Revenue | 388.2 | 536.1 | 732.9 | 1,030.6 |
| EBITDA | 159.7 | 186.4 | 230.6 | 350.8 |

| Revenue | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 81.7A | 91.5A | 101.7A | 113.3A |
| 2020 | 133.4A | 123.3A | 135.1E | 144.3E |
| 2021 | 160.1E | 174.0E | 188.7E | 210.0E |
| EBITDA | | | | |
| 2019 | 32.0A | 42.5A | 43.2A | 41.9A |
| 2020 | 51.8A | 49.3A | 44.0E | 41.2E |
| 2021 | 47.6E | 54.4E | 60.7E | 67.9E |

All values in USD unless otherwise noted.

Disseminated: Oct 18, 2020 17:00ET; Produced: Oct 18, 2020 16:57ET    Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 40.**

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 367**

**RBC Capital Markets**

GoodRx Holdings Inc

## Target/Upside/Downside Scenarios

Exhibit 1: GoodRx Holdings Inc



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case
Our price target of $55 is based on a blended average of 25x EV/Sales multiple on our 2022 Revenue estimate of $1.0B and a 58x EV/EBITDA multiple on our 2022 Adj. EBITDA estimate of $351MM. We believe GDRX's 3-yr ('20-'23E) Revenue CAGR of 38% and 3-yr EBITDA CAGR of 41% support our multiples and price target. Our price target supports our Sector Perform rating.

### Upside scenario
In our upside scenario, GDRX accelerates growth, continues to gain market share in its core prescriptions market, and unlocks option values in pharmaceutical manufacturer solutions and telehealth. Under this scenario, we project GDRX shares to be worth $64.

### Downside scenario
In our downside scenario, GDRX could see lower-than-anticipated Revenue growth, weaker Monthly Active Customers growth, and heightened competitive pressure resulting in limited market penetration and margin deleverage. Under this scenario, we project GDRX shares to be worth $39.

## Investment summary
GoodRx is a leading consumer-focused digital health platform in the United States, offering drug price comparison and telehealth services, with the mission "to help Americans get the healthcare they need at a price they can afford." Since founding in 2011, the company has developed four platform offerings: Prescription, Subscription, Pharmaceutical Manufacturer Solutions, and Telehealth.

We believe GoodRx faces a very large $80B direct TAM for its core Prescriptions segment, where the company is a market leader among the discount card players with over 4MM Monthly Active Customers and 15MM+ Monthly Visitors to the platform. We believe GoodRx also offers compelling value proposition for both its users and all participants in the drug dispensing ecosystem, with very high Net Promoter Scores (NPS) of 90 from consumers and 86 from healthcare professionals. The company has maintained 90% + Gross Margin and over 40% EBITDA Margin from '17-'19, while sustaining 55%+ Revenue growth. Beyond its core Prescriptions segment, we believe GoodRx is well-positioned to capture Option Values by penetrating the $30B Medical Marketing and $250B Telehealth markets.

### Investment Risks:
**1) Concentration Risk of PBM Partners:** GoodRx's Revenue is highly concentrated in its top three PBM partners, and the PBM industry is inherently concentrated.

**2) Competitive Landscape:** GoodRx faces risk from 1) competition in its core Prescriptions market; 2) a fragmented and competitive pharmaceutical advertising and Telehealth landscape; 3) potential disintermediation from the retail pharmacies that have the scale and marketing competency, should these companies decide to make a material expansion into the cash-pay space.

**3) Regulatory Complexity:** The U.S. healthcare industry faces ongoing regulatory scrutiny and pressure for reform, which could dislocate GoodRx's business model.

**4) Lack of International Presence:** GoodRx currently generates all of its Revenue from the U.S., which may limit its growth without international expansion.

**5) Sustainability of Marketing-Driven Growth Strategy:** Advertising has consistently been GoodRx's largest opex item. GoodRx would need to demonstrate the ability to sustain premium growth and profitability while demonstrating operating leverage on Advertising and Sales and Marketing spend over time.

October 18, 2020

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com   2

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 368**



# Key Questions

**Our View**

| | |
|---|---|
| 1. **Can GoodRx sustain robust Revenue growth levels?** | **Likely.** We think GoodRx can probably sustain robust Revenue growth for the next 3-5 years. This is driven by: 1) a large and underpenetrated $80B TAM where GoodRx is less than 1% penetrated; 2) GoodRx's market leadership position in the Discount Card category, where the company's app MAUs well exceeded those of its competition by a factor of 15x+; 3) GoodRx's strong value proposition for both its users and all participants in the drug dispensing ecosystem, boasting very high NPS of 90 for consumers and 86 for healthcare professionals, which leads to negotiating power; 4) an impressive business model with robust top-line growth supported by very high margins (90%+ Gross Margin, ~40% EBITDA Margin), allowing the company to reinvest into sales & marketing efforts, protecting its market share and competitive position; 5) attractive Option Values with a $30B Medical Marketing TAM and a $250B Telehealth TAM, potentially allowing the company to sustain premium growth for years to come. |
| 2. **Can GoodRx maintain its leadership position and competitive moat?** | **Maybe.** On the one hand, GoodRx currently commands a leading market position among its peers in the core Discount Card space with 4.4MM Monthly Active Consumers and over 15MM Monthly Visitors to the platform, has impressive scale contracting with over a dozen PBMs with its services accepted at the vast majority of pharmacies in the country, enjoys very high satisfaction among both customers and healthcare professionals, and has been consistently profitable and FCF positive, which allows the company to invest back into its core competency in sales & marketing. On the other hand, GoodRx's business model is not irreplaceable, with ample competition in the Discount Card space with similar models and value propositions, some with more favorable drug pricings than GoodRx. In addition, although we don't believe PBMs will pose a significant risk of disintermediating GoodRx's business due to limited competency in DTC marketing, large retail pharmacies like Walmart, CVS and Walgreens as well as Amazon – all of which well exceed GoodRx in both scale and marketing wallet – could threaten the company's leadership and moat if they were to lean into the space. Therefore, while we believe GoodRx possesses a strong competitive moat against its current competition, we think there is risk of potential disintermediation by the pharmacy giants. |
| 3. **Can GoodRx generate significant operating leverage?** | **Unlikely.** GoodRx currently produces an envious margin profile, with 96% Gross Margin and 41% EBITDA Margin in FY19. That said, as GoodRx extends into other market opportunities, especially Telehealth with its in-house HeyDoctor, we expect Gross Margin to show modest deleverage going forward. We also expect modest EBITDA Margin deleverage in the next two years, as we anticipate GoodRx to keep its foot on the gas for Advertising spend (42% of Revenue in FY19) as the company continues to prioritize growth and market share gains. Longer term, the company pegged Steady State margin targets at ~90% Gross Margin and ~41% EBITDA Margin, with modest deleverage in Product Dev & Tech & G&A, and with EBITDA Margin holding steady at FY19 levels. We note that this is in-line with other price-aggregating, marketing-driven businesses like Booking.com and Expedia, where Sales & Marketing continues to be ~40-50% of Revenue even with the businesses at substantial scale. |

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 369**



# Table of Contents

**GoodRx Company Overview** .................................................................................... **5**

**Key Investment Positives**..................................................................................... **12**

1) Large and Underpenetrated TAM ................................................................... 12

2) Market Leadership Position ........................................................................... 13

3) Strong Value Proposition .............................................................................. 14

4) Impressive Business Model with Robust Growth & Margins........................... 15

5) Option Value: Telehealth & Pharma Manufacturer Solutions ........................ 17

**Key Investment Risks** ....................................................................................... **21**

1) Concentration Risk of PBM Partners............................................................. 21

2) Competitive Landscape................................................................................. 22

3) Regulatory Complexity ................................................................................. 24

4) Lack of International Presence....................................................................... 25

5) Sustainability of Marketing-Driven Growth Strategy ..................................... 26

**Valuation Framework**....................................................................................... **28**

Risks to Rating and Price Target ........................................................................ 31

**The Business Model**.......................................................................................... **32**

Revenue Model ................................................................................................. 32

Revenue Projections ......................................................................................... 33

Cost Drivers ..................................................................................................... 33

Long-Term Target Model ................................................................................... 35

**Management Team** ........................................................................................... **36**

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 370**

**Capital Markets** RBC®

# GoodRx Company Overview

GoodRx is a leading consumer-focused digital health platform in the United States, offering drug price comparison and telehealth services, with the mission "to help Americans get the healthcare they need at a price they can afford." Since founding in 2011, the company has developed four platform offerings: Prescription, Subscription, Pharmaceutical Manufacturer Solutions, and Telehealth. As of Q2:20, GoodRx has 4.4MM Monthly Active Consumers, 15MM Monthly Visitors, and 500k+ subscribers, with a $493MM annual Revenue run-rate. The company is headquartered in Santa Monica, CA.

## A Script For High Growth and High Profit

GoodRx generates the vast majority of its Revenue from the core Prescriptions business, which made up ~90% of total Revenue in 1H:20. In the Other Revenue segment, we estimate Subscriptions to made up roughly half of Other Revenue, with the rest comprised of Pharmaceutical Manufacturer Solutions and Telehealth. From FY16-FY19, the company generated a robust 3-yr Revenue CAGR of 57%, from just under $100MM to $388MM.

Exhibit 2: GoodRx Revenue Segments and Revenue Growth ($000s)



Source: RBC Capital Markets, GoodRx S-1

Over the past four years, the company has also generated consistent high profit margins, with high-90s% Gross Margins and over 40% in EBITDA Margins driven by its highly scalable and capital-light business model. Gross Margins have modestly declined over the past year with the mix-shift towards the lower-margin Telehealth business following the company's acquisition of HeyDoctor in April 2019, though remained at very healthy levels with the company exiting Q2:20 with 94% Gross Margin and 40% EBITDA Margin.

October 18, 2020                    **Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    5

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 371**



Exhibit 3: GoodRx Gross Margins and EBITDA Margins



Note: $ in 000s. Source: RBC Capital Markets, GoodRx S-1

## Key Revenue Segments

**Prescriptions**

GoodRx generates ~90% of its Revenue from its Prescription offering. The company contracts with over a dozen Pharmacy Benefit Managers (PBMs) from which it primarily sources drug pricing data. GoodRx aggregates over 150B prescription pricing data points daily and displays the most favorable prices at the pharmacies based on user locations on its price comparison platform. Once a price & pharmacy is selected, GoodRx displays a coupon code which the consumer can use at the pharmacy to obtain the lower price. GoodRx codes are currently accepted at over 70,000 pharmacies in the U.S. – a vast majority of the total ~88,000 pharmacies in the U.S., based on IQVIA estimates.

Exhibit 4: GoodRx Prescription Platform



Source: RBC Capital Markets, GoodRx

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 372**



The Prescriptions offering is a high margin business. Once a consumer uses the code to save money on a drug's list price, the PBM that adjudicates the claim receives a transaction fee from the pharmacy, which it shares with GoodRx. GoodRx obtains a 14-15% take rate on the GMV of the drug price, and has maintained very high 98-99% Gross Margins from FY16-FY18 prior to the HeyDoctor acquisition. GoodRx's revenue is also largely recurring in nature despite being a transaction-based business. Since 2016, the company reported 80% of the transactions from its Prescription segment coming from repeat activities – either from refills or filling a new prescription by the same customer. This is driven by the significant portion of pharmaceutical spend on treatment for chronic diseases in the U.S., as well as GoodRx's product mechanics – once a consumer uses a GoodRx code at a pharmacy, it is saved in the consumer's profile, and a GoodRx code would typically be applied to all future refills or new prescriptions at this pharmacy without the consumer presenting GoodRx codes again. In addition, although GoodRx so far seen no cancellations from its contracts with the PBMs, most of the contracts require PBMs to continue payments to GoodRx for the transactions generated by GoodRx even after contract termination, as long as the PBMs' negotiated prices are used by the consumer, creating a "long tail" of revenue even in the event of contract termination. A GreatRx deal.

