# EXHIBIT 6

GDRX 15.77 0.27 1.74 : GoodRx Holdings, Inc. - Yahoo Finance



**GoodRx Holdings, Inc. (GDRX)**
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    Visitors trend  2W ↓  10W ↑  9M ↑

Quote Lookup

Summary    Company Outlook Y+    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

Time Period: Sep 22, 2020 - Jun 10, 2021 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jun 10, 2021 | 38.49 | 38.75 | 37.05 | 37.07 | 37.07 | 2,090,700 |
| Jun 09, 2021 | 39.55 | 40.59 | 38.12 | 38.33 | 38.33 | 1,644,500 |
| Jun 08, 2021 | 40.00 | 40.00 | 38.05 | 39.07 | 39.07 | 1,500,000 |
| Jun 07, 2021 | 38.42 | 39.84 | 38.32 | 39.63 | 39.63 | 1,400,000 |
| Jun 04, 2021 | 39.11 | 39.38 | 38.27 | 38.36 | 38.36 | 1,312,200 |
| Jun 03, 2021 | 38.68 | 39.33 | 37.43 | 38.63 | 38.63 | 1,317,500 |
| Jun 02, 2021 | 37.53 | 40.30 | 37.01 | 39.51 | 39.51 | 2,652,100 |
| Jun 01, 2021 | 37.43 | 37.94 | 35.90 | 37.46 | 37.46 | 1,252,100 |
| May 28, 2021 | 37.50 | 39.33 | 37.02 | 37.11 | 37.11 | 2,309,500 |
| May 27, 2021 | 35.27 | 37.50 | 34.89 | 37.50 | 37.50 | 3,723,200 |
| May 26, 2021 | 34.09 | 35.38 | 33.89 | 35.25 | 35.25 | 2,730,100 |
| May 25, 2021 | 32.54 | 34.83 | 32.54 | 34.01 | 34.01 | 2,817,800 |
| May 24, 2021 | 31.77 | 33.02 | 31.57 | 32.45 | 32.45 | 1,992,700 |
| May 21, 2021 | 30.91 | 32.98 | 30.56 | 30.84 | 30.84 | 1,886,900 |
| May 20, 2021 | 30.14 | 30.91 | 29.50 | 30.47 | 30.47 | 1,543,800 |
| May 19, 2021 | 29.65 | 30.49 | 29.39 | 29.85 | 29.85 | 1,671,000 |
| May 18, 2021 | 29.25 | 31.39 | 28.80 | 30.20 | 30.20 | 4,143,200 |
| May 17, 2021 | 30.49 | 30.61 | 29.23 | 30.41 | 30.41 | 3,480,600 |
| May 14, 2021 | 26.98 | 31.25 | 26.66 | 30.97 | 30.97 | 6,690,800 |
| May 13, 2021 | 29.96 | 30.13 | 27.67 | 28.27 | 28.27 | 4,653,000 |
| May 12, 2021 | 30.35 | 30.87 | 28.84 | 29.48 | 29.48 | 2,407,900 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**EXHIBIT 6**
**Page 411**