Exhibit 5: GoodRx Prescriptions Business Model



Source: RBC Capital Markets, Company presentation

**Subscriptions**

The largest component of the company's Other Revenue comes from its Subscriptions offering, which consists of GoodRx Gold and Kroger's Rx Savings Club. GoodRx first launched its monthly subscription program GoodRx Gold in May 2017, providing access to even lower drug prices than its prescription listings at $5.99/month for individuals and $9.99/month for families of up to 5 people. In December 2018, GoodRx partnered with Kroger to launch an annual subscription called Rx Savings Club for $36/year for individuals and $72/year for families of up to 6, with GoodRx managing subscriber registration, billing, transaction processing and marketing, and sharing a portion of the annual fee with Kroger in addition to a nominal transaction fee. The company now has over 500k subscribers, with the number of subscribers increasing 15x from December 2018 to June 2020, largely driven by subscribers from Kroger. Notably, GoodRx estimates that its Subscription offerings have a first year contribution of 2x that of its Prescriptions consumers, and management expects substantially higher life time value from these subscribers going forward.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 373**



**GoodRx Holdings Inc**

Exhibit 6: Key Features of GoodRx Subscriptions Offerings

  

| | GoodRx Gold | Kroger Rx Savings Club powered by GoodRx |
|---|---|---|
| **Launch** | 2017 | 2018 |
| **Cost** | $5.99/month - Individual  $9.99/month - Family (up to 5) | $36/year - Individual  $72/year - Family (up to 6) |
| **Benefits** | 1,000+ prescriptions available for <$10, with savings of up to 90% off standard list prices | 100+ common generic medications for free, $3.00, or $6.00, and savings on 1,000+ other generic medications |
| **Revenue** | Monthly subscription fee | Share a portion of the annual subscription fee + transaction fee (lower vs. prescriptions) |

Source: RBC Capital Markets, GoodRx S-1

**Pharmaceutical Manufacturer Solutions**

GoodRx's Pharmaceutical Manufacturer Solutions offering, though nascent, taps into a potentially sizeable $30B Revenue opportunity. GoodRx partners with the drug manufacturers to advertise branded drugs on its platform or integrate the drug makers' affordability solutions like co-pay cards, patient assistance programs and other savings options. As of Q2:20, GoodRx has 15MM Monthly Visitors to the platform, and the company estimates 20% of the searches conducted on the site are for branded drugs – a high-volume, high-intent user base for targeted ads. In 1H:20, Revenue from this offering has more than quadrupled Y/Y. Though still at LSD% of Revenue, we believe the company is at the very early innings of penetrating this market, and this segment could become a meaningful Revenue and margin driver in the long run.

Exhibit 7: Pharmaceutical Manufacturer Solutions



Source: RBC Capital Markets, GoodRx

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 374**




GoodRx Holdings Inc

**Telehealth – HeyDoctor and Marketplace**

The acquisition of HeyDoctor in April 2019 marked GoodRx's foray into the very large $250B Telehealth market. The company's Telehealth offering consists of its in-house Telehealth provider HeyDoctor and GoodRx Telehealth Marketplace, for which the company expedited launch in March 2020 as the pandemic started to take hold. HeyDoctor currently provides services on 23 prevalent conditions across all 50 states, with visits starting at $20 on a cash-pay basis. GoodRx's Telehealth Marketplace is designed to bring third-party Telehealth providers into the GoodRx ecosystem, partnering with a broad range of leading Telehealth providers such as Teladoc, MDLIVE, Doctor on Demand, and meaningfully expanding the breadth of its services to over 150 conditions.

GoodRx generates visits fees from HeyDoctor, with an additional fee if the consumer were to opt for mail orders through a 3rd-party partner. For Marketplace, the company receives fees from its Telehealth partners for directing traffic to their services. Since the pandemic, the platform has seen significant demand to the new platform, with an average 1,000+ customers per day completing Online visits using HeyDoctor in Q2:20 and more than 1MM consumers having visited the Marketplace since its launch in March, initiating over 200,000 medical visits and lab tests. That said, GoodRx views its Telehealth offerings, especially the in-house HeyDoctor, as a new customer acquisition and cross-sell channel, and the service has remained largely Revenue neutral YTD. We expect to see pressure to the company's overall margins in the medium term with the mix-shift of Revenue towards Telehealth.

Exhibit 8: GoodRx Telehealth Offerings



Source: RBC Capital Markets, HeyDoctor

As part of the IPO process, we participated in a series of diligence checks with key players in GoodRx's business, including Retailers/Retail Pharmacies and key PBM partners. Below are the takeaways from our due diligence. We would note that the discussions were generally positive on GoodRx's business model and partner relationships, with some pointing to the company's strength in marketing competency and its leadership position in the discount card space.

October 18, 2020                    **Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com    9

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 375**

 

**GoodRx Holdings Inc**

Exhibit 9: Summary of Due Diligence Checks

| | |
|---|---|
| **Large Retail Pharmacy** | This retail pharmacy works with GoodRx and dispenses prescriptions to consumers who use GoodRx codes. The pharmacy believes GoodRx is a leader in the prescription discount card space, with other at-scale competitors like SingleCare and FamilyWize, and RxSaver being a lesser competitor. The pharmacy also thinks GoodRx's competitive advantage comes from its strong search optimization and leading marketing spend. GoodRx partners with over a dozen PBMs, and the pharmacy does not believe it relies on any particular PBM partner. The pharmacy also thinks Amazon risk is muted given the difficulty Amazon has had previously penetrating the space. |
| **Leading Retailer** | This retailer has a pharmacy division with its own discounted pricing program for certain generic prescriptions, and partner with GoodRx to display their pricings on the GoodRx platform. The retailer finds GoodRx easy to work, and currently see 2MM claims a month via GoodRx. The retailer points to SingleCare as the next largest competitor for GoodRx, though at a quarter of the volume. The retailer believes GoodRx's greatest asset is its marketing strength.  In terms of PBM partners, the retailer thinks GoodRx provides a great incremental revenue opportunity for the PBMs, with GoodRx shouldering the marketing expenses. |
| **PBM with Transparent Model** | This PBM has been a top 3 revenue contributor for GoodRx, and has been a long-term partner with GoodRx. The PBM noted that they share with GoodRx the admin fees collected from a GoodRx-driven claim, with GoodRx generally receiving the lion's share of the admin fee, and that while the major PBMs also have their own discount card programs and receive better economics from in-house offerings, GoodRx still offers a source of incremental margin, as the pharmacy believes that in general, claims that went through GoodRx were those that would otherwise not have been filled without this discount. The PBM finds GoodRx to be an easy partner to work with, and very thoughtful & flexible in managing their offerings, and is well ahead of its competitors in terms of capabilities. |
| **Leading Independent PBM** | This PBM has been a top 3 revenue contributor for GoodRx.  The PBM signed a 3-year agreement with GoodRx with "evergreen" annual renewal starting in the 4th year. The PBM works closely with GoodRx to optimize pricing and ensure the PBM's prices rank favorably on the GoodRx platform, and the PBM leverages price analytics and network relationships for a mutually beneficial partnership with GoodRx. The PBM also leverages the volume generated by GoodRx to contract better pricing terms with pharmacies. The PBM believes GoodRx has garnered leading market scale compared to peers, though the market opportunity is large enough for multiple players. The PBM also noted there are volume escalators in their contract with GoodRx as volumes increase, and that currently GoodRx enjoys the lion's share of the profit. |

Source: RBC Capital Markets

## IPO Details

On September 23, 2020, GoodRx issued 39.8MM shares of Class A Common Stock (72% Primary/28% Secondary), including an over-allotment of 5.2MM shares (all Primary), at $33 per share – or 27% above the mid-point of the initial pricing range of $24 - $28 per share. In addition, Silver Lake purchased $100MM (or 3MM shares) as a private placement concurrent to the IPO. GoodRx intends to use the net proceeds from this offering and the private placement for general corporate purposes to support the growth of its business. The lock-up for restricted securities is 180 days following September 22nd, 2020 (March 21st, 2021), after which 343MM additional shares of Class A and Class B common stock will become eligible for sale in the public market; these shares will be held by affiliates and subject to the volume and other Rule 144 restrictions.

October 18, 2020    **Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com    10

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 376**



**Capital Markets**

**GoodRx Holdings Inc**

Exhibit 10: GDRX Stock Price History



$53.50

$33.00

Source: RBC Capital Markets, Factset

October 18, 2020

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    11

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 377**



# Key Investment Positives

## 1) Large and Underpenetrated TAM

With its core Prescriptions offering, GoodRx is tackling a very large U.S. prescriptions market opportunity of $524B in GMV, comprised of roughly $360B in current U.S. prescriptions spend and the company's estimate of $164B GMV from an estimated 20-30% of prescriptions that are not filled due to affordability issues. We believe GoodRx's core Prescriptions business has the potential to tap into an $80B direct TAM, driven by its approx. 15% take rate on prescription GMV. We estimate GoodRx will generate ~$480MM in Prescription Revenue in FY20, implying less than 1% penetration of this direct TAM.

Exhibit 11: GoodRx's Prescription TAM and Market Share



Source: RBC Capital Markets estimates, GoodRx S-1

In addition, the overall spend for U.S. prescription drugs is expected to accelerate over the next eight years. According to research by the Office of the Actuary at Centers for Medicare and Medicaid Services, the total prescription drug expenditure in the U.S. is expected to accelerate from a projected 3.7% Y/Y growth in 2020 to a 5.4% CAGR from 2021-23, and further accelerate to a 5.9% CAGR through 2024-28 – to $560B/year by 2028. The acceleration is attributed to slower growth in drug rebates, a reversal to positive price growth for generic drugs, and faster growth in the use and intensity of prescription drugs. We believe with its industry-leading market share in the discounted card space, GoodRx is well-positioned to expand its market penetration of the existing $80B TAM as well as benefit from the tailwind of the acceleration in prescription drug spend over the next decade.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 378**



Exhibit 12: U.S. Prescription Drug Spend Projections ($B)



Source: RBC Capital Markets, Office of the Actuary at Centers for Medicare and Medicaid Services

## 2) Market Leadership Position

GoodRx is a market leader in the discount card space. As of Q2:20, the company has 4.4MM Monthly Active Customers (those who used a GoodRx code to fill a prescription in a given month, excluding GoodRx subscribers or Telehealth users) and 15MM Monthly Visitors to the platform. The GoodRx App has consistently ranked #1-2 on the iOS App Store and Google Play Store for Medical category in the last 2 years according to SimilarWeb (consistently ahead of Weedmaps), and when we compare the number of unique Downloads and MAUs across the two mobile platforms, GoodRx holds leading engagement metrics well above its competitors in the discount card space. Based on SimilarWeb estimates, in September GoodRx had ~900k in MAU on the Google Play store, more than 15x its closest competitor on the Top Medical App list – RxSaver. It holds a similar lead in the iOS App Store with MAU at over 16x its closest competitor.

The scale and reach of GoodRx's network is also substantial. The company currently partners with over a dozen PBMs, including industry leaders like Optum and ExpressScripts (each managing ~23% of all prescription claims in the U.S. according to Drug Channels Institute), and more than 2MM prescribers noted they have patients that used GoodRx.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 379**

**RBC Capital Markets**

GoodRx Holdings Inc

Exhibit 13: GoodRx App Ranking in iOS App Store and Google Play Store



Source: RBC Capital Markets, AppAnnie

Exhibit 14: GoodRx App Downloads and MAU Comparison with Peers for September

| Google Play | Downloads | MAU | iOS App Store | Downloads | MAU |
|---|---|---|---|---|---|
| GoodRx | 625,810 | 896,273 | GoodRx | 116,922 | 2,567,000 |
| RxSaver | 77,927 | 59,360 | RxSaver | 16,158 | 157,347 |
| SingleCare | 30,451 | 21,930 | SingleCare | 11,660 | 158,558 |
| Blink Health | 9,076 | 8,531 | Blink Health | -- | 37,496 |
| ScriptSave | 1,642 | -- | ScriptSave | 704 | -- |

Source: RBC Capital Markets, SimilarWeb

## 3) Strong Value Proposition

We believe GoodRx offers compelling value propositions for both the consumers and all participants in the drug dispensing ecosystem, boasting very high Net Promoter Scores (NPS) of 90 for consumers and 86 for healthcare professionals.

For **Consumers**, in 2019 the company realized on aggregate a 71% discount off list prices for those that used GoodRx codes, an improvement from 59% in 2016 thanks to its growing scale and negotiating power with the PBMs. Since founding in 2011, GoodRx has achieved cumulative savings to date of $20B+ off list prices for its users. GoodRx was also able to attract consumers with all types of insurance coverage, with just 26% of the user base uninsured according to the company's survey in July 2020, and its largest user base covered by either Commercial insurance or Medicare (36% and 34%, respectively). We believe this underscores GoodRx's strong value proposition and the ability to provide savings even for consumers with insurance coverage.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 380**



**RBC Capital Markets**

GoodRx Holdings Inc

Exhibit 15: GoodRx User Survey (July 2020)



Source: RBC Capital Markets, Company presentation

We believe GoodRx also creates value for all participants in the drug dispensing ecosystem. For **Physicians**, GoodRx improves drug affordability and allows for improved patient medication adherence, benefiting the physicians who are increasingly judged on patient outcomes. GoodRx's integration with EHR also allows for physicians to provide pricing directly at the point of prescribing, reducing the likelihood of sticker shock at the pharmacy counter. For the **PBMs**, GoodRx leverages its strong DTC marketing expertise to drive incremental claim volume to the PBMs' cash networks, which increases overall claim volumes and provides a potential source of incremental margin. For the **Pharmacies**, GoodRx also drives incremental foot traffic to the store and create opportunities for increased front-of-store sales. A study commissioned by GoodRx found that half of the consumers filling a prescription also purchased a secondary non-pharmacy item, with over half of those reporting that they spent $11-30 additional dollars. For the **Drug Manufacturers**, the 15MM Monthly Visitors to the GoodRx platform provides a high-intent user base to advertise branded drugs and potentially drive greater conversion through enhanced brand awareness and uptake of various savings solutions. A GreatRx deal for the ecosystem.