| May 11, 2021 | 29.80 | 31.37 | 29.40 | 30.59 | 30.59 | 3,020,300 |
| May 10, 2021 | 34.57 | 34.65 | 31.35 | 31.45 | 31.45 | 3,092,100 |
| May 07, 2021 | 34.93 | 36.23 | 34.65 | 34.74 | 34.74 | 1,082,800 |
| May 06, 2021 | 36.20 | 36.50 | 34.01 | 35.08 | 35.08 | 2,906,000 |
| May 05, 2021 | 38.40 | 38.40 | 36.61 | 36.70 | 36.70 | 1,038,200 |
| May 04, 2021 | 38.67 | 38.85 | 37.38 | 38.08 | 38.08 | 1,319,400 |
| May 03, 2021 | 39.99 | 40.21 | 38.66 | 38.85 | 38.85 | 2,061,200 |
| Apr 30, 2021 | 40.37 | 40.48 | 39.72 | 40.01 | 40.01 | 727,300 |
| Apr 29, 2021 | 40.16 | 40.65 | 39.06 | 40.48 | 40.48 | 925,300 |
| Apr 28, 2021 | 40.65 | 41.25 | 39.91 | 40.15 | 40.15 | 762,100 |
| Apr 27, 2021 | 40.45 | 41.60 | 40.01 | 41.18 | 41.18 | 1,699,100 |
| Apr 26, 2021 | 39.78 | 40.38 | 39.31 | 39.60 | 39.60 | 1,137,600 |
| Apr 23, 2021 | 39.42 | 40.09 | 39.26 | 39.58 | 39.58 | 974,200 |
| Apr 22, 2021 | 39.05 | 39.56 | 38.52 | 39.27 | 39.27 | 1,611,200 |
| Apr 21, 2021 | 38.65 | 38.94 | 38.10 | 38.82 | 38.82 | 614,300 |
| Apr 20, 2021 | 38.31 | 38.97 | 38.13 | 38.64 | 38.64 | 986,400 |
| Apr 19, 2021 | 38.02 | 38.29 | 37.26 | 38.20 | 38.20 | 1,512,700 |
| Apr 16, 2021 | 38.41 | 38.85 | 37.69 | 38.14 | 38.14 | 1,140,000 |
| Apr 15, 2021 | 38.00 | 39.08 | 37.68 | 38.26 | 38.26 | 1,777,900 |
| Apr 14, 2021 | 39.88 | 39.88 | 37.57 | 37.67 | 37.67 | 1,569,600 |
| Apr 13, 2021 | 40.61 | 40.95 | 38.78 | 39.00 | 39.00 | 1,402,700 |
| Apr 12, 2021 | 40.34 | 41.03 | 39.20 | 40.61 | 40.61 | 1,214,000 |
| Apr 09, 2021 | 39.31 | 40.20 | 39.10 | 40.15 | 40.15 | 1,141,700 |
| Apr 08, 2021 | 40.90 | 41.22 | 39.40 | 39.46 | 39.46 | 1,311,000 |
| Apr 07, 2021 | 41.35 | 41.50 | 40.02 | 40.43 | 40.43 | 1,191,800 |
| Apr 06, 2021 | 40.51 | 41.88 | 39.85 | 41.15 | 41.15 | 2,117,900 |
| Apr 05, 2021 | 39.98 | 40.63 | 39.76 | 40.02 | 40.02 | 1,564,300 |
| Apr 01, 2021 | 39.62 | 40.59 | 38.81 | 39.03 | 39.03 | 3,035,300 |
| Mar 31, 2021 | 38.50 | 39.64 | 38.02 | 39.02 | 39.02 | 3,177,100 |
| Mar 30, 2021 | 37.00 | 38.41 | 36.30 | 37.94 | 37.94 | 3,830,800 |
| Mar 29, 2021 | 38.51 | 38.59 | 36.36 | 37.18 | 37.18 | 1,927,700 |
| Mar 26, 2021 | 37.17 | 38.38 | 36.31 | 38.03 | 38.03 | 2,895,600 |
| Mar 25, 2021 | 34.14 | 38.16 | 33.39 | 36.52 | 36.52 | 8,308,000 |
| Mar 24, 2021 | 36.92 | 36.96 | 34.75 | 35.03 | 35.03 | 4,960,300 |
| Mar 23, 2021 | 37.25 | 37.62 | 36.29 | 36.76 | 36.76 | 2,457,700 |
| Mar 22, 2021 | 36.41 | 37.99 | 33.94 | 37.62 | 37.62 | 3,982,400 |
| Mar 19, 2021 | 37.00 | 37.58 | 36.17 | 37.31 | 37.31 | 2,873,700 |

*Close price adjusted for splits.      **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**EXHIBIT 6**
**Page 412**