## 4) Impressive Business Model with Robust Growth & Margins

GoodRx's highly scalable and capital light business model has supported an impressive Revenue growth cadence and attractive margin profile over the past several years. From 2017 through 2019, the company generated 55%+ in Revenue CAGR, high-90s% Gross Margin, and over 40% in EBITDA Margins. Monthly Active Consumers (MAC) also grew at 55%+ Y/Y over the past three years. That said, as GoodRx continues to gain traction in its Telehealth business, we expect margins to show modest deleverage over the medium term, though we believe GoodRx should be able to sustain ~40% EBITDA Margin over the long term as the company gains leverage on its largest operating expense item – Advertising, which made up 42% of Revenue in FY19.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 381**



**GoodRx Holdings Inc**

Exhibit 16: GoodRx Revenue Growth and EBITDA Margins ($MM)



Source: RBC Capital Markets estimates, GoodRx S-1

The company is also not immune to COVID-19. Following an initial stockpiling effect, Monthly Active Consumers (MAC) saw a moderate decline as consumers pulled back on physician and hospital visits, with the metric troughing in April before steadily recovering in June and July. On the other hand, the company saw a significant increase in demand for its nascent Telehealth services with the company's well-timed launch of Telehealth Marketplace in March, which is not factored into MAC. Going forward, we expect Revenue and MAC growth rates to reaccelerate in 2022 after the COVID-19 impact are fully absorbed in 2021.

Exhibit 17: GoodRx Monthly Active Consumers Growth (MM)/(000)



Source: RBC Capital Markets estimates, GoodRx S-1

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 382**



## 5) Option Value: Telehealth & Pharma Manufacturer Solutions

Beyond its core Prescriptions market, we believe GoodRx taps into two attractive and sizeable incremental addressable markets that give the company significant option value – a **$30B Medical Marketing TAM** and a **$250B Telehealth TAM**.

Exhibit 18: Option Value – Medical Marketing and Telehealth TAM



Source: RBC Capital Markets, GoodRx S-1, The Journal of the American Medical Association, McKinsey & Co.

### Medical Marketing

Through its Pharmaceutical Manufacturer Solutions offering, we believe GoodRx is well equipped to gain market share in the ~$30B annual medical marketing spend by the drug manufacturers. According to research from *The Journal of the American Medical Association (JAMA)*, in 2016 the industry saw $30B in medical marketing expenditures, with a combined ~90% of the spend directed towards prescription drug marketing through both Direct to Consumer (DTC) and Professional channels. Though off a small base, GoodRx has seen Revenue from its Pharmaceutical Manufacturer Solutions offering more than quadruple in 1H:20 vs. 1H:19.

We believe GoodRx benefits from three drivers of U.S. Medical Marketing:

**1) The sustained growth in overall U.S. Medical Marketing spend.** In particular, DTC spending increased 5 times since 1997, growing at an 8% CAGR for the past 19 years and reaching $10B in 2016. Prescription drug marketing makes up 63% of the DTC budget, growing in-line at 8% CAGR over the last two decades. GoodRx estimates approximately 20% of the searches conducted on its platform are for brand medications – a high-intent DTC consumer base primed for targeted advertising.

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com   17

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 383**

**RBC** Capital Markets

Exhibit 19: U.S. Medical Marketing Spend 1997 vs 2016



Source: RBC Capital Markets, American Medical Association

**2) A pullback of in-person visits by pharma sales reps to healthcare professionals due to the pandemic.** Virtually all of the medical marketing spend to healthcare professionals are on prescription drugs, with roughly $5B per year spent on sales representative visits to the physician offices or hospitals, and another $14B on free drug samples distributed by the sales reps. That said, since the pandemic, there has been a significant decline in healthcare professional-pharma rep interactions. A McKinsey survey in April 2020 showed physicians' interactions with pharma reps declined by an average of 65% during COVID-19, and while most expect in-person interactions to resume after the pandemic, 28% surveyed indicated the pandemic would have a lasting impact on their willingness to welcome pharma reps for live meetings. GoodRx estimates 17% of the visitors to its website are healthcare professionals, which we believe creates an avenue for GoodRx to penetrate pharmaceutical companies' significant marketing wallet to the healthcare professionals market during a time of rapid Physical to Digital transition.

**3) The longer-term shift of Ad spend towards Online channels.** According to Zenith's 2019 Global Healthcare Advertising Forecast, Healthcare Ad spend's digital transition has lagged that of the overall Advertising space, with TV remaining the most important medium of healthcare marketing in 2018 at 55% of total spend, compared to TV's 31% share of the overall Advertising market. That said, Zenith projects healthcare marketing to catch up with the secular shift towards Online, with Internet spend projected to grow at high-teens % and overtaking TV as the largest medium for global healthcare Ad spend by 2021 at 46% of total spend, which we believe should benefit all Online advertising channels including GoodRx.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 384**

**Capital Markets** **RBC**

GoodRx Holdings Inc

Exhibit 20: % of Global Healthcare Ad Spend – 2018 vs. 2021



Source: RBC Capital Markets, Zenith

## Telehealth

GoodRx estimates about 20% of the consumers who searched for medications on the platform do not have a prescription at the time of the search, opening the door for further monetization opportunities through the company's in-house telehealth offering HeyDoctor as well as the Telehealth Marketplace launched just this March. The pandemic has undoubtedly fast-tracked the adoption of telehealth services. According to a McKinsey survey, 11% of consumers used Telehealth in 2019, 46% used it in April 2020, and 76% are now interested in using Telehealth going forward. McKinsey estimates up to $250B of the current U.S. healthcare spend could be virtualized. In addition, according to JAMA, 25% of Americans did not have a primary care provider as of 2015, with 36% of those in their 30s lacking primary care, up from 29% in 2002. We believe GoodRx's Telehealth offerings present the company with another customer acquisition funnel that should benefit from both surging Telehealth adoption that unlocks the $250B market opportunity as well as the sizeable – and growing – % of the population lacking primary care providers, which we believe could be more easily converted to a transaction-based Telehealth platform.

October 18, 2020      **Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    19

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 385**

Exhibit 21: Current Outpatient and Office Visits That Can be Virtualized ($B)



Source: RBC Capital Markets, McKinsey & Co.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 386**



# Key Investment Risks

## 1) Concentration Risk of PBM Partners

Even though GoodRx contracts with over a dozen PBMs, its sources of Revenue are highly concentrated. In 1H:20, the company generated 48% of total Revenue from its top three PBM partners, though this concentration has steadily declined from 61% in 2018.

Exhibit 22: GoodRx's Top 3 PBM Revenue Contribution



Source: RBC Capital Markets, GoodRx S-1

The PBM industry is also inherently concentrated – the three largest PBMs in the industry (CVS Caremark, Express Scripts and UnitedHealth Optum) collectively manage nearly 80% of the claim volumes. GoodRx currently contracts with two of the Big 3 (Express Scripts and Optum). Navitus and MedImpact have also consistently been among the company's top 3 Revenue contributors. While GoodRx management noted the company is not dependent on any one PBM for its pricing data, and that the removal of a large PBM from its network would have minimal impact on the average discount the company is able to offer to consumers, we nonetheless believe that a small number of PBMs could potentially have outsized influence on GoodRx's core value proposition.

Exhibit 23: PBM Market Share by Total Equivalent Prescription Claims Managed (2018)



Source: RBC Capital Markets, Drug Channels Institute

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 387**



Exhibit 24: PBM Partners Contributing >10% of Revenue to GoodRx



Source: RBC Capital Markets, GoodRx S-1

## 2) Competitive Landscape

GoodRx faces competition across Prescriptions, Pharmaceutical advertising, and Telehealth.

In **Prescriptions**, although we believe GoodRx commands leading market share among the discount card providers, it faces competition from several players such as SingleCare, WellRx, Blink Health, and RxSaver, etc., all of which aim to provide similar value propositions to consumers – better transparency and affordability of generic drugs – with slightly different business models.

- **SingleCare**: Negotiates lower drug prices directly with pharmacies instead of contracting with PBMs, accepted at 35,000+ pharmacies.
- **WellRx**: A MedImpact subsidiary, negotiates drug prices in bulk with pharmacies, accepted at 65,000+ pharmacies.
- **Blink Health**: Partners with a Pharmacy Benefit Administrator, Blue Eagle Health, to negotiate one single discounted price for each drug across pharmacies, accepted at 35,000+ pharmacies.
- **RxSaver**: A RetailMeNot company, works with multiple PBMs for discounted drug prices, accepted at 60,000+ pharmacies.

Exhibit 25: GoodRx's Key Competitors in Prescriptions and Monthly Unique Visitors Comparison for August 2020 (000)



Source: RBC Capital Markets, GoodRx S-1, Google

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 388**



Based on SimilarWeb's data, GoodRx ranks well above its competitors in Monthly Unique Visitors traffic to the website, nearly 5x its closest competitor SingleCare. That said, when comparing the lowest price of the most searched drugs on GoodRx platform across these five websites available in San Francisco (excluding mail order or membership prices), GoodRx did not appear to offer the most favorable pricings, though for 5 out of the 10 drugs, GoodRx's lowest price was less than 10% above the low across the five platforms. This suggests to us that price was not the deciding factor of GoodRx's strong traction compared to its peers, and its value proposition of discounted drug prices is susceptible to competitive pressure.

In addition to the current discount card players, we note that there is a potential risk for retail pharmacies to make a material expansion into the discount card space, including CVS (which owns the largest PBM in the country by volume), Walmart (which currently has a $4 Prescriptions Program for ~100 generic drugs), and Amazon (with its full-service online pharmacy PillPack), all of which have formidable scale and strong marketing competency.

Exhibit 26: Most Searched Drugs on GoodRx Price Comparison

| | GoodRx | SingleCare | WellRx | Blink Health | RxSaver | GDRX % Above Low | GDRX $ Above Low |
|---|---|---|---|---|---|---|---|
| Lipitor (Gx) Tablet 40mg 30 ct | $8.25 | $16.56 | $8.09 | $9.00 | $6.99 | 18% | $1.26 |
| Lexapro (Gx) Tablet 10mg 30 ct | $7.21 | $7.82 | $6.96 | $7.17 | $7.57 | 4% | $0.25 |
| Ambien (Gx) Tablet 10mg 30 ct | $9.02 | $10.29 | $7.00 | $8.95 | $6.20 | 45% | $2.82 |
| Xanax (Gx) Tablet 0.5mg 30 ct | $5.62 | $7.87 | $6.09 | $5.47 | $3.82 | 47% | $1.80 |
| Prilosec (Gx) Capsule 40mg 30 ct | $9.51 | N/A | $8.99 | $8.90 | N/A | 7% | $0.61 |
| Vibramycin (Gx) Capsule 100mg 20 ct | $11.34 | $20.67 | $11.83 | $11.87 | $11.80 | 0% | $0.00 |
| Zocor (Gx) Tablet 20mg 30 ct | $4.23 | $4.19 | $5.34 | $3.90 | $3.90 | 8% | $0.33 |
| Singular (Gx) Tablet 10mg 30 ct | $10.85 | $10.21 | $8.09 | $12.00 | $9.21 | 34% | $2.76 |
| Flonase (16g of 50 mcg) | $10.80 | $20.00 | $9.39 | $13.60 | N/A | 15% | $1.41 |
| Plavix (Gx) Tablet 75mg 30 ct | $8.45 | $9.13 | $8.43 | $8.90 | $9.37 | 0% | $0.02 |

Source: RBC Capital Markets, Company Websites

For **Pharmaceutical advertising**, GoodRx faces competition from various advertising channels like TV, which makes up 55% of global Healthcare Ad spend currently, as well as competition within the Digital Advertising space, from dominant platforms like Google and Facebook to industry-specific assets like WebMD, which garnered 83MM Monthly Unique Visitors in August compared to 8MM to GoodRx.com, according to SimilarWeb. For **Telehealth**, the competitive landscape is equally intense, with industry leaders like Teladoc generating nearly 4x Monthly Unique Visitors in August vs. GoodRx's HeyDoctor. Other key competitors in the space include MDLive, Doctor on Demand, and Amwell.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 389**



GoodRx Holdings Inc

Exhibit 27: Major Telehealth Services - SimilarWeb Monthly Unique Visitors in August (000)



Source: RBC Capital Markets, SimilarWeb

## 3) Regulatory Complexity

The U.S. healthcare industry has faced ongoing regulatory scrutiny and pressure for reform over the years, including legislations around prescription drug transparency and affordability. This was driven by a highly complex drug distribution system from drug manufacturing through dispensing, with multiple price points used throughout the drug supply chain including AWP (Average Wholesale Price), WAP (Wholesale Acquisition Price), and AMP (Average Manufacturer Price), etc. We believe the focal point of the regulatory scrutiny is around brand medication pricing, with Lipitor costing anywhere from $322 to $731 at major retail pharmacies for example, according to SingleCare, as well as the sometimes severe markups by the drug manufacturers on brand medications – think Pharma Bro.