GDRX 15.77 0.27 1.74 : GoodRx Holdings, Inc. - Yahoo Finance

| Mar 18, 2021 | 36.86 | 38.68 | 36.27 | 36.88 | 36.88 | 2,952,900 |
| Mar 17, 2021 | 37.00 | 37.90 | 36.22 | 37.42 | 37.42 | 3,673,300 |
| Mar 16, 2021 | 39.05 | 39.05 | 36.92 | 37.46 | 37.46 | 2,765,800 |
| Mar 15, 2021 | 38.99 | 39.50 | 37.75 | 39.03 | 39.03 | 4,155,400 |
| Mar 12, 2021 | 40.56 | 40.60 | 37.72 | 39.05 | 39.05 | 8,187,800 |
| Mar 11, 2021 | 41.60 | 43.70 | 40.75 | 43.59 | 43.59 | 3,006,200 |
| Mar 10, 2021 | 42.80 | 42.99 | 40.54 | 40.62 | 40.62 | 1,708,800 |
| Mar 09, 2021 | 41.49 | 42.63 | 40.83 | 42.36 | 42.36 | 1,407,300 |
| Mar 08, 2021 | 41.51 | 42.78 | 39.50 | 40.01 | 40.01 | 1,513,700 |
| Mar 05, 2021 | 41.71 | 41.77 | 36.81 | 41.31 | 41.31 | 2,638,800 |
| Mar 04, 2021 | 42.65 | 44.05 | 39.18 | 42.04 | 42.04 | 2,299,600 |
| Mar 03, 2021 | 45.50 | 45.75 | 42.17 | 43.53 | 43.53 | 1,956,000 |
| Mar 02, 2021 | 46.50 | 47.34 | 45.15 | 45.61 | 45.61 | 1,890,300 |
| Mar 01, 2021 | 45.43 | 46.65 | 45.06 | 46.13 | 46.13 | 1,130,300 |
| Feb 26, 2021 | 45.40 | 46.16 | 43.10 | 44.52 | 44.52 | 1,821,900 |
| Feb 25, 2021 | 47.80 | 49.59 | 44.91 | 45.55 | 45.55 | 1,898,600 |
| Feb 24, 2021 | 48.11 | 49.29 | 46.00 | 47.60 | 47.60 | 1,305,400 |
| Feb 23, 2021 | 48.50 | 49.90 | 44.00 | 47.82 | 47.82 | 2,426,800 |
| Feb 22, 2021 | 51.25 | 51.78 | 49.24 | 49.64 | 49.64 | 1,644,000 |
| Feb 19, 2021 | 54.63 | 54.68 | 51.67 | 52.27 | 52.27 | 1,129,200 |
| Feb 18, 2021 | 54.24 | 54.86 | 52.69 | 54.03 | 54.03 | 906,700 |
| Feb 17, 2021 | 56.14 | 56.14 | 52.07 | 55.00 | 55.00 | 777,300 |
| Feb 16, 2021 | 56.91 | 56.99 | 54.26 | 55.91 | 55.91 | 962,000 |
| Feb 12, 2021 | 54.10 | 56.34 | 54.10 | 55.86 | 55.86 | 746,300 |
| Feb 11, 2021 | 57.01 | 57.25 | 53.18 | 54.08 | 54.08 | 1,128,400 |
| Feb 10, 2021 | 57.00 | 59.67 | 54.85 | 56.99 | 56.99 | 1,132,700 |
| Feb 09, 2021 | 55.51 | 56.89 | 54.31 | 56.68 | 56.68 | 783,900 |
| Feb 08, 2021 | 56.87 | 58.90 | 55.00 | 55.59 | 55.59 | 1,433,900 |
| Feb 05, 2021 | 52.45 | 57.50 | 52.05 | 56.63 | 56.63 | 2,705,900 |
| Feb 04, 2021 | 52.00 | 56.70 | 50.68 | 51.76 | 51.76 | 2,702,700 |
| Feb 03, 2021 | 51.34 | 51.89 | 50.10 | 51.50 | 51.50 | 846,600 |
| Feb 02, 2021 | 51.50 | 51.88 | 50.06 | 51.18 | 51.18 | 1,242,600 |
| Feb 01, 2021 | 47.47 | 50.78 | 47.00 | 49.97 | 49.97 | 2,289,500 |
| Jan 29, 2021 | 48.24 | 50.10 | 45.88 | 46.62 | 46.62 | 2,109,900 |
| Jan 28, 2021 | 49.73 | 50.99 | 47.87 | 48.24 | 48.24 | 2,160,300 |
| Jan 27, 2021 | 49.87 | 53.80 | 49.01 | 50.21 | 50.21 | 4,064,800 |
| Jan 26, 2021 | 48.80 | 52.24 | 48.11 | 50.74 | 50.74 | 2,762,300 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