Given that vast majority of GoodRx's transactions are related to generic drugs, and with the company's value proposition focused on improving drug price transparency and affordability for consumers, we believe GoodRx's direct exposure to regulatory risk is limited. That said, we think GoodRx may face potential headline risks with ongoing regulatory reforms, and any legislation that dislocates the drug distribution ecosystem could in turn disrupt GoodRx's business model.

October 18, 2020                    **Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    24

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 390**

**Exhibit 28: Regulatory Complexity Facing the Healthcare Industry**

| Complex Drug Distribution System | Ongoing Regulatory Scrutiny |
| --- | --- |
|  |  |

Source: RBC Capital Markets, GoodRx S-1, Various media sites

## 4) Lack of International Presence

GoodRx currently generates all of its Revenue from the U.S., which may limit its long-term growth prospect without successful expansion into international markets. That said, we believe there are two main potential challenges to international expansion for GoodRx:

- The differences in healthcare systems in international markets, potentially making GoodRx's current business model less scalable across borders.
- The market opportunity for cash-pay pharmaceuticals potentially much smaller outside of the US. According to OECD, in 2019 the U.S. per capital spend on pharmaceuticals is $1,229, more than 2x the OECD average. When comparing total out-of-pocket spend on overall healthcare expenses, the contrast is more stark with the U.S. at ~$380B annual spend, well above the rest of OECD nations.

**Exhibit 29: OCED Total Out-of-Pocket Healthcare Spend ($B)**



Source: RBC Capital Markets, OECD

October 18, 2020    **Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    25

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 391**

Exhibit 30: OCED Pharmaceutical Spending USD/Capita



Source: RBC Capital Markets, OECD

## 5) Sustainability of Marketing-Driven Growth Strategy

Supported by its very high 90s% Gross Margin, GoodRx has directed the majority of its operating expenses towards Sales & Marketing, consistently at over 40% of Revenue in the past four years. Vast majority of this S&M spending has been on Advertising. Over the last six quarters, Advertising expenses ranged from 37% - 45% of Revenue, and has grown at a 55% CAGR from 2015-2019. For context, Revenue grew at 58% CAGR from 2016-19. In the long run, we believe investors would increasingly look for GoodRx's ability to sustain premium growth and profitability while demonstrating operating leverage over time.

Exhibit 31: GoodRx Sales & Marketing and Advertising Expenses ($MM)



Source: RBC Capital Markets, GoodRx S-1

   Mark S.F. Mahaney,  (415) 633-8608; mark.mahaney@rbccm.com

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

EXHIBIT 5
Page 392



**GoodRx Holdings Inc**

Exhibit 32: GoodRx Advertising Expenses 2015-19 ($MM)



Source: RBC Capital Markets, GoodRx S-1

That said, we note that the room for Sales & Marketing leverage may potentially be limited, as evidenced by similar "price comparison" platforms that are mature and at scale like Booking.com and Expedia, with S&M remaining at a substantial 40-50% of Revenue.

Exhibit 33: Comparison of Sales & Marketing Expenses as a % of Revenue in 2019



Note: BKNG includes Adverting expenses and Sales & Others.  Source: RBC Capital Markets, Company reports.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 393**



## Valuation Framework

Our price target of $55 is based on a blended average of 25x EV/Sales multiple on our 2022 Revenue estimate of $1.0B and a 58x EV/EBITDA multiple on our 2022 Adj. EBITDA estimate of $351MM. We would note that these multiples are a premium to many industry peers, but we believe is warranted, given GoodRx's high growth, high profitability profile with Revenue driven by a large proportion of repeat transactions, which creates resilience in the business model. We believe GDRX's 3-yr ('20-'23E) Revenue CAGR of 38% and 3-yr EBITDA CAGR of 41% support our multiples and price target. Our DCF also supports our $55 price target, and it is driven by a 27% 10-year Revenue CAGR, a long-term 44% Adjusted EBITDA Margin, a 9% WACC, and a 6% long-term growth rate. Our price target supports our Sector Perform rating.

Exhibit 34: GoodRx Valuation Methodology

*($ in MM, except per share)*

| | |
|---|---|
| Current Share Price | $51.56 |
| Diluted Shares Outstanding (MM) | 425 |
| Current Market Cap | $21,913 |
| Less: Cash & Equivalents | $948 |
| Plus: Debt | $696 |
| Enterprise Value | $21,661 |

| **EV/Sales** | **2022E** |
|---|---|
| Revenue | $1,031 |
| Current EV/S on '21 Revenue | 29.6x |
| Current EV/S on '22 Revenue | 21.0x |
| 3-year CAGR ('20-'23) | 38% |
| **Target Multiple** | **25.0x** |
| **Implied Stock Price** | **$61** |

| **EV/EBITDA** | **2022E** |
|---|---|
| Adj. EBITDA | $351 |
| Current EV/EBITDA on '21 EBITDA | 93.9x |
| Current EV/EBITDA on '22 EBITDA | 61.7x |
| 3-year CAGR ('20-'23) | 41% |
| **Target Multiple** | **58.0x** |
| **Implied Stock Price** | **$48** |
| **Target Price** | **$55** |

Source: Company reports, RBC Capital Markets estimates, Priced as of the close October 15th, 2020

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 394**

**RBC** Capital Markets

GoodRx Holdings Inc

## Exhibit 35: DCF Valuation Methodology

| | | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ MM) | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | TERMINAL |
| **REVENUE** | $250 | $388 | $536 | $733 | $1,031 | $1,400 | $1,830 | $2,317 | $2,860 | $3,445 | $4,080 | $4,325.29 |
| *Y/Y Growth* | | 56% | 38% | 37% | 41% | 36% | 31% | 27% | 23% | 20% | 18% | |
| **OPERATING INCOME** | $77 | $140 | -$257 | $85 | $218 | $383 | $594 | $787 | $1,014 | $1,239 | $1,488 | |
| *Y/Y Growth* | | 81% | -284% | -133% | 157% | 76% | 55% | 32% | 29% | 22% | 20% | |
| *As % of Revenue* | 31.0% | 36.0% | -48.0% | 11.6% | 21.1% | 27.3% | 32.5% | 34.0% | 35.5% | 36.0% | 36.5% | |
| **(+) DEPRECIATION & AMORTIZATION** | $10 | $14 | $16 | $18 | $27 | $32 | $36 | $45 | $56 | $68 | $80 | |
| *As % of Revenue* | 3.9% | 3.5% | 3.1% | 2.5% | 2.6% | 2.3% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | |
| **(+) STOCK BASED COMPENSATION** | $2 | $4 | $15 | $37 | $61 | $84 | $101 | $128 | $158 | $190 | $225 | |
| *As % of Revenue* | 0.7% | 1.0% | 2.8% | 5.0% | 5.9% | 6.0% | 5.5% | 5.5% | 5.5% | 5.5% | 5.5% | |
| **EBITDA** | $128 | $160 | $186 | $231 | $351 | $520 | $735 | $960 | $1,228 | $1,497 | $1,793 | |
| *Y/Y Growth* | | 25% | 17% | 24% | 52% | 48% | 41% | 31% | 28% | 22% | 20% | |
| *As % of Revenue* | 51.2% | 41.1% | 34.8% | 31.5% | 34.0% | 37.1% | 40.2% | 41.4% | 42.9% | 43.4% | 43.9% | |
| **(-) CASH TAXES** | $9 | $17 | $20 | $34 | $55 | $87 | $133 | $176 | $226 | $277 | $332 | |
| *As % of Operating Income* | 11% | 12% | -8% | 40% | 25% | 23% | 22% | 22% | 22% | 22% | 22% | |
| **(-) CAPEX** | $3 | $37 | $39 | $24 | $33 | $39 | $41 | $41 | $41 | $41 | $41 | |
| *As % of Revenue* | 1.4% | 9.5% | 7.2% | 3.3% | 3.2% | 2.8% | 2.2% | 1.8% | 1.4% | 1.2% | 1.0% | |
| **(+) CHANGE IN ASSETS & LIABILITIES** | -$15 | -$7 | -$2 | -$22 | -$29 | -$42 | -$49 | -$56 | -$62 | -$67 | -$72 | TERMINAL |
| *As % of Revenue Increase* | | -5% | -1% | -11% | -10% | -11% | -11% | -11% | -11% | -11% | -11% | VALUE |
| **FREE CASH FLOW** | 101 | 99 | 126 | 150 | 234 | 352 | 513 | 688 | 899 | 1,113 | 1,348 | 47,626 |
| *Y/Y Growth* | | 2% | -227% | 20% | 56% | 50% | 46% | 34% | 31% | 24% | 21% | |
| **NPV of FCFs** | | 99 | 115 | 126 | 181 | 249 | 333 | 410 | 492 | 558 | 621 | 20,118 |

| DCF Valuation Target | |
|---|---|
| **Net Present Value** | **$23,303** |
| Less Debt | $696 |
| Plus Cash | $948 |
| Full Value | $23,555 |
| Shares Outstanding (MM) - Diluted | 425 |
| **WACC** | **9%** |
| **Future Growth Rate** | **6%** |
| **DCF Per Share Value** | **$55** |

| DCF Valuation Sensitivity | | | | | | |
|---|---|---|---|---|---|---|
| | **Discount Rate** | | | | | |
| | 8.0% | 9.0% | 10.0% | 11.0% | 12.0% | 13.0% |
| **2.0%** | $33 | $28 | $23 | $20 | $17 | $15 |
| **3.0%** | $39 | $31 | $26 | $22 | $19 | $16 |
| **4.0%** | $47 | $36 | $29 | $24 | $20 | $17 |
| **5.0%** | $60 | $43 | $33 | $27 | $22 | $19 |
| **6.0%** | $86 | $55 | $40 | $31 | $25 | $21 |
| **7.0%** | $166 | $80 | $51 | $37 | $29 | $23 |

(Fut. Growth Rate is the row axis)

Source: Company reports, RBC Capital Markets estimates

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 395**

**RBC Capital Markets**

GoodRx Holdings Inc

## Comparable Company Analysis

Below, we detail a series of public comps that we believe would be relevant to any valuation assessment of GDRX. These include companies in the Profitable Growth Internet space as well as Healthcare comparables. Based on Revenue growth, Revenue base, Gross Margin and EBITDA Margin, we believe the most relevant comps to GoodRx are TTD, PINS, and SHOP for Internet stocks, and LVGO, SLQT, GOCO, and TDOC in the Healthcare space. The closest Internet comp group currently trades at 24x EV/'22E Sales and 62x EV/'22E EBITDA (ex. SHOP), and the closest Healthcare comp group currently trades at 7x EV/'22E Sales and 7x EV/'22E EBITDA. We also believe that among the Healthcare comps, LVGO and TDOC are the most relevant, currently trading at 17x and 11x EV/'22E Sales, respectively.