EXHIBIT 6
Page 413

Do Not Sell My Personal Information ▷

Privacy (Updated)  About Our Ads  Terms (Updated)  Sitemap

🐦  f  in
© 2022 Yahoo. All rights reserved.

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 25, 2021 | 45.60 | 50.83 | 45.45 | 49.88 | 49.88 | 4,968,700 |
| Jan 22, 2021 | 43.43 | 44.68 | 41.93 | 44.48 | 44.48 | 1,878,700 |
| Jan 21, 2021 | 41.95 | 43.45 | 41.40 | 42.72 | 42.72 | 1,194,200 |
| Jan 20, 2021 | 42.70 | 43.30 | 41.31 | 41.90 | 41.90 | 1,161,200 |
| Jan 19, 2021 | 43.50 | 43.50 | 41.14 | 42.49 | 42.49 | 1,332,300 |
| Jan 15, 2021 | 43.97 | 44.52 | 42.13 | 42.90 | 42.90 | 1,084,200 |
| Jan 14, 2021 | 43.65 | 44.79 | 43.45 | 44.26 | 44.26 | 1,299,600 |
| Jan 13, 2021 | 43.84 | 44.30 | 41.93 | 43.33 | 43.33 | 1,495,100 |
| Jan 12, 2021 | 42.24 | 44.33 | 41.96 | 43.79 | 43.79 | 1,771,400 |
| Jan 11, 2021 | 41.71 | 43.09 | 40.60 | 42.24 | 42.24 | 1,491,200 |
| Jan 08, 2021 | 42.26 | 42.42 | 40.85 | 41.77 | 41.77 | 1,485,300 |
| Jan 07, 2021 | 41.01 | 42.15 | 40.08 | 41.68 | 41.68 | 1,461,700 |
| Jan 06, 2021 | 39.83 | 41.65 | 39.30 | 40.59 | 40.59 | 1,989,000 |
| Jan 05, 2021 | 41.62 | 42.25 | 39.85 | 40.69 | 40.69 | 1,851,900 |
| Jan 04, 2021 | 40.95 | 42.28 | 39.39 | 41.65 | 41.65 | 3,191,500 |
| Dec 31, 2020 | 42.33 | 42.58 | 39.64 | 40.34 | 40.34 | 3,069,100 |
| Dec 30, 2020 | 42.74 | 43.28 | 41.72 | 42.29 | 42.29 | 1,916,500 |
| Dec 29, 2020 | 43.58 | 43.96 | 41.83 | 42.15 | 42.15 | 1,355,900 |
| Dec 28, 2020 | 46.86 | 47.49 | 43.01 | 43.58 | 43.58 | 2,162,200 |
| Dec 24, 2020 | 47.80 | 48.38 | 45.60 | 46.32 | 46.32 | 686,100 |
| Dec 23, 2020 | 49.00 | 49.09 | 47.04 | 47.59 | 47.59 | 1,337,100 |
| Dec 22, 2020 | 47.04 | 49.49 | 47.04 | 48.32 | 48.32 | 1,851,400 |
| Dec 21, 2020 | 44.37 | 47.32 | 43.73 | 46.69 | 46.69 | 2,276,300 |
| Dec 18, 2020 | 45.58 | 46.55 | 44.38 | 44.61 | 44.61 | 4,365,300 |
| Dec 17, 2020 | 43.13 | 45.90 | 42.59 | 45.63 | 45.63 | 2,786,300 |
| Dec 16, 2020 | 43.57 | 43.86 | 40.33 | 42.45 | 42.45 | 2,723,100 |
| Dec 15, 2020 | 44.11 | 44.50 | 42.21 | 43.03 | 43.03 | 2,232,800 |
| Dec 14, 2020 | 42.71 | 45.49 | 42.60 | 45.01 | 45.01 | 3,449,100 |
| Dec 11, 2020 | 38.95 | 43.27 | 38.45 | 42.65 | 42.65 | 5,923,600 |
| Dec 10, 2020 | 37.94 | 39.49 | 37.54 | 38.92 | 38.92 | 1,897,500 |
| Dec 09, 2020 | 38.64 | 39.65 | 37.56 | 37.89 | 37.89 | 2,549,100 |
| Dec 08, 2020 | 38.02 | 38.40 | 37.28 | 37.79 | 37.79 | 1,724,000 |
| Dec 07, 2020 | 39.58 | 40.49 | 37.71 | 37.89 | 37.89 | 2,373,800 |
| Dec 04, 2020 | 37.55 | 39.54 | 37.49 | 39.00 | 39.00 | 2,561,200 |
| Dec 03, 2020 | 36.81 | 38.15 | 36.51 | 37.42 | 37.42 | 2,047,700 |
| Dec 02, 2020 | 36.18 | 37.19 | 35.61 | 36.80 | 36.80 | 1,609,700 |
| Dec 01, 2020 | 37.45 | 37.80 | 36.43 | 36.81 | 36.81 | 2,239,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**EXHIBIT 6**
**Page 414**