Exhibit 36: GoodRx Comparable Company Analysis

| Company | Ticker | Price 10/14/20 | Market Cap | Revenue 2021E | Revenue 2022E | '20-'21 Growth | '21-'22 Growth | EV/Sales 2021E | EV/Sales 2022E | Gross Profit 2021E | '21E Margin | EBITDA 2021E | EBITDA 2022E | '21E Margin | '22E Margin | EV/EBITDA 2021E | EV/EBITDA 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Profitable Growth Internet** | | | | | | | | | | | | | | | | | |
| Fiverr International Ltd. | FVRR | $178.22 | $3,654 | 246 | 323 | 37% | 31% | 14.0x | 10.7x | 198 | 81% | 20 | 38 | 8% | 12% | NA | NA |
| Trade Desk, Inc. Class A | TTD | $664.22 | $31,754 | 993 | 1,256 | 36% | 27% | 31.8x | 25.1x | 694 | 70% | 286 | 385 | 29% | 31% | NA | 81.9x |
| Pinterest, Inc. Class A | PINS | $43.98 | $18,492 | 1,968 | 2,566 | 35% | 30% | 8.6x | 6.6x | 1,369 | 70% | 179 | 410 | 9% | 16% | NA | 41.3x |
| Shopify, Inc. Class A | SHOP | $1,086.00 | $122,747 | 3,405 | 5,052 | 32% | 48% | 34.9x | 23.5x | 1,810 | 53% | 322 | 529 | 9% | 10% | NA | NA |
| Just Eat Takeaway.com N.V. | TKWY-NL | $103.95 | $6,030 | 3,056 | 3,725 | 40% | 22% | 4.2x | 3.5x | 2,493 | 82% | 417 | 584 | 14% | 16% | 31.1x | 22.2x |
| Wix.com Ltd. | WIX | $290.60 | $14,677 | 1,219 | 1,527 | 26% | 25% | 11.8x | 9.4x | 852 | 70% | 190 | 257 | 16% | 17% | NA | 56.0x |
| Facebook, Inc. Class A | FB | $275.86 | $793,373 | 99,497 | 120,232 | 24% | 21% | 7.5x | 6.2x | 80,172 | 81% | 50,225 | 62,225 | 50% | 52% | 14.8x | 12.0x |
| | | | | | **Mean** | 33% | 29% | 16.1x | 12.2x | | | | | **Mean** | | 23.0x | 42.7x |
| | | | | | **Median** | 35% | 27% | 11.8x | 9.4x | | | | | **Median** | | 23.0x | 41.3x |
| **Healthcare Comparables** | | | | | | | | | | | | | | | | | |
| Ontrak, Inc. | OTRK | $65.05 | $1,068 | 175 | 293 | 100% | 68% | 6.2x | 3.7x | 78 | 45% | 9 | 32 | 5% | 11% | NA | 34.6x |
| Progyny, Inc. | PGNY | $29.35 | $2,453 | 540 | 790 | 60% | 46% | 4.4x | 3.0x | 108 | 20% | 57 | 97 | 11% | 12% | 41.4x | 24.3x |
| Livongo Health, Inc. | LVGO | $147.05 | $14,013 | 562 | 822 | 56% | 46% | 24.2x | 16.5x | 427 | 76% | 69 | 132 | 12% | 16% | NA | NA |
| SelectQuote Inc | SLQT | $19.56 | $1,907 | 805 | 1,076 | 51% | 34% | 2.3x | 1.7x | 547 | 68% | 210 | 287 | 26% | 27% | 8.8x | 6.4x |
| GoHealth Inc Class A | GOCO | $12.62 | $3,957 | 1,193 | 1,523 | 37% | 28% | 3.6x | 2.8x | 888 | 74% | 396 | 530 | 33% | 35% | 10.7x | 8.0x |
| Teladoc Health, Inc. | TDOC | $229.79 | $18,665 | 1,339 | 1,655 | 35% | 24% | 13.7x | 11.1x | 836 | 62% | 147 | 238 | 11% | 14% | NA | NA |
| eHealth, Inc. | EHTH | $81.76 | $2,006 | 833 | 1,068 | 28% | 28% | 2.2x | 1.7x | 816 | 98% | 201 | 314 | 24% | 29% | 9.2x | 5.9x |
| | | | | | **Mean** | 52% | 39% | 8.1x | 5.8x | | | | | **Mean** | | 17.5x | 15.9x |
| | | | | | **Median** | 51% | 34% | 4.4x | 3.0x | | | | | **Median** | | 10.0x | 8.0x |
| **GoodRx - RBC** | **GDRX** | **$49.99** | **$21,244** | **733** | **1,031** | **37%** | **41%** | **28.6x** | **20.4x** | **685** | **94%** | **231** | **351** | **31%** | **34%** | **NA** | **59.8x** |

Source: Company reports, FactSet, RBC Capital Markets estimates (for GoodRx only); Priced as of close on October 14th, 2020

October 18, 2020

**Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com     30

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 396**

## Risks to Rating and Price Target

Our investment view is driven by a number of factors and any material deviation from the following may add or diminish support for the stock price:

### Downside Investment Risks

1) **Concentration Risk of PBM Partners:** GoodRx's Revenue is highly concentrated in its top three PBM partners, and the PBM industry is inherently concentrated, creating risk for disruption if these relationships deteriorate.

2) **Competitive Landscape:** GoodRx faces risk from: 1) competition in its core Prescriptions market where its business model could potentially be replicated by a number of discount card peers; 2) pharmaceutical advertising and Telehealth space where the company faces a fragmented and highly competitive landscape; 3) potential disintermediation from the retail pharmacies that have the scale and marketing competency, should these companies decide to make a material expansion into the cash-pay space.

3) **Regulatory Complexity:** The U.S. healthcare industry faces ongoing regulatory scrutiny and pressure for reform, which could dislocate GoodRx's business model if the industry is disrupted.

4) **Lack of International Presence:** GoodRx currently generates all of its Revenue from the U.S., which may limit its growth without international expansion. In addition there is potential limitation to GoodRx's scalability and market opportunity outside of the U.S. due to differences in healthcare systems.

5) **Sustainability of Marketing-Driven Growth Strategy:** Advertising has consistently been GoodRx's largest opex item. GoodRx would need to demonstrate the ability to sustain premium growth and profitability while demonstrating operating leverage on Advertising and Sales and Marketing spend over time.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 397**



# The Business Model

## Revenue Model

GoodRx generates the vast majority of its Revenue from its Prescription offering whereby the company receives a 14-15% take rate on the GMV of the prescription filled using a GoodRx code. The company's Other Revenue includes subscription fees, advertising fees from pharmaceutical manufacturers, visits fees from its HeyDoctor telehealth offering, and payment by its Telehealth partners for generating traffic on its Telehealth Marketplace.

## Key Metric

### Monthly Active Consumers

Monthly Active Consumers is defined as the number of unique consumers who have used a GoodRx code to purchase a prescription in a given calendar month and have saved money compared to the list price of the medication. Monthly Active Consumers do not include subscribers to the subscription offerings, consumers of the pharmaceutical manufacturers' solutions offering, or consumers who used the telehealth offerings. Monthly Active Consumers for a period longer than a month represent the monthly average.

Exhibit 37: Summary of Historical Key Metrics

| Key Metrics | 2016 | 2017 | 2018 | 2019 |
|---|---|---|---|---|
| Revenue ($MM) | $99 | $157 | $250 | $388 |
| Y/Y | -- | 58% | 59% | 56% |
| Monthly Active Consumers (000) | $922 | $1,436 | $2,339 | $3,690 |
| Y/Y | -- | 56% | 63% | 58% |
| Total Revenue per MAC | $9.0 | $9.1 | $8.9 | $8.8 |
| Y/Y | -- | 2% | -3% | -1% |
| Gross Profit ($MM) | $98 | $154 | $243 | $374 |
| Gross Margin | 99% | 98% | 98% | 96% |
| Adj. EBITDA ($MM) | $30 | $63 | $128 | $160 |
| EBITDA Margin | 30% | 40% | 51% | 41% |

Source: RBC Capital Markets, GoodRx S-1

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 398**



## Revenue Projections

Below, we provide our Revenue build for GoodRx's business.

Exhibit 38: GoodRx Revenue Build

| GoodRx - Revenue Build | 2020E | | | | 2021E | | | | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1:20A | Q2:20A | Q3:20E | Q4:20E | Q1:21E | Q2:21E | Q3:21E | Q4:21E | 2019A | 2020E | 2021E | 2022E |
| **Revenue** | **133,408** | **123,295** | **135,144** | **144,276** | **160,132** | **174,039** | **188,738** | **210,000** | **388,224** | **536,123** | **732,909** | **1,030,648** |
| Y/Y Growth | 63.3% | 34.7% | 32.8% | 27.4% | 20.0% | 41.2% | 39.7% | 45.6% | 55.6% | 38.1% | 36.7% | 40.6% |
| Q/Q Growth | 17.8% | -7.6% | 9.6% | 6.8% | 11.0% | 8.7% | 8.4% | 11.3% | | | | |
| | | | | | | | | | | | | |
| **Prescription Transaction** | **123,017** | **109,548** | **119,624** | **126,598** | **139,042** | **149,238** | **159,845** | **176,743** | **364,582** | **478,787** | **624,869** | **836,554** |
| Y/Y Growth | 56.6% | 27.7% | 24.9% | 21.2% | 13.0% | 36.2% | 33.6% | 39.6% | 50.1% | 31.3% | 30.5% | 33.9% |
| Q/Q Growth | 17.8% | -10.9% | 9.2% | 5.8% | 9.8% | 7.3% | 7.1% | 10.6% | -- | -- | -- | -- |
| % of Total | 92.2% | 88.9% | 88.5% | 87.7% | 86.8% | 85.7% | 84.7% | 84.2% | 93.9% | 89.3% | 85.3% | 81.2% |
| | | | | | | | | | | | | |
| **Other Revenue** | **10,391** | **13,747** | **15,520** | **17,678** | **21,089** | **24,801** | **28,893** | **33,256** | **23,642** | **57,336** | **108,040** | **194,094** |
| Y/Y Growth | 229.9% | 138.8% | 160.9% | 101.2% | 103.0% | 80.4% | 86.2% | 88.1% | 257.6% | 142.5% | 88.4% | 79.7% |
| Q/Q Growth | 18.3% | 32.3% | 12.9% | 13.9% | 19.3% | 17.6% | 16.5% | 15.1% | -- | -- | -- | -- |
| % of Total | 7.8% | 11.1% | 11.5% | 12.3% | 13.2% | 14.3% | 15.3% | 15.8% | 6.1% | 10.7% | 14.7% | 18.8% |
| | | | | | | | | | | | | |
| **Monthly Active Consumers (MAC)** | **4,875** | **4,418** | **4,852** | **5,129** | **5,601** | **5,999** | **6,406** | **7,046** | **3,690** | **4,819** | **6,263** | **8,285** |
| Y/Y Growth | 52.9% | 25.8% | 28.1% | 20.1% | 14.9% | 35.8% | 32.0% | 37.4% | 57.8% | 30.6% | 30.0% | 32.3% |
| Q/Q Growth | 14.1% | -9.4% | 9.8% | 5.7% | 9.2% | 7.1% | 6.8% | 10.0% | | | | |
| Net Adds | 603 | (457) | 434 | 277 | 472 | 398 | 407 | 641 | 1,351 | 1,129 | 1,444 | 2,022 |
| | | | | | | | | | | | | |
| **Total Revenue per Active Monthly Consumer** | **$9.1** | **$9.3** | **$9.3** | **$9.4** | **$9.5** | **$9.7** | **$9.8** | **$9.9** | **$8.8** | **$9.3** | **$9.8** | **$10.4** |
| Y/Y Growth | 6.8% | 7.1% | 3.7% | 6.1% | 4.5% | 4.0% | 5.8% | 5.9% | -1.4% | 5.8% | 5.2% | 6.3% |
| Q/Q Growth | 3.2% | 2.0% | -0.2% | 1.0% | 1.6% | 1.5% | 1.6% | 1.2% | | | | |

Source: RBC Capital Markets estimates, GoodRx S-1

## Cost Drivers

Now that we've outlined GoodRx's Revenue drivers, below we highlight its key cost drivers.

### Cost of Revenue

Cost of Revenue consists primarily of costs related to outsourced consumer support, healthcare provider costs for HeyDoctor, personnel costs including salaries, benefits, bonuses and stock-based compensation expense for the company's consumer support employees, hosting and cloud costs, merchant account fees, processing fees and allocated overhead. Cost of revenue is largely driven by the growth of GoodRx's visitor and active consumer base, as well as its telehealth offerings.

Exhibit 39: GDRX Cost of Goods Sold ($000)

| ($ in 000) | 2016A | 2017A | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Cost of Goods Sold** | 1,230 | 3,075 | 6,035 | 14,032 | 29,929 | 47,454 | 69,466 | 99,432 | 132,098 |
| *Y/Y Growth* | | *150%* | *96%* | *133%* | *113%* | *59%* | *46%* | *43%* | *33%* |
| Gross Margin | 99% | 98% | 98% | 96% | 94% | 94% | 93% | 93% | 93% |

Source: RBC Capital Markets estimates, GoodRx S-1

### Product Development and Technology

Product Development and Technology consists primarily of personnel costs, including salaries, benefits, bonuses and stock-based compensation expense for employees involved in product development activities, third-party services and contractors related to product development, information technology and software-related costs, and allocated overhead. PD&T expenses are primarily driven by increases in headcount required to support and further develop various products.

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 399**

 

**GoodRx Holdings Inc**

Exhibit 40: GDRX Product Development & Technology Expense ($000)

| ($ in 000) | 2016A | 2017A | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Product Development & Technology** | 5,742 | 11,501 | 43,894 | 29,259 | 56,332 | 94,581 | 127,079 | 159,232 | 187,718 |
| *Y/Y Growth* | | *100%* | *282%* | *-33%* | *93%* | *68%* | *34%* | *25%* | *18%* |
| % of Revenue | 6% | 7% | 18% | 8% | 11% | 13% | 12% | 11% | 10% |

Source: RBC Capital Markets estimates, GoodRx S-1

## Sales and Marketing

Sales & Marketing consists primarily of advertising and marketing expenses for consumer acquisition and retention, as well as personnel costs, including salaries, benefits, bonuses, stock-based compensation expense and sales commissions for sales and marketing employees, third-party services and contractors, and allocated overhead. Over the near to medium term, the company expects to continue increasing its spending on sales and marketing.