3/9/2022    GDRX 15.77 0.27 1.74 : GoodRx Holdings, Inc. - Yahoo Finance

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| Nov 30, 2020 | 38.00 | 38.09 | 36.21 | 37.70 | 37.70 | 2,339,700 |
| Nov 27, 2020 | 38.52 | 39.38 | 37.80 | 38.20 | 38.20 | 1,366,100 |
| Nov 25, 2020 | 37.89 | 38.77 | 37.11 | 38.57 | 38.57 | 2,038,100 |
| Nov 24, 2020 | 38.99 | 39.97 | 37.80 | 38.04 | 38.04 | 3,037,900 |
| Nov 23, 2020 | 37.99 | 39.17 | 36.52 | 39.07 | 39.07 | 5,519,400 |
| Nov 20, 2020 | 37.99 | 41.17 | 37.25 | 38.80 | 38.80 | 8,568,400 |
| Nov 19, 2020 | 35.99 | 38.36 | 34.30 | 38.00 | 38.00 | 15,791,400 |
| Nov 18, 2020 | 34.65 | 35.73 | 33.51 | 33.76 | 33.76 | 14,594,000 |
| Nov 17, 2020 | 37.96 | 40.50 | 36.02 | 36.21 | 36.21 | 23,138,800 |
| Nov 16, 2020 | 48.58 | 48.73 | 46.55 | 46.72 | 46.72 | 1,725,400 |
| Nov 13, 2020 | 48.38 | 49.65 | 47.24 | 47.35 | 47.35 | 1,349,100 |
| Nov 12, 2020 | 48.25 | 50.04 | 47.54 | 47.77 | 47.77 | 3,556,700 |
| Nov 11, 2020 | 50.20 | 52.85 | 50.20 | 51.10 | 51.10 | 1,702,900 |
| Nov 10, 2020 | 52.41 | 53.40 | 49.11 | 50.35 | 50.35 | 1,085,800 |
| Nov 09, 2020 | 51.67 | 55.00 | 48.75 | 52.31 | 52.31 | 1,826,500 |
| Nov 06, 2020 | 50.00 | 50.79 | 49.77 | 50.24 | 50.24 | 882,000 |
| Nov 05, 2020 | 51.78 | 51.78 | 49.23 | 50.67 | 50.67 | 982,500 |
| Nov 04, 2020 | 48.93 | 50.96 | 48.45 | 50.50 | 50.50 | 1,083,700 |
| Nov 03, 2020 | 47.19 | 48.19 | 46.90 | 47.50 | 47.50 | 701,300 |
| Nov 02, 2020 | 48.55 | 48.94 | 46.37 | 46.83 | 46.83 | 1,698,500 |
| Oct 30, 2020 | 48.86 | 49.78 | 46.81 | 48.39 | 48.39 | 1,902,100 |
| Oct 29, 2020 | 48.70 | 50.89 | 48.70 | 49.78 | 49.78 | 1,119,300 |
| Oct 28, 2020 | 48.00 | 49.14 | 47.35 | 48.26 | 48.26 | 1,225,100 |
| Oct 27, 2020 | 50.00 | 50.56 | 48.77 | 49.16 | 49.16 | 888,200 |
| Oct 26, 2020 | 51.94 | 53.29 | 49.05 | 49.60 | 49.60 | 1,420,800 |