Exhibit 41: GDRX Sales & Marketing Expense ($000)

| ($ in 000) | 2016A | 2017A | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **Sales & Marketing** | 60,503 | 78,278 | 104,177 | 176,943 | 251,632 | 349,935 | 486,260 | 634,686 | 792,404 |
| *Y/Y Growth* | | *29%* | *33%* | *70%* | *42%* | *39%* | *39%* | *31%* | *25%* |
| % of Revenue | 61% | 50% | 42% | 46% | 47% | 48% | 47% | 45% | 43% |

Source: RBC Capital Markets estimates, GoodRx S-1

## General and Administrative

G&A consists primarily of personnel costs including salaries, benefits, bonuses and stock-based compensation expense for executive, finance, accounting, legal, and human resources functions, as well as professional fees, occupancy costs, and other general overhead costs. The company expects to incur additional general and administrative costs in compliance, legal, investor relations, insurance, and professional services following the completion of this offering related to its compliance and reporting obligations as a public company. The company also expects to incur additional general and administrative costs in connection with the vesting and settlement of RSUs and Founders Awards in particular.

Exhibit 42: GDRX G&A Expense – excluding 1x Charitable Donation & Founders Awards ($000)

| ($ in 000) | 2016A | 2017A | 2018A | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|
| **General & Administrative** | 60,503 | 78,278 | 104,177 | 176,943 | 251,632 | 349,935 | 486,260 | 634,686 | 792,404 |
| *Y/Y Growth* | | *29%* | *33%* | *70%* | *42%* | *39%* | *39%* | *31%* | *25%* |
| % of Revenue | 61% | 50% | 42% | 46% | 47% | 48% | 47% | 45% | 43% |

Source: RBC Capital Markets estimates, GoodRx S-1

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 400**

 Capital Markets

## Long-Term Target Model

Below, we detail the company's long-term financial model and its long-term margin structure. Overall, GoodRx margins are at a relatively mature state compared to management's Steady State targets, with ~5-pts of deleverage on Gross Margin compared to 1H:20 due to Revenue mix-shift, ~1-pt of deleverage for Product Dev & Tech and G&A, while the most significant operating leverage would be reflected in Sales & Marketing, with ~9% of improvement from 1H:20. Overall EBITDA Margin remains steady longer term. We view these long-term targets as reasonable, based on a comparison of business with similar business models.

Exhibit 43: GoodRx's Target Financial Model

|  | 2019A | 1H:20A | 2024E | Steady State Goal |
|---|---|---|---|---|
| **Revenue Growth** | 56% | 48% | 31% | |
| **Gross Margin** | 96% | 95% | 93% | ~90% |
| **Operating Expenses:** | | | | |
| Product Dev & Tech | 7% | 8% | 8% | ~9% |
| Sales & Marketing | 45% | 44% | 41% | ~35% |
| G&A | 3% | 4% | 4% | ~5% |
| **Adj. EBITDA Margin** | 41% | 39% | 40% | ~41% |

Source: RBC Capital Markets estimates, Company presentation

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 401**



# Management Team

Exhibit 44: GDRX Management Team

| | |
|---|---|
| **Doug Hirsch**<br>**Co-CEO and Founder** | Mr. Hirsch is a co-founder and CEO of GoodRx. Mr. Hirsch has served as a member of the board of directors since founding in September 2011, and Co-CEO since January 2015. Prior to founding, Mr. Hirsch served as CEO at DailyStrength, Inc., a healthcare-focused social network centered on support groups, and previously held senior roles at Facebook, Inc., and Yahoo! Inc. Mr. Hirsch holds a B.A. in Political Science from Tufts University. |
| **Trevor Bezdek**<br>**Co-CEO and Founder** | Trevor Bezdek is a co-founder and has served as Co-CEO of GoodRx since January 2015, and served as a member of board of directors since founding in September 2011. Mr. Bezdek also serves as President and CEO of two of GoodRx's wholly-owned subsidiaries. Previously, Mr. Bezdek served as Managing Partner at Tryarc, LLC, an IT consulting firm, and co-founded Bioware, a community for biologists and scientists. Mr. Bezdek holds a B.S. in Biological Sciences from Stanford University. |
| **Karsten Voermann**<br>**CFO** | Mr. Voermann has served as CFO of GoodRx since March 2020. From May 2018 to February 2020, Mr. Voermann served as CFO of Mercer Advisors, an investment advisory services firm, previously served as CFO of Ibotta, an app-based provider of consumer discounts on consumer packaged goods and other items, and has over 20 years of financial experience with public and private companies. Mr. Voermann holds an H.B.A. in Business from the University of Western Ontario and an M.B.A. from Harvard Business School. |
| **Andrew Slutsky**<br>**President, Consumer** | Mr. Slutsky has served as President, Consumer since October 2019 and has been at GoodRx since February 2012 and was the third employee. From 2011 to 2012, Mr. Slutsky served as a Senior Marketing Manager at RentTheRunway, an internet clothing company, and previously as a Director of Loeb Enterprises, a venture capital company, where he launched digital marketing for Loeb Enterprises' early pharmacy discount program. Mr. Slutsky holds a B.A. in Political Science from Amherst College. |
| **Bansi Nagji**<br>**President, Healthcare** | Mr. Nagji has served as President, Healthcare since June 2020. Previously, Mr. Nagji served for more than 5 years as the EVP and Chief Strategy and Business Development Officer at McKesson Corporation, a global leader in healthcare supply chain management solutions and retail pharmacy. Prior to McKesson Corporation, Mr. Nagji served as a Principal of Deloitte Consulting, and as the Global Leader of Monitor Deloitte. Mr. Nagji previously worked for almost 20 years at Monitor Group, a global strategy consulting firm, and served as a senior partner and President of the firm when it merged with Deloitte. Mr. Nagji received B.A. and M.A. degrees from Cambridge University and an M.B.A. with Distinction from INSEAD. |
| **Babak Azad**<br>**CMO & SVP, Marketing & Communications** | Mr. Azad has served as Chief Marketing Officer and SVP, Marketing & Communications since October 2019. Mr. Azad is the Founder of Round 2 Ventures, LLC, a marketing consulting business, focused on marketing activities of various clients, including GoodRx from June 2017 to October 2019. Prior to this, Mr. Azad served as a SVP of Media and Customer Acquisition for Beachbody, LLC, a developer of health and fitness related products. Mr. Azad holds a B.S. in Mathematics from MIT and an M.B.A. from the Stanford Graduate School of Business. |

Source: GoodRx S-1

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 402**



**GoodRx Holdings Inc**

**GoodRx - Income Statement**

*(in $ thousands, except EPS)*

| | 2019A | | | | 2020E | | | | 2021E | | | | 2019A | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1:19A | Q2:19A | Q3:19A | Q4:19A | Q1:20A | Q2:20A | Q3:20E | Q4:20E | Q1:21E | Q2:21E | Q3:21E | Q4:21E | | | | | |
| Revenue | 81,688.8 | 91,534.6 | 101,744.5 | 113,256.0 | 133,408.2 | 123,294.9 | 135,144.0 | 144,275.7 | 160,131.8 | 174,039.0 | 188,738.3 | 209,999.7 | 388,223.9 | 536,122.8 | 732,909.1 | 1,030,648.0 | 1,400,455.4 |
| | | | | | | | | | | | | | | | | | |
| Cost of Goods Sold | 2,900.0 | 3,142.0 | 3,395.0 | 4,595.0 | 6,019.0 | 6,824.0 | 7,851.9 | 9,233.6 | 10,408.6 | 11,138.5 | 12,362.4 | 13,545.0 | 14,032.0 | 29,928.5 | 47,454.4 | 69,465.7 | 99,432.3 |
| | | | | | | | | | | | | | | | | | |
| **Gross Profit** | 78,788.8 | 88,392.6 | 98,349.5 | 108,661.0 | 127,389.2 | 116,470.9 | 127,292.1 | 135,042.0 | 149,723.2 | 162,900.8 | 176,375.9 | 196,454.7 | 374,191.9 | 506,194.3 | 685,454.6 | 961,182.3 | 1,301,023.1 |
| | | | | | | | | | | | | | | | | | |
| **Operating Expenses** | 50,792.0 | 50,321.0 | 60,502.0 | 72,891.0 | 83,719.0 | 74,734.0 | 199,216.8 | 405,657.3 | 142,944.1 | 145,140.0 | 150,438.1 | 162,278.9 | 234,506.0 | 763,327.1 | 600,801.1 | 743,595.3 | 918,457.8 |
| Product Development & Technology | 5,600.0 | 5,997.0 | 7,843.0 | 9,819.0 | 10,325.0 | 11,962.0 | 15,001.0 | 19,044.4 | 20,945.2 | 22,364.1 | 24,900.2 | 26,371.8 | 29,259.0 | 56,332.4 | 94,581.3 | 127,078.9 | 159,231.8 |
| Sales & Marketing | 39,900.0 | 37,766.0 | 44,949.0 | 54,328.0 | 63,162.0 | 51,920.0 | 66,288.1 | 70,262.3 | 77,103.4 | 82,999.0 | 88,612.6 | 101,219.6 | 176,943.0 | 251,632.4 | 349,935.3 | 486,259.7 | 634,686.4 |
| General & Administrative | 2,630.0 | 3,435.0 | 4,101.0 | 4,527.0 | 5,887.0 | 6,332.0 | 8,588.4 | 10,027.2 | 11,462.2 | 11,796.4 | 12,596.4 | 12,994.8 | 14,693.0 | 30,834.6 | 48,849.8 | 59,262.3 | 71,843.4 |
| Depreciation & Amortization | 2,662.0 | 3,123.0 | 3,609.0 | 4,217.0 | 4,345.0 | 4,520.0 | 4,676.0 | 2,957.7 | 3,891.2 | 4,368.4 | 4,794.0 | 5,271.0 | 13,611.0 | 16,498.6 | 18,324.5 | 27,003.0 | 32,350.5 |
| **Operating Income** | 27,996.8 | 38,071.6 | 37,847.5 | 35,770.0 | 43,670.2 | 41,736.9 | (71,924.7) | (270,615.3) | 6,779.1 | 17,760.8 | 25,937.9 | 34,175.8 | 139,685.9 | (257,132.8) | 84,653.5 | 217,587.0 | 382,565.3 |
| | | | | | | | | | | | | | | | | | |
| Depreciation & Amortization | 2,662.0 | 3,123.0 | 3,609.0 | 4,217.0 | 4,345.0 | 4,520.0 | 4,676.0 | 2,957.7 | 3,891.2 | 4,368.4 | 4,794.0 | 5,271.0 | 13,611.0 | 16,498.6 | 18,324.5 | 27,003.0 | 32,350.5 |
| Stock Based Compensation | 832.0 | 900.0 | 956.0 | 1,055.0 | 2,210.0 | 2,121.0 | 5,567.9 | 5,046.8 | 6,916.1 | 8,192.0 | 10,005.0 | 11,529.0 | 3,743.0 | 14,945.7 | 36,642.1 | 61,014.4 | 84,307.4 |
| Financing & Acquisition Related Expenses | 550.0 | 400.0 | 770.0 | 905.0 | 1,581.0 | 968.0 | 1,060.0 | 460.0 | 460.0 | 460.0 | 460.0 | 460.0 | 2,625.0 | 4,069.0 | 1,840.0 | 1,200.0 | 0.0 |
| **Adjusted EBITDA** | 32,040.8 | 42,494.6 | 43,182.5 | 41,947.0 | 51,806.2 | 49,345.9 | 44,042.6 | 41,215.0 | 47,588.4 | 54,393.1 | 60,731.7 | 67,857.3 | 159,664.9 | 186,409.7 | 230,570.4 | 350,795.8 | 519,568.9 |
| | | | | | | | | | | | | | | | | | |
| Other Expense (Income), Net | 0.0 | 0.0 | 0.0 | 7,846.0 | (0.5) | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7,846.0 | (2.1) | 0.0 | 0.0 | 0.0 |
| Interest Expense (Income), Net | 13,269.0 | 13,101.0 | 12,503.0 | 9,982.0 | 8,563.0 | 6,754.0 | 6,350.0 | 6,258.0 | 6,099.0 | 6,073.0 | 6,042.0 | 6,008.0 | 48,855.0 | 27,925.0 | 24,222.0 | 23,700.0 | 22,900.0 |
| Earnings Before Taxes | 14,727.8 | 24,970.6 | 25,344.5 | 17,942.0 | 35,107.7 | 34,984.5 | (78,274.7) | (276,873.3) | 680.1 | 11,687.8 | 19,895.9 | 28,167.8 | 82,984.9 | (285,055.7) | 60,431.5 | 193,887.0 | 359,665.3 |
| Income Tax | 3,200.0 | 5,316.0 | 5,726.0 | 2,712.0 | 7,766.0 | 7,661.0 | 5,937.4 | (1,350.2) | 6,800.0 | 8,118.9 | 9,069.1 | 10,255.5 | 16,954.0 | 20,014.3 | 34,243.5 | 54,712.0 | 87,402.5 |
| **Net Income** | 11,527.8 | 19,654.6 | 19,618.5 | 15,230.0 | 27,341.7 | 27,323.5 | (84,212.1) | (275,523.1) | (6,119.9) | 3,568.9 | 10,826.8 | 17,912.3 | 66,030.9 | (305,069.9) | 26,188.0 | 139,175.0 | 272,262.7 |
| | | | | | | | | | | | | | | | | | |
| **GAAP EPS** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | (0.3) | (0.7) | (0.0) | 0.0 | 0.0 | 0.0 | 0.0 | (0.9) | 0.1 | 0.3 | 0.6 |
| | | | | | | | | | | | | | | | | | |
| Weighted Average Shares Outstanding | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 245,000.0 | 410,000.0 | 414,100.0 | 418,241.0 | 422,423.4 | 426,647.6 | 0.0 | 327,500.0 | 420,353.0 | 435,065.4 | 450,292.7 |
| Fully Diluted Weighted Average Shares Outstar | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 265,000.0 | 425,000.0 | 429,250.0 | 433,542.5 | 437,877.9 | 442,256.7 | 0.0 | 345,000.0 | 435,731.8 | 450,982.4 | 466,766.8 |
| | | | | | | | | | | | | | | | | | |
| **Growth Rates** | | | | | | | | | | | | | | | | | |
| Revenue (Y/Y) | 0.0% | 0.0% | 0.0% | 0.0% | 63.3% | 34.7% | 32.8% | 27.4% | 20.0% | 41.2% | 39.7% | 45.6% | 55.6% | 38.1% | 36.7% | 40.6% | 35.9% |
| Revenue (Q/Q) | 0.0% | 12.1% | 11.2% | 11.3% | 17.8% | -7.6% | 9.6% | 6.8% | 11.0% | 8.7% | 8.4% | 11.3% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Gross Profit (Y/Y) | 0.0% | 0.0% | 0.0% | 0.0% | 61.7% | 31.8% | 29.4% | 24.3% | 17.5% | 39.9% | 38.6% | 45.5% | 53.7% | 35.3% | 35.4% | 40.2% | 35.4% |
| Adjusted EBITDA (Y/Y) | 0.0% | 0.0% | 0.0% | 0.0% | 61.7% | 16.1% | 2.0% | -1.7% | -8.1% | 10.2% | 37.9% | 64.6% | 25.1% | 16.8% | 23.7% | 52.1% | 48.1% |
| | | | | | | | | | | | | | | | | | |
| **Margin Analysis** | | | | | | | | | | | | | | | | | |
| Gross Margin | 96.4% | 96.6% | 96.7% | 95.9% | 95.5% | 94.5% | 94.2% | 93.6% | 93.5% | 93.6% | 93.5% | 93.6% | 96.4% | 94.4% | 93.5% | 93.3% | 92.9% |
| Gross Margin (Y/Y) | 0.0% | 0.0% | 0.0% | 0.0% | -1.0% | -2.1% | -2.5% | -2.3% | -2.0% | -0.9% | -0.7% | -0.1% | -1.2% | -2.0% | -0.9% | -0.3% | -0.4% |
| Incremental Gross Margin | 0.0% | 0.0% | 0.0% | 0.0% | 94.0% | 88.4% | 86.7% | 85.0% | 83.6% | 91.5% | 91.6% | 93.4% | 94.2% | 89.3% | 91.1% | 92.6% | 91.9% |
| Adjusted EBITDA Margin | 39.2% | 46.4% | 42.4% | 37.0% | 38.8% | 40.0% | 32.6% | 28.6% | 29.7% | 31.3% | 32.2% | 32.3% | 41.1% | 34.8% | 31.5% | 34.0% | 37.1% |
| Incremental Adj. EBITDA Margin | 0.0% | 0.0% | 0.0% | 0.0% | 38.2% | 21.6% | 2.6% | -2.4% | -15.8% | 9.9% | 31.1% | 40.5% | 23.1% | 18.1% | 22.4% | 40.4% | 45.6% |
| Product Development & Technology | 6.9% | 6.6% | 7.7% | 8.7% | 7.7% | 9.7% | 11.1% | 13.2% | 13.1% | 12.9% | 13.2% | 12.6% | 7.5% | 10.5% | 12.9% | 12.3% | 11.4% |
| Sales & Marketing | 48.8% | 41.3% | 44.2% | 48.0% | 47.3% | 42.1% | 49.1% | 48.7% | 48.2% | 47.7% | 47.0% | 48.2% | 45.6% | 46.9% | 47.7% | 47.2% | 45.3% |
| General & Administrative | 3.2% | 3.8% | 4.0% | 4.0% | 4.4% | 5.1% | 6.4% | 7.0% | 7.2% | 6.8% | 6.7% | 6.2% | 3.8% | 5.8% | 6.7% | 5.8% | 5.1% |
| Depreciation & Amortization | 3.3% | 3.4% | 3.5% | 3.7% | 3.3% | 3.7% | 3.5% | 2.1% | 2.4% | 2.5% | 2.5% | 2.5% | 3.5% | 3.1% | 2.5% | 2.6% | 2.3% |
| Stock Based Compensation (% of Revenue) | 1.0% | 1.0% | 0.9% | 0.9% | 1.7% | 1.7% | 4.1% | 3.5% | 4.3% | 4.7% | 5.3% | 5.5% | 1.0% | 2.8% | 5.0% | 5.9% | 6.0% |
| Tax Rate | 21.7% | 21.3% | 22.6% | 15.1% | 22.1% | 21.9% | 22.5% | 22.5% | 22.5% | 23.0% | 23.0% | 23.0% | 20.4% | -7.0% | 56.7% | 23.0% | 23.0% |