| Oct 23, 2020 | 54.00 | 54.15 | 51.25 | 52.50 | 52.50 | 908,400 |
| Oct 22, 2020 | 51.14 | 54.01 | 50.90 | 54.00 | 54.00 | 1,392,300 |
| Oct 21, 2020 | 48.89 | 51.97 | 48.61 | 51.09 | 51.09 | 1,205,700 |
| Oct 20, 2020 | 50.70 | 50.70 | 47.75 | 49.05 | 49.05 | 1,798,900 |
| Oct 19, 2020 | 52.09 | 52.20 | 49.95 | 50.14 | 50.14 | 1,854,200 |
| Oct 16, 2020 | 51.56 | 53.05 | 50.50 | 53.02 | 53.02 | 1,051,900 |
| Oct 15, 2020 | 49.89 | 51.81 | 49.33 | 51.56 | 51.56 | 1,212,200 |
| Oct 14, 2020 | 51.62 | 52.28 | 49.20 | 51.26 | 51.26 | 1,733,700 |
| Oct 13, 2020 | 53.45 | 53.76 | 51.95 | 52.13 | 52.13 | 1,131,900 |
| Oct 12, 2020 | 54.12 | 54.95 | 52.10 | 53.50 | 53.50 | 978,700 |
| Oct 09, 2020 | 55.87 | 55.89 | 53.25 | 53.64 | 53.64 | 975,300 |
| Oct 08, 2020 | 57.38 | 57.48 | 53.65 | 54.96 | 54.96 | 1,299,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

EXHIBIT 6
Page 415

GDRX 15.77 0.27 1.74 : GoodRx Holdings, Inc. - Yahoo Finance

| Oct 07, 2020 | 57.44 | 58.65 | 54.56 | 56.46 | 56.46 | 1,697,900 |
| Oct 06, 2020 | 53.78 | 57.17 | 51.39 | 57.16 | 57.16 | 2,512,600 |
| Oct 05, 2020 | 50.00 | 53.55 | 48.54 | 52.97 | 52.97 | 2,511,000 |
| Oct 02, 2020 | 48.00 | 50.98 | 47.77 | 48.75 | 48.75 | 2,693,500 |
| Oct 01, 2020 | 56.40 | 56.79 | 49.81 | 50.05 | 50.05 | 5,361,700 |
| Sep 30, 2020 | 57.07 | 58.39 | 53.20 | 55.60 | 55.60 | 2,829,900 |
| Sep 29, 2020 | 59.37 | 64.22 | 53.09 | 56.00 | 56.00 | 10,504,600 |
| Sep 28, 2020 | 53.48 | 60.89 | 52.50 | 56.79 | 56.79 | 7,039,600 |
| Sep 25, 2020 | 47.50 | 52.99 | 47.31 | 52.04 | 52.04 | 4,213,000 |
| Sep 24, 2020 | 49.12 | 50.00 | 46.15 | 46.70 | 46.70 | 5,098,300 |
| Sep 23, 2020 | 46.70 | 51.78 | 45.50 | 50.50 | 50.50 | 22,724,400 |

*Close price adjusted for splits.     **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

**EXHIBIT 6**
**Page 416**