Source: Company Reports, RBC Capital Markets Estimates

October 18, 2020

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    37

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 403**



GoodRx Holdings Inc

| GoodRx - Balance Sheet | 2019A | | | | 2020E | | | | 2021E | | | | 2019A | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Q1:19A | Q2:19A | Q3:19A | Q4:19A | Q1:20A | Q2:20A | Q3:20E | Q4:20E | Q1:21E | Q2:21E | Q3:21E | Q4:21E | 2019A | 2020E | 2021E | 2022E | 2023E |
| **Total Assets** | **340,722** | **364,504** | **383,141** | **386,796** | **469,224** | **502,433** | **1,343,814** | **1,075,135** | **1,054,764** | **1,062,175** | **1,085,687** | **1,117,914** | **386,796** | **1,075,135** | **1,117,914** | **1,326,681** | **1,696,445** |
| **Current Assets** | **94,265** | **105,385** | **107,161** | **86,582** | **171,014** | **200,434** | **1,027,889** | **753,788** | **732,971** | **739,986** | **763,648** | **795,764** | **86,582** | **753,788** | **795,764** | **1,005,721** | **1,373,945** |
| Cash & Cash Equivalents | 51,953 | 62,730 | 59,685 | 26,050 | 95,837 | 126,625 | 948,275 | 668,795 | 639,385 | 639,882 | 656,801 | 675,948 | 26,050 | 668,795 | 675,948 | 839,218 | 1,145,925 |
| Accounts receivable, net | | | | 48,129 | 60,193 | 58,782 | 63,143 | 67,409 | 74,069 | 78,892 | 83,844 | 94,222 | 48,129 | 67,409 | 94,222 | 130,512 | 179,114 |
| Prepaid expenses and other current assets | | | | 12,403 | 14,984 | 15,027 | 16,471 | 17,584 | 19,517 | 21,212 | 23,003 | 25,594 | 12,403 | 17,584 | 25,594 | 35,992 | 48,906 |
| Other Current Assets | 42,312 | 42,655 | 47,476 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Long-Term Assets** | **246,457** | **259,119** | **275,980** | **300,214** | **298,210** | **301,999** | **315,925** | **321,347** | **321,793** | **322,189** | **322,040** | **322,150** | **300,214** | **321,347** | **322,150** | **320,960** | **322,500** |
| Property & Equipment, net | 1,292 | 1,521 | 1,638 | 1,860 | 2,299 | 5,229 | 18,996 | 24,443 | 23,807 | 23,071 | 22,327 | 21,683 | 1,860 | 24,443 | 21,683 | 21,407 | 21,123 |
| Goodwill | | | | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 | 236,225 |
| Intangible assets, net | | | | 21,267 | 17,857 | 14,576 | 11,576 | 8,576 | 7,576 | 7,576 | 7,576 | 7,576 | 21,267 | 8,576 | 7,576 | 7,576 | 7,576 |
| Capitalized software, net | | | | 5,178 | 7,622 | 10,959 | 15,117 | 19,192 | 22,374 | 24,607 | 26,301 | 27,856 | 5,178 | 19,192 | 27,856 | 29,941 | 33,765 |
| Operating lease right-of-use assets | | | | 32,315 | 31,362 | 30,280 | 29,280 | 28,180 | 27,080 | 25,980 | 24,880 | 24,080 | 32,315 | 28,180 | 24,080 | 21,080 | 19,080 |
| Deferred tax assets, net | | | | 2,207 | 1,687 | 1,687 | 1,687 | 1,687 | 1,687 | 1,687 | 1,687 | 1,687 | 2,207 | 1,687 | 1,687 | 1,687 | 1,687 |
| Other assets | | | | 1,162 | 1,158 | 3,043 | 3,043 | 3,043 | 3,043 | 3,043 | 3,043 | 3,043 | 1,162 | 3,043 | 3,043 | 3,043 | 3,043 |
| Other Non-Current Assets | 245,165 | 257,598 | 274,342 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | |
| **Total Liabilities** | **753,438** | **754,889** | **750,480** | **737,370** | **789,258** | **792,159** | **784,127** | **787,578** | **765,321** | **760,632** | **763,274** | **765,861** | **737,370** | **787,578** | **765,861** | **777,532** | **791,246** |
| **Current Liabilities** | **26,938** | **33,983** | **28,819** | **33,373** | **56,244** | **60,027** | **53,858** | **59,275** | **67,286** | **64,067** | **68,211** | **72,293** | **33,373** | **59,275** | **72,293** | **89,686** | **109,559** |
| Accounts payable | | | | 7,851 | 15,105 | 8,604 | 9,431 | 10,068 | 11,175 | 12,145 | 13,171 | 14,655 | 7,851 | 10,068 | 14,655 | 20,608 | 28,002 |
| Accrued expenses and other current liabilities | | | | 15,556 | 31,177 | 41,114 | 34,250 | 39,123 | 46,028 | 42,022 | 45,571 | 48,169 | 15,556 | 39,123 | 48,169 | 59,609 | 72,088 |
| Current Portion of Long Term Debt | 5,430 | 5,430 | 5,430 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 | 7,029 |
| Operating lease liabilities, current | | | | 2,937 | 2,933 | 3,280 | 3,149 | 3,054 | 3,054 | 2,871 | 2,440 | 2,440 | 2,937 | 3,054 | 2,440 | 2,440 | 2,440 |
| Accrued interest | | | | | | | | | | | | | | | | 0 | 0 |
| Current Liabilities | 21,508 | 28,553 | 23,389 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | | | | | | | | | | | | | | | | | |
| **Long Term Liabilities** | **726,500** | **720,906** | **721,661** | **703,997** | **733,014** | **732,132** | **730,269** | **728,303** | **698,035** | **696,565** | **695,063** | **693,568** | **703,997** | **728,303** | **693,568** | **687,846** | **681,687** |
| Debt, net | 716,252 | 709,699 | 709,168 | 663,893 | 690,891 | 689,892 | 689,029 | 688,163 | 659,295 | 658,425 | 657,553 | 656,678 | 663,893 | 688,163 | 656,678 | 653,156 | 649,597 |
| Operating lease liabilities, net of current portion | | | | | 36,688 | 36,088 | 35,088 | 33,988 | 32,588 | 31,988 | 31,358 | 30,738 | 0 | 33,988 | 30,738 | 28,738 | 26,338 |
| Deferred tax liabilities, net | | | | | 1,772 | 1,772 | 1,772 | 1,772 | 1,772 | 1,772 | 1,772 | 1,772 | 0 | 1,772 | 1,772 | 1,772 | 1,772 |
| Other Liabilities | 10,248 | 11,207 | 12,493 | 40,104 | 3,663 | 4,380 | 4,380 | 4,380 | 4,380 | 4,380 | 4,380 | 4,380 | 40,104 | 4,380 | 4,380 | 4,180 | 3,980 |
| | | | | | | | | | | | | | | | | | |
| **Total Equity** | **(412,716)** | **(390,386)** | **(367,338)** | **(350,574)** | **(320,034)** | **(289,726)** | **559,686** | **287,557** | **289,443** | **301,543** | **322,413** | **352,053** | **(350,574)** | **287,557** | **352,053** | **549,149** | **905,199** |

Source: Company Reports, RBC Capital Markets Estimates

October 18, 2020

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    38

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 404**

**RBC Capital Markets**

**GoodRx Holdings Inc**

**GoodRx - Statement Of Cash Flows**

| | Q1:19A | Q2:19A | Q3:19A | Q4:19A | Q1:20A | Q2:20A | Q3:20E | Q4:20E | Q1:21E | Q2:21E | Q3:21E | Q4:21E | 2019A | 2020E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income | 11,528 | 19,655 | 19,618 | 15,230 | 27,342 | 27,324 | (84,212) | (275,523) | (6,120) | 3,569 | 10,827 | 17,912 | 66,031 | (305,070) | 26,188 | 139,175 | 272,263 |
| Depreciation & Amortization | 2,662 | 3,123 | 3,609 | 4,217 | 4,345 | 4,520 | 4,676 | 2,958 | 3,891 | 4,368 | 4,794 | 5,271 | 13,611 | 16,499 | 18,325 | 27,003 | 32,351 |
| Amortization of debt issuance costs | | | | | 783 | 813 | 813 | 813 | 813 | 813 | 813 | 813 | 0 | 3,222 | 3,252 | 2,252 | 2,252 |
| Non-cash operating lease expense | | | | | 1,152 | 1,080 | 980 | 980 | 980 | 980 | 980 | 980 | 0 | 4,192 | 3,920 | 2,920 | 2,920 |
| Loss on extinguishment of debt | 0 | 0 | 0 | 4,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,900 | 0 | 0 | 0 | 0 |
| Stock based compensation | 832 | 900 | 956 | 1,055 | 2,210 | 2,121 | 5,568 | 5,047 | 6,916 | 8,192 | 10,005 | 11,529 | 3,743 | 14,946 | 36,642 | 61,014 | 84,307 |
| Other non-cash expenses | 405 | 1,356 | 1,465 | (4,212) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (986) | 0 | 0 | 0 | 0 |
| Deferred income taxes | | | | | 2,292 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,292 | 0 | 0 | 0 |
| Other operating activities | (2,411) | (918) | 830 | 5,422 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,924 | 0 | 0 | 0 | 0 |
| Net change in operating assets and liabilities | 6,477 | 6,702 | (9,985) | (10,101) | 7,464 | 2,361 | (11,973) | 37 | (581) | (9,737) | (2,599) | (8,887) | (6,907) | (2,111) | (21,805) | (29,294) | (41,644) |
| Accounts receivable | | | | | (12,064) | 1,411 | (4,361) | (4,267) | (6,660) | (4,823) | (4,952) | (10,378) | 0 | (19,280) | (26,813) | (36,290) | (48,602) |
| Prepaid expenses and other assets | | | | | (2,821) | (1,131) | (1,444) | (1,113) | (1,933) | (1,695) | (1,791) | (2,591) | 0 | (6,509) | (8,010) | (10,398) | (12,914) |
| Accounts payable | | | | | 7,254 | (6,501) | 827 | 637 | 1,106 | 971 | 1,026 | 1,484 | 0 | 2,217 | 4,586 | 5,953 | 7,394 |
| Accrued expenses and other current liabilities | | | | | 15,501 | 7,663 | (6,864) | 4,874 | 6,905 | (4,007) | 3,549 | 2,598 | 0 | 21,173 | 9,046 | 11,440 | 12,479 |
| Operating lease liabilities | | | | | (427) | 203 | (131) | (94) | 0 | (183) | (431) | 0 | 0 | (450) | (614) | 0 | 0 |
| Other liabilities | | | | | 21 | 716 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 737 | 0 | 0 | 0 |
| Current assets | (3,841) | (343) | (4,821) | (13,056) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (22,061) | 0 | 0 | 0 | 0 |
| Current liabilities | 10,318 | 7,045 | (5,164) | 2,955 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 15,154 | 0 | 0 | 0 | 0 |
| **Net Cash From Operations** | **19,493** | **30,818** | **16,494** | **16,511** | **45,588** | **38,219** | **(84,149)** | **(265,689)** | **5,899** | **8,185** | **24,819** | **27,618** | **83,316** | **(266,031)** | **66,522** | **203,070** | **352,449** |
| | | | | | | | | | | | | | | | | | |
| Purchase of property and equipment | (380) | (297) | (314) | (432) | (674) | (1,106) | (13,767) | (7,047) | (264) | (264) | (156) | (256) | (1,423) | (22,594) | (940) | (3,724) | (3,716) |
| Acquisitions, net of cash acquired | 0 | (12,606) | (18,708) | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (31,306) | 0 | 0 | 0 | 0 |
| Capitalized software | (660) | (1,362) | (958) | (1,336) | (2,733) | (3,807) | (4,557) | (4,987) | (5,287) | (5,667) | (5,987) | (6,457) | (4,317) | (16,083) | (23,397) | (29,097) | (34,997) |
| **Net Cash From Investments** | **(1,040)** | **(14,266)** | **(19,980)** | **(1,760)** | **(3,407)** | **(4,913)** | **(18,324)** | **(12,034)** | **(5,551)** | **(5,931)** | **(6,143)** | **(6,713)** | **(37,046)** | **(38,677)** | **(24,337)** | **(32,821)** | **(38,713)** |
| | | | | | | | | | | | | | | | | | |
| Long-term debt | (1,360) | (7,363) | (1,363) | (49,359) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (59,444) | 0 | 0 | 0 | 0 |
| Proceeds from line of credit | | | | | 28,000 | 0 | 0 | 0 | (28,000) | 0 | 0 | 0 | 0 | 28,000 | (28,000) | 0 | 0 |
| Proceeds from long-term debt | | | | | | | | | | | | | 0 | 0 | 0 | | |
| Payments on long-term debt | | | | | (1,757) | (1,758) | (1,758) | (1,758) | (1,758) | (1,758) | (1,758) | (1,758) | 0 | (7,031) | (7,032) | (7,029) | (7,029) |
| Issuance of preferred stock, net | | | | | | | | | | | | | 0 | 0 | 0 | | |
| Issuance of common stock | | | | | | | 925,900 | | | | | | 0 | 925,900 | 0 | | |
| Payment of debt issuance costs and prepayment penalty | | | | | 0 | (1,306) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1,306) | 0 | | |
| Dividends paid | | | | | | | | | | | | | 0 | 0 | 0 | | |
| Proceeds from exercise of stock options | | | | | 692 | 531 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,223 | 0 | | |
| Proceeds from early exercise of stock options | | | | | 667 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 667 | 0 | | |
| Other financing activities | 260 | 1,623 | 1,802 | 973 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,659 | 0 | 0 | 0 | 0 |
| **Net Cash From Financing** | **(1,100)** | **(5,739)** | **440** | **(48,386)** | **27,602** | **(2,533)** | **924,142** | **(1,758)** | **(29,758)** | **(1,758)** | **(1,758)** | **(1,758)** | **(54,785)** | **947,453** | **(35,032)** | **(7,029)** | **(7,029)** |
| | | | | | | | | | | | | | | | | | |
| Net Change in Cash & Equivalents | 17,353 | 10,813 | (3,046) | (33,635) | 69,783 | 30,773 | 821,669 | (279,480) | (29,409) | 496 | 16,919 | 19,147 | (8,515) | 642,745 | 7,153 | 163,221 | 306,707 |
| Cash & Cash Equivalents (BOP) | 34,600 | 51,953 | 62,730 | 59,685 | 26,050 | 95,833 | 126,606 | 948,275 | 668,795 | 639,385 | 639,882 | 656,801 | 34,614 | 26,099 | 668,844 | 675,997 | 839,218 |
| **Cash & Cash Equivalents (EOP)** | **51,953** | **62,766** | **59,684** | **26,050** | **95,833** | **126,606** | **948,275** | **668,795** | **639,385** | **639,882** | **656,801** | **675,948** | **26,099** | **668,844** | **675,997** | **839,218** | **1,145,925** |
| | | | | | | | | | | | | | | | | | |
| PPE as % Of Revenue | 0.5% | 0.3% | 0.3% | 0.4% | 0.5% | 0.9% | 10.2% | 4.9% | 0.2% | 0.2% | 0.1% | 0.1% | 0.4% | 4.2% | 0.1% | 0.4% | 0.3% |

Source: Company Reports, RBC Capital Markets Estimates

October 18, 2020

**Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    39

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 405**



## Required disclosures

### Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/ DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

A member company of RBC Capital Markets or one of its affiliates managed or co-managed a public offering of securities for GoodRx Holdings Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates received compensation for investment banking services from GoodRx Holdings Inc in the past 12 months.

A member company of RBC Capital Markets or one of its affiliates expects to receive or intends to seek compensation for investment banking services from GoodRx Holdings Inc in the next three months.

RBC Capital Markets, LLC makes a market in the securities of GoodRx Holdings Inc.

RBC Capital Markets is currently providing GoodRx Holdings Inc with investment banking services.

RBC Capital Markets has provided GoodRx Holdings Inc with investment banking services in the past 12 months.

### Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.
**Ratings**
**Outperform (O):** Expected to materially outperform sector average over 12 months.
**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.
**Underperform (U):** Returns expected to be materially below sector average over 12 months.
**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.
**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.
As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.
**Risk Rating**
The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

October 18, 2020                    **Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com    40

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 406**



## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.



| Distribution of ratings RBC Capital Markets, Equity Research As of 30-Sep-2020 | | | Investment Banking Serv./Past 12 Mos. | |
|---|---|---|---|---|
| Rating | Count | Percent | Count | Percent |
| BUY [Outperform] | 788 | 52.96 | 248 | 31.47 |
| HOLD [Sector Perform] | 619 | 41.60 | 135 | 21.81 |
| SELL [Underperform] | 81 | 5.44 | 11 | 13.58 |



**Rating and price target history for: GoodRx Holdings Inc, GDRX US as of 16-Oct-2020 (in USD)**

Legend:
TP: Top Pick; O: Outperform; SP: Sector Perform; U: Underperform; R: Restricted; I: Initiation of Research Coverage; D: Discontinuation of Research Coverage; NR: Not Rated; NA: Not Available; RL: Recommended List - RL: On: Refers to date a security was placed on a recommended list, while RL Off: Refers to date a security was removed from a recommended list; Rtg: Rating.

Created by: BlueMatrix

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**GoodRx Holdings Inc**

**Valuation**

Our price target of $55 is based on a blended average of 25x EV/Sales multiple on our 2022 Revenue estimate of $1.0B and a 58x EV/EBITDA multiple on our 2022 Adj. EBITDA estimate of $351MM. We believe GDRX's 3-yr ('20-'23E) Revenue CAGR of 38% and 3-yr EBITDA CAGR of 41% support our multiples and price target. Our price target supports our Sector Perform rating.

October 18, 2020                    **Mark S.F. Mahaney,** (415) 633-8608; mark.mahaney@rbccm.com    41

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 407**



**Risks to rating and price target**

**1) Concentration Risk of PBM Partners:** GoodRx's Revenue is highly concentrated in its top three PBM partners, and the PBM industry is inherently concentrated.

**2) Competitive Landscape:** GoodRx faces risk from competition in its core Prescriptions market, as well as pharmaceutical advertising and Telehealth markets. There is also potential disintermediation from the retail pharmacies should these companies decide to make a material expansion into the cash-pay space.

**3) Regulatory Complexity:** The U.S. healthcare industry faces ongoing regulatory scrutiny and pressure for reform, which could dislocate GoodRx's business model.

**5) Sustainability of Marketing-Driven Growth Strategy:** Advertising has consistently been GoodRx's largest opex item. GoodRx would need to demonstrate the ability to sustain premium growth and profitability while demonstrating operating leverage on Advertising and Sales and Marketing spend over time.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.
For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action
The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

October 18, 2020    **Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com    42

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 408**



The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case, the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**
This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.
**To Canadian Residents:**
This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.
**To U.K. Residents:**
This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.
**To German Residents:**
This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).
**To Persons Receiving This Advice in Australia:**
This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.
**To Hong Kong Residents:**
This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

October 18, 2020                    **Mark S.F. Mahaney,**  (415) 633-8608; mark.mahaney@rbccm.com    43

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 409**



**GoodRx Holdings Inc**

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.

Copyright © RBC Capital Markets, LLC 2020 - Member SIPC

Copyright © RBC Dominion Securities Inc. 2020 - Member Canadian Investor Protection Fund

Copyright © RBC Europe Limited 2020

Copyright © Royal Bank of Canada 2020

All rights reserved

laura@blueshirtgroup.com Laura Johnson 10/19/20 03:36:14 PM The Blueshirt Group Inv. Relations

**EXHIBIT 5**
**Page 410